1

**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building

2    140 Marine View Avenue, Suite 116
Solana Beach, CA 92075

3    Telephone (858) 259-8052
Telecopier (858) 259-8055

4    pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280

5    Ariel J. Sabban, SB# 189414

6    Attorneys for Plaintiff LSO, LTD.

7

8    ·**UNITED STATES DISTRICT COURT**

9    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  LSO, LTD. a California Corporation, | Civil Action No.: |
| 11            Plaintiff, | Judge: Department: **08 CV 0329 LAB LSP** |
| 12  vs. | |
| 13  DONALD D. HUGHES; RIGHT | **COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK,** |
| 14  CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive, | **INFRINGEMENT OF TRADEMARK, DILUTION OF TRADEMARK,** |
| 15            Defendants. | **CYBERPIRACY, INTERCEPTION AND DISCLOSURE OF ELECTRONIC COMMUNICATIONS,** |
| 16 | **MISAPPROPRIATION OF TRADE SECRETS, UNFAIR BUSINESS** |
| 17 | **COMPETITION, FALSE ADVERTISING, CONVERSION, INTERFERENCE WITH** |
| 18 | **PROSPECTIVE ECONOMIC ADVANTAGE** |
| 19 | |
| 20 | |
| 21 | **JURY TRIAL DEMANDED** |

22

23        Here now comes PLAINTIFF LSO, LTD. (hereinafter "LSO" or "Lifestyles

24    Organization") and alleges as follows:

25

26                    **JURISDICTION AND VENUE**

27    1.       At all times relevant hereto, Plaintiff LSO ("LSO or "Lifestyles Organization") is

28        and was a corporation duly organized and existing under the laws of the State of

COMPLAINT FOR DAMAGES

1    California since 1995 which has an office and its principal place of business in the

2    City of Anaheim, County of Orange, State of California.

3    2.    At all times herein mentioned Defendant Right Connection, Inc. (hereinafter "RCI")

4    was a Domestic Corporation registered in the State of Nevada (Corporation Number

5    C10955-2001) and doing business in the States of Nevada and California.

6    3.    At all times herein mentioned Defendant Donald D. Hughes (hereinafter

7    "HUGHES") has been the Director of RCI.  LSO is informed and believes that

8    HUGHES resides in the County of San Diego, the State of California and performs

9    his duties on behalf of RCI in California.

10    4.    LSO and RCI (by and through HUGHES) entered into an agreement in Southern

11    California which is enforceable under the laws of the state of California.

12    5.    LSO is informed and believes that RCI and HUGHES have in their possession in San

13    Diego County (at the residence of HUGHES on Aero Drive) two computer servers

14    paid for and belonging to LSO.

15    6.    LSO learned recently that RCI is not authorized by the California Department to

16    Corporations to do business in California.

17    7.    The true names and capacities of Defendants sued herein as DOES 1 through 20,

18    inclusive, and each of them, are unknown to LSO, which therefore sues said

19    Defendants by such fictitious names. LSO will seek to amend this complaint to set

20    forth the true names and capacities of said fictitiously named Defendants when the

21    names and capacities of said fictitiously named Defendants have been fully

22    ascertained through Discovery or otherwise with the Assistance of the Court.

23    8.    At all times herein mentioned each of the Defendants, including each Defendant

24    designated herein as a DOE, was and is legally responsible in some manner for the

25    events and happenings referred to herein, and is legally responsible for the injuries

26    and damages alleged herein.  Each Defendant, including each fictitiously named

27    defendant, is, and at all times alleged herein was, the principal, agent, master,

28    servant, employer, employee, representative, contractor, accessory, accomplice,

**2 of 22**

COMPLAINT FOR DAMAGES

1   aider, abettor, confederate and/or co-conspirator of each of the other Defendants, was

2   acting within the course and scope of such agency, employment and/or relationship,

3   and was acting with the consent, knowledge, authorization, and/or ratification of each

4   and all other co-Defendants.

6   ## GENERAL ALLEGATIONS

7   9.   LSO incorporates and realleges by this reference each and every allegation set forth

8   hereinabove in paragraphs 1 through 8, inclusive.

9   10.  LSO is a company specializing in the marketing and sales of conventions, travel,

10  publications, social interfacing, education and communication for and between

11  couples with interests in alternative lifestyles concerning human relationships.

12  11.  Since 1974, LSO has grown from a very small organization consisting of a handful of

13  members attending small regional events to a nationwide organization hosting large

14  annual conventions of 5000 or more attendees and promoting and marketing

15  destination vacations in Mexico, Jamaica, Europe and the Far East.

16  12.  LSO has also made extensive use of the World Wide Web to both promote its

17  products and services and provide forums for the lifestyles community to interact

18  privately.  LSO has registered over 390 domain names (URL's) since 1985.

19  13.  As part of LSO's business, it has registered numerous Trademarks and Service Marks

20  including but not limited to, the stylized "Lifestyles" used in various applications

21  (USPTO Registration numbers 2010283, 2010284 first used in commerce in or

22  around August of 1975 and Registration numbers 2008779 first used in commerce in

23  December of 1980), the non-stylized word Lifestyles, Lifestyles Resorts (USPTO

24  Registration Serial No. 78793880, first used in commerce on April 9, 2002),

25  Lifestyles Tours and Travel (USPTO Registration No. 2008780, first used in

26  commerce in or around August of 1985), Wide World (USPTO Registration No.

27  1020745, registered 1975, assigned to LSO), and A Lifestyles Experience

28  (Registration No. 78295582, fist used in commerce on February 2, 2003).

COMPLAINT FOR DAMAGES

14.    LSO maintains numerous un-registered common law Trademarks including Clublifestyles (first used in commerce December 28, 2001) and Desire-Resorts (first used in commerce on or about September 4, 2003).

15.    By utilizing its trademarks wisely LSO has become the standard for niche products and travel for what has become known as the Lifestyles community.

16.    LSO has assembled a confidential mailing list of over 50,000 people who have identified themselves as clients or potential clients for LSO due to their common interests in the products and services provided by LSO. The confidential LSO client list enables LSO to effectively market its travel, convention and social interaction websites to a very specific identified market. The LSO mailing list is the one of its largest assets and is carefully protected and held in confidence.

17.    LSO has enjoyed an enhanced reputation with its clients by taking extraordinary steps to protect their privacy by not disseminating their private information or even the fact that the clients have an interest in the products and services provided by LSO.

18.    In late 2001, LSO sought outside assistance with the development and hosting of some of its websites, including Clublifestyles.com. Clublifestyles.com is a social interaction site where members of the Lifestyles community can meet on line and communicate in private and where LSO advertises and promotes Lifestyles Tours and Travel destination vacations.

19.    After initial piloting with another outside web hosting company, LSO entered into an agreement (attached hereto as Exhibit "1") with RCI. It was expressly agreed that the agreement would continue for a period of five years from December 16, 2002 and that LSO owned all rights to the Clublifestyles.com domain name, the Clublifestyle.com domain name and LSO's membership, clients or customer list.

20.    During the course of the relationship, LSO provided all the information required and two of LSO's computers for use on the websites. RCI redesigned and hosted the Clublifestyles.com website.

**4 of 22**

21.   LSO provided HUGHES and RCI its mailing/client list for site distribution and hot links for marketing. LSO promoted the Clublifestyles site on its other relevant sites and performed all duties required under the contract.

22.   Without LSO's knowledge, Defendants HUGHES and RCI, registered two domain names in RCI's name: Clublifestyle.com on December 29, 2002 and Desire-Resort.com on September 11, 2003.

23.   Without the contractually required notice, RCI breached its contract with LSO by shutting down the Clublifestyles.com site on or about March 31, 2007. LSO reestablished the site with another host as soon as practicable.

24.   Immediately after shutting down the Clublifestyles.com site, RCI put the LSO sites back on the web under the Clublifestyle.com and Desire-Resort.com domain names with all inquiries addressed to LSO re-directed to RCI and its companion companies. (A true and correct copy of the Clublifestyle.com home page is attached hereto as Exhibit "2").

25.   The Clublifestyle.com page clearly displays the Clublifestyles banner and a link featuring the stylized Lifestyles Trademark. This link directs clients to an RCI travel affiliate and not to LSO. (A true and correct copy of the link is attached hereto as Exhibit "3")

26.   LSO has also discovered that RCI has maintained for its own use the confidential client mailing list of LSO.

27.   LSO has discovered that, without LSO's knowledge or permission, RCI imbedded code in the software utilized to send emails to and from the Clublifestyles website to capture any new additions to the confidential LSO mailing list as they were received. (Exhibit "4")   The information captured is confidential information specifically directed to LSO with the expectation that the information concerning identity and personal activity be kept confidential.

28.   Subsequent to the breach of the contract by RCI, RCI used the information and client mailing list of LSO to divert social interaction website clients and destination travel

COMPLAINT FOR DAMAGES

1     business to itself and its other affiliates.

2     29.     RCI has interfered with the contractual relationships that LSO had established with

3     its clients by creating confusingly similar websites, promotions, trade names and

4     Trademarks.   (*See*, Exhibit "2", home page of RCI's clublifestyle.com which

5     contains testimonials of clients, all in support of LSO's Clublifestyles.) As a result of

6     .  RCI's actions, LSO has suffered and continues to suffer significant loss of profit

7     from web trade and travel commissions.

8     30.     LSO has received complaints from its clients concerning the apparent loss of

9     confidentiality of their identity, personal preferences and choices in association by

10     the unauthorized dissemination of their e-mail addresses evidenced by receipt of e-

11     mails from RCI to designated e-mail addresses provided only to LSO. As a result of

12     RCI's violation of the confidential relationship between LSO and its clients through

13     the unauthorized use of LSO's clients' information by RCI, LSO's reputation is

14     being damaged.

15     31.     On or about July of 2004, LSO commissioned the creation of programming to

16     enhance sales of destination travel through the creation of an associate travel sales

17     program known as "TripCash" and paid RCI $45,000. (*See*, Exhibit "5", selective

18     pages of Issue 10 of Lifestyles' magazine, pg.6) RCI was in possession of the

19     programming in the LSO servers and thereafter placed the programming on their own

20     server under the name of "Exotic Travel Mart". (*See*, Exhibit "6") RCI has

21     undertaken a program to usurp the LSO Tripcash program.

22     32.     LSO is currently engaged in negotiations with Aura Cozumel hotel in Mexico to be

23     the primary agent for a new adult-only resort in Cozumel. RCI, by and through

24     HUGHES, has contacted Aura claiming to have the entire LSO client list and thus

25     able to provide better representation and greater bookings. HUGHES has made false

26     representations inflating RCI's booking volume based upon LSO's booking volume

27     for a similar themed resort, Desire Resort & Spa. (See Exhibit "7") RCI has engaged

28     in a course of conduct to interfere with LSO's attempt to recover some of the lost

COMPLAINT FOR DAMAGES

1  revenues resulting from the unlawful diversion of LSO's clients and destination

2  travel bookings.

3  33.  LSO is presently in Chapter 11 Bankruptcy and undergoing reorganization which is

4  reliant on LSO conducting business with its established clientele. If RCI is allowed

5  to continue to mislead, confuse and divert LSO's clients and vendors for its own

6  profit, LSO will suffer such a significant loss in revenues that will irreparably harm

7  LSO and will probably require LSO to convert its bankruptcy to Chapter 7. The

8  damage to LSO's business makes monetary damages insufficient without injunctive

9  relief.

10  34.  LSO has demanded that RCI return LSO's two computers and the TripCash program,

11  cease and desist from the use of any LSO client lists, client information, Trademarks

12  or service marks and deliver all confusingly similar domain names to LSO. (*See*,

13  Exhibit "8", letter from LSO to HUGHES dated April 20, 2007) RCI has refused and

14  is still in possession of LSO's property.

**I.**

## FIRST CAUSE OF ACTION

### FOR INFRINGEMENT OF REGISTERED TRADEMARK
(11 U.S.C. §1114)
(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20
inclusive)

20  35.  LSO incorporates and realleges by this reference each and every allegation set forth

21  hereinabove in paragraphs 1 through 34, inclusive.

22  36.  Defendants HUGHES, RCI, and DOES 1 through 20, without the consent of LSO

23  used and continue to use in commerce reproductions, copies, or colorable imitations

24  of LSO's marks LIFESTYLES in connection with the sale, offering for sale,

25  distribution, or advertising of goods or services in connection with the marks such

26  that the uses are likely to cause confusion, or to cause mistake, or to deceive.

27

28

COMPLAINT FOR DAMAGES

37. LSO's registered the following Trademarks: the stylized "Lifestyles" was first used in commerce in 1975) in various applications and the non-stylized word Lifestyles, Lifestyles Resorts, Lifestyles Tours and Travel, Club Wide World.

38. Defendants HUGHES, RCI, and DOES 1 through 20, without the consent of LSO, reproduced, copied, or colorably imitated registered marks of LSO and applied such reproductions, copies, or colorable imitations to labels, signs, prints, and/or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

39. Defendants HUGHES, RCI, and DOES 1 through 20, committed and continue to commit actions in violation of 11 U.S.C. (United States Code) section 1114 with knowledge that such imitation is intended to be used to cause confusion, or to cause mistake, or to deceive LSO's clients and other members of the public.

40. As a result of Defendants' actions, LSO has been damaged such that LSO seeks monetary damages and injunctive relief.

## II.

### SECOND CAUSE OF ACTION

### FOR INFRINGEMENT OF TRADEMARK
(15 U.S.C. § 1125(a))
(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20 inclusive)

41. LSO incorporates and realleges by this reference each and every allegation set forth hereinabove in paragraphs 1 through 40, inclusive.

42. Defendants HUGHES, RCI, and DOES 1 through 20 have and continue to use in commerce words, terms, or names and/or falsely designate the origin of, false or misleading representations of fact which are likely to confuse, cause mistake, and deceive the public and LSO's clients as to the affiliation, connection, or association of Defendants with LSO.

43. Defendants HUGHES, RCI, and DOES 1 through 20 have used words, terms, and/names in commerce such as to cause mistake, confusion or deceive the public or

COMPLAINT FOR DAMAGES

1      LSO's clients as to the origin, sponsorship or approval of Defendants' goods,

2      services, or commercial activities.

3    44.    The conduct of Defendants HUGHES, RCI, and DOES 1 through 20 in violation of

4      15 U.S.C. §1125(a) have caused and is likely to cause damage to LSO.

5    45.    The un-registered common law Trademarks of LSO used in violation of 15 U.S.C.S

6      §1125(a) are Clublifestyles (first used in commerce December 28, 2001), and Desire-

7      Resorts (first used in commerce September 4, 2003). These trademarks are not

8      functional as will be proven at trial.

9    46.    As a result of Defendants' conduct, LSO has been damaged and seeks monetary

10      damages, injunctive relief pursuant to Federal Rules of Civil Procedure section 64.

11 <div align="center">**III.**</div>

12 <div align="center">**THIRD CAUSE OF ACTION**</div>

13 <div align="center">**DILUTION OF TRADEMARK (15 U.S.C.S §1125 (c))**<br>(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20</div>

14 <div align="center">inclusive)</div>

15    47.    LSO incorporates and realleges by this reference each and every allegation set forth

16      hereinabove in paragraphs 1 through 46, inclusive.

17    48.    LSO's trademarks, especially the Lifestyles trademark is widely recognizable by the

18      general consuming public as a designation that the source of the goods or services

19      sold in association with those trademarks is LSO or Lifestyles Organization.

20    49.    LSO's trademarks are and have been utilized and publicized in advertisements,

21      convention materials, and on the World Wide Web in selling goods or services for

22      thirty-five (35) years throughout the United States and internationally.

23    50.    LSO's confidential client mailing list contains more than fifty-thousand persons.

24    51.    LSO's trademarks have either been registered with the United States Patent and

25      Trademark Office or are protectible as common law trademarks.

26    52.    LSO seeks injunctive relief for the dilution of its trademarks in violation of 15 U.S.C.

27      § 1125(c) for blurring, dilution, and/or tarnishment of LSO's trademarks as a result

28      of conduct by Defendants RCI, HUGHES, and DOES 1 through 20.

COMPLAINT FOR DAMAGES

53.   LSO's LIFESTYLE trademarks have been diluted by Defendants' use of those exact or nearly exact trademarks on RCI's Clublifestyle.com site.

54.   LSO's Clublifestyles trademark has been diluted by blurring caused by RCI's registration of the Clublifestyle URL and the creation of the Clublifestyle.com site which contains: (1) the photo link of the LSO Las Vegas Convention of July 2002 with the registered stylized "LIFESTYLES" trademark, (2) by the use of the CLUBLIFESTYLES banner from LSO's Clublifestyles.com site. and; (3) LSO's famous Lifestyles trade name has been diluted by the inclusion of testimonials on RCI's Clublifestyle.com home page because the testimonials all refer to Clublifestyles and Lifestyles. (underline added)

55.   From RCI and HUGHES' action, it is apparent that Defendants intended to create a business or association with LSO's famous marks.

56.   The contract between RCI and LSO specifically stated that LSO owned the Clublifestyle.com and Clublifestyles.com domain names but RCI has registered the Clublifestyle.com domain name in its own name.

57.   The unregistered trademarks diluted by defendants are not functional are and are famous pursuant to 15 U.S.C. §1525(c).

58.   LSO seeks actual damages, a preliminary injunction, temporary restraining order, and any equitable or other relief statutorily permissible.

## IV.

## FOURTH CAUSE OF ACTION

### CYBERPIRACY
(15U.S.C.S 1125 (d))

(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20 inclusive)

59.   LSO incorporates and realleges by this reference each and every allegation set forth hereinabove in paragraphs 1 through 58, inclusive.

60.   Defendants RCI, HUGHES, and DOES 1 through 10 inclusive, had and have bad faith intent to profit from LSO's trademarks by registering, trafficking in, and/or

COMPLAINT FOR DAMAGES

using domain names that are identical or confusingly similar to LSO's marks
LIFESTYLES, Clublifestyles, Clublifestyle, and Desire-Resorts domain names.

61.    Defendant RCI's registration of the Clublifestyle.com and Desire-Resort.com domain
names are identical or confusingly similar to LSO's Clublifestyles.com and Desire-
Resorts.com.

62.    The Terms of Service on RCI's Party Couples.com website contains references to
ownership of the site belonging Lifestyles Organization (another name for LSO) and
Clublifestyle.com, both of which are LSO marks.  (*See,* Exhibit "9", paragraphs 6.1
and 6.2)

63.    Defendants have utilized LSO's registered Trademarks, such as "LIFESTYLES",
which LSO is commonly identified by and which belongs to LSO in RCI's websites
(which consist of domain names that are confusingly similar to LSO's domain
names).

64.    Defendants RCI, HUGHES, and DOES 1 through 20 intend to divert consumers from
LSO's marks LIFESTYLES, Clublifestyles, Clublifestyle and Desire-Resorts from
LSO's websites for commercial gain by creating a likelihood and even a probability
of confusion as to the source, sponsorship, affiliation, or endorsement of Defendants'
websites.

65.    LSO seeks forfeiture or cancellation of the domain names registered, engaged in
trafficking, or used by RCI, HUGHES, and DOES 1 through 20 which are similar or
confusingly similar to LSO's marks.

66.    LSO seeks a Court Order suspending or modifying the domain names
Clublifestyle.com, Desire-Resort.com, and ExoticTravelMart.com during the
pendency of this action.

67.    LSO seeks damages actual and equitable, attorneys' fees, punitive damages, a
preliminary and permanent injunction and any other relief statutorily or otherwise
available for Defendants' conduct.

COMPLAINT FOR DAMAGES

## V.

## FIFTH CAUSE OF ACTION

### INTERCEPTION AND DISCLOSURE OF ELECTRONIC COMMUNICATIONS
(18 U.S.C. §2511(d), 18 U.S.C. §2520)

(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20 inclusive)

68.     LSO incorporates and realleges by this reference each and every allegation set forth hereinabove in paragraphs 1 through 67, inclusive.

69.     Defendants RCI, HUGHES, and DOES 1 through 20 inclusive intentionally intercepted, endeavors to intercept, or procured other persons to intercept or endeavor to intercept, wire, oral, or electronic communications exchanged between LSO and its clients through Clublifestyles.com by imbedding a cookie which intercepted or blindly copied electronic/email communications to Defendants without LSO's knowledge or permission.

70.     Defendants RCI, HUGHES and DOES 1 through 20 inclusive intentionally used, or endeavors to use, the contents of wire, oral, or electronic communications, knowing or having reason to know that the information regarding LSO's clients and the services those clients sought from LSO was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection.

71.     LSO seeks a preliminary injunction prohibiting RCI, HUGHES and DOES 1 through 20 from continuing their conduct in violation of 18 U.S.C. §2520.

72.     LSO seeks other equitable or declaratory relief as may be appropriate as against Defendants RCI, HUGHES and DOES 1 through 20.

73.     LSO seeks damages under subsection (c) and punitive damages as permissible pursuant to 18 U.S.C. §2520 subsection (c).

//

//

//

COMPLAINT FOR DAMAGES

# VI.

## SIXTH CAUSE OF ACTION

### MISAPPROPRIATION OF TRADE SECRETS
(California Civil Code § 3426.1et seq.)

(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20 inclusive)

74.    LSO incorporates and realleges by this reference each and every allegation set forth hereinabove in paragraphs 1 through 73, inclusive.

75.    Defendants RCI, HUGHES, and DOES 1 through 20 inclusive, have acquired through improper means the trade secret membership database (hereinafter "customer list") of LSO, which consists of a compilation of confidential client contact information which derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use.  LSO has taken reasonable measures to maintain the secrecy of its clients' identities for many years and this secrecy has added to LSO's good will with its clients.

76.    Defendants RCI, HUGHES, and DOES 1 through 20 inclusive, knew or had reason to know that the email and other contact information contained on the customer list of LSO was acquired by improper means as Defendant(s) imbedded a hidden cookie to track the emails exchanged by LSO and its clients on Clublifestyles.com.

77.    Defendants RCI, HUGHES, and DOES 1 through 20 inclusive, knew or had reason to know that LSO's customer list was its trade secret and was to be kept confidential at the time of acquisition as Defendants RCI and HUGHES entered into a written agreement with LSO in which Defendants acknowledged that LSO retained ownership of its customers.

78.    Defendants RCI, HUGHES, and DOES 1 through 20 inclusive, used and/or disclosed the trade secret of LSO by contacting or advertising to LSO's clients and others via email or on the World Wide Web in order to (1) acquire the business of LSO's

1        clients and (2) to advance or obtain business relationships with hotels, resorts, or

2        others.

3    79.      As a result of Defendants' misappropriation of LSO's trade secret customer list, LSO

4        has lost business and will seek actual or unjust enrichment damages, punitive

5        damages pursuant to California Civil Code § 3294 and royalties in an amount to be

6        determined at trial.

7    80.      LSO seeks a preliminary and permanent injunction to bar Defendants RCI,

8        HUGHES, and DOES 1 through 20 from continuing the misappropriation of LSO's

9        trade secret customer list.

10                                     **VII.**

11                     **SEVENTH CAUSE OF ACTION**

12                   **UNFAIR BUSINESS COMPETITION**
                       (Ca Business and Professions Code § 17200 *et seq.*)

13
       (Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20
14                              inclusive)

15    81.      LSO incorporates and realleges by this reference each and every allegation set forth

16        hereinabove in paragraphs 1 through 80, inclusive.

17    82.      Defendants RCI, HUGHES, and DOES 1 through 20 inclusive unfairly competed

18        with LSO by engaging in unlawful, unfair and/or fraudulent acts and by utilizing

19        unfair, deceptive, untrue or misleading advertising.

20    83.      Defendants RCI, HUGHES, and DOES 1 through 20 inclusive engaged in unfair

21        business competition by misappropriating LSO's trade secret customer list and

22        infringing and diluting LSO's trademarks.

23    84.      Defendants RCI, HUGHES, and DOES 1 through 20 inclusive have and continue to

24        engage in unfair competition against LSO in violation of California Civil Code

25        §17200 *et seq.* by engaging in fraudulent activity on the World Wide Web as a result

26        of which the public is likely to be deceived into believing that RCI's businesses or

27        websites are affiliated with or belong to LSO-Lifestyles Organization. LSO's

28

COMPLAINT FOR DAMAGES

1   business and reputation has been damaged in an amount to be later determined at trial

2   as a result of Defendants' conduct.

3   85.   LSO seeks actual damages, unjust enrichment damages, punitive damages, and any

4   other damages permissible statutorily or available.

5   **VIII.**

6   **EIGHT CAUSE OF ACTION**

7   **FALSE ADVERTISING**
(California Business and Professions Code § 17500)

8   (Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20

9   inclusive)

10   86.   LSO incorporates and realleges by this reference each and every allegation set forth

11   hereinabove in paragraphs 1 through 85, inclusive.

12   87.   LSO alleges that Defendants RCI, HUGHES, and DOES 1 through 20 inclusive,

13   have violated Business and Professions Code § 17500 of the UCA (incorporated by

14   reference in Business and Professions Code § 17200) by making and/or

15   disseminating and/or causing to be made or disseminated before the public false and

16   misleading statements.  These false and misleading statements include, but are not

17   limited to, the GENERAL ALLEGATIONS section above and the Dilution of

18   Trademark and Cyberpiracy causes of action herein, which are hereby incorporated

19   by this reference.  LSO has suffered injury in fact and has lost money and/or property

20   as a result of such unfair competition.

21   88.   LSO brings this action for itself, and as a representative action on behalf of the

22   general public pursuant to Code of Civil Procedure § 382 and Business and

23   Professions Code § 17203.  The described false and misleading statements and

24   others, are ongoing and will continue unless enjoined by this Court. LSO will further

25   seek any other available remedies or relief, including, but not limited to, appointment

26   of a receiver, disgorgement and/or restoration of money and/or property acquired by

27   means of such unfair competition, as well as reasonable attorney's fees under Code

28

COMPLAINT FOR DAMAGES

1    of Civil Procedure § 1021.5 and the common fund and/or substantial benefit

2    doctrines.

3    89.    Defendants RCI, HUGHES, and DOES 1 through 20 have made untrue or misleading

4           statements regarding their services by utilizing website URLs and trade names that

5           are confusingly similar or nearly identical to those owned or registered by LSO.

6    90.    LSO is informed and believes and thereon alleges that Defendants' conduct has

7           caused LSO's clients to purchase services or travel packages from RCI or its

8           affiliated businesses while believing that they were purchasing those services or

9           travel packages from LSO.

## IX.

### NINTH CAUSE OF ACTION

### BREACH OF CONTRACT
(California Law)

(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20
inclusive)

15    91.    LSO incorporates and realleges by this reference each and every allegation set forth

16           hereinabove in paragraphs 1 through 90, inclusive.

17    92.    LSO entered into a written contract with RCI, by and through Defendant HUGHES,

18           for    hosting,    programming,    support,    modification,    and    developing    LSO's

19           Clublifestyles.com website and LSO's TripCash program.  LSO paid RCI more than

20           forty-five thousand dollars ($45,000) for writing the TripCash program for LSO and

21           for servicing that program.  LSO paid RCI thousands of dollars for development and

22           servicing of the Clublifestyles.com site.

23    93.    LSO did all or substantially all of the significant things that the contract required it to

24           do prior to the cancellation of the contract by RCI and HUGHES prematurely and

25           without notice.

26    94.    By shutting down LSO's Clublifestyles.com website on or about March 31, 2007,

27           RCI and HUGHES breached the terms of the contract by failing to perform their

28           duties under the contract through the entire term of the contract, which was for a five

COMPLAINT FOR DAMAGES

1    years and self-renewing unless "cancelled within 60 days prior to the expiration

2    date." ( *See,* Exhibit "1", page 2)

3    95.    The Contract specifically provided that the Clublifestyle.com domain name belongs

4        to LSO.    RCI and HUGHES breached the contract by registering the

5        Clublifestyle.com domain name in RCI's name and refusing to turn over control of

6        the Clublifestyle.com domain to LSO. (*See*, Exhibit "1", page 3)

7    96.    RCI and HUGHES breached the duty of good faith and fair dealing in connection

8        with the contract between LSO and RCI.

9    97.    The contract between LSO, RCI and HUGHES specifically stated that the customers

10        and customer database remained the property of LSO. RCI and HUGHES breached

11        the duty of good faith by taking LSO's confidential and secret customer database/list,

12        and the customer list which may have accrued as a result of the implementation of

13        Clublifestyles.com, after prematurely terminating the services which RCI was to

14        perform under the contract.

15    98.    LSO sustained substantial harm from RCI's breach of the contract in an amount to be

16        determined at trial.

17    99.    LSO seeks Claim and Delivery of the TripCash Program, and injunctions to prevent

18        use of the TripCash program and any copies or versions of the program by

19        Defendants.

20                                **X.**

21                    **TENTH CAUSE OF ACTION**

22                        **CONVERSION**
                        (California Law)

23    (Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20

24                            inclusive)

25    100.    LSO incorporates and realleges by this reference each and every allegation set forth

26        hereinabove in paragraphs 1 through 99, inclusive.

27    101.    LSO paid RCI funds to purchase two (2) computer servers for operation of LSO's

28        Clublifestyles.com and TripCash.com websites.    RCI has intentionally and

COMPLAINT FOR DAMAGES

1        purposefully converted these two computers and LSO's TripCash program and has

2        refused to return them to LSO as demanded.

3   102.   RCI, HUGHES, and DOES 1 through 20 inclusive have intentionally and /or

4        purposefully exercised dominion and control over the domain name

5        Clublifestyle.com (without an "s" ending) in violation of the contract RCI entered

6        into with LSO wherein it was agreed that LSO maintained ownership of

7        Clublifestyle.com.  RCI has refused to turn over control of the Clublifestyle.com

8        domain name in violation of LSO's ownership rights.

9   103.   LSO has been damaged for the cost of the two computer servers totalling more than

10       two thousand dollars.

11   104.   LSO has been damaged by the conversion of its customer list and Clublifestyle.com

12       domain name and its TripCash program to an amount which shall be later determined

13       at trial.

14   105.   LSO seeks punitive damages, injunctive relief, Claim and Delivery, and any other

15       equitable or statutorily available remedies.

16
<center>**XI.**</center>

17
<center>**ELEVENTH CAUSE OF ACTION**</center>

18
<center>**INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**</center>
<center>(California Law)</center>

19

20
<center>(Against Defendants RIGHT CONNECTION, INC., DON HUGHES, and DOES 1-20
inclusive)</center>

21   106.   LSO incorporates and realleges by this reference each and every allegation set forth

22       hereinabove in paragraphs 1 through 104, inclusive.

23   107.   Defendants RCI, HUGHES, and DOES 1 through 20 intentionally interfered with

24       economic relationships between LSO, LSO's customers and visitors to LSO's

25       Clublifestyles.com and Desires-Resorts.com websites, which would have resulted in

26       substantial economic benefits to LSO.

27

28

<center>COMPLAINT FOR DAMAGES</center>

108.  LSO and its customers and business partners such as a resort in Cozymel, Mexico had established in many instances long-term economic relationships which had in the past and probably would have resulted in further economic benefit to LSO.

109.  Defendants RCI, HUGHES, and DOES 1 through 20 inclusive knew of the relationships between LSO and its customers and business partners.

110.  Defendants RCI, HUGHES, and DOES 1 through 20 inclusive intended to disrupt the relationship between LSO and its clients.

111.  Defendants RCI, HUGHES, and DOES 1 through 20 inclusive engaged in wrongful conduct including but not limited to fraud, false advertising, misappropriation of LSO's trade secret, conversion of LSO's computer servers, trademark infringement, and trademark dilution thereby interfering with LSO's prospective economic advantage.

112.  The relationship between LSO and its clients and visitors to its websites was disrupted by Defendants' wrongful conduct.

113.  LSO has been and continues to be harmed by Defendants' actions.

114.  Defendants' wrongful actions are a substantial factor in causing LSO's harm.

115.  LSO seeks all available damages for Defendants interferences with LSO's prospective economic advantage, including Actual, Punitive and Equitable Damages as well as a preliminary and/permanent injunction.

## **DEMAND FOR RELIEF**

WHEREFORE, LSO prays for judgment against Defendants and each of them, and in favor of LSO as follows:

A.  That a preliminary and permanent injunction issue restraining Defendants, their agents, servants, employees, successors and assigns and all others in concert and privity with them, from:

    a.  using the name LIFESTYLES, or passing off by words or implication that they, and/or any company with which they are involved, are affiliated or associated

1     with, or sponsored or authorized by LSO or its licensees, in connection with the

2     offering of products and/or services;

3     b.   from infringement of U.S. Trademark Registration No. 2010284 and Common

4          Law Trade Marks Desire-Resorts, and Clublifestyles in any manner whatsoever;

5     c.   from unfairly competing with LSO;

6     d.   from engaging in unfair and deceptive trade practices; and

7     e.   from injuring LSO's business reputation and diluting its trademark rights,

8          pursuant to the Lanham Act (15 U.S.C. § 1116; 15 U.S.C. §1125; 15 U.S.C. §

9          1114), and  California Business and Professions Code section 17200, *et seq.*, and

10         the equitable power of this Court.

11  B.  That this Court enter an Order holding that Defendants:

12     a.   have infringed LSO's federally registered LIFESTYLES family of marks under

13          15 U.S.C. § 1114;

14     b.   have falsely designated the source of its products and/or services under 15

15          U.S.C. §1125(a); that Defendants' use of the LIFESTYLES trademark in

16          connection with their products and/or services constitutes a deceptive practice.

17  C.  That Defendant be ordered to surrender for destruction all renderings, representations,

18      advertisements, and other materials incorporating or reproducing the infringing

19      LIFESTYLE trademark, pursuant to Section 36 of the Lanham Act (15 U.S.C. § 1118),

20      and the equitable power of this Court.

21  D.  Claim and Delivery of LSO's computers and TripCash program under California Code

22      of Civil Procedure section 512.010.

23  E.  That Defendants be ordered to file with this Court and serve on LSO within five (5)

24      days after entry of the final judgment of this cause a report in writing under oath setting

25      forth in detail the manner and form in which Defendants have complied with the final

26      judgment;

27  F.   That Defendants be compelled to pay LSO's attorney's fees, together with costs of this

28      suit, pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117) in that this is an

**20 of 22**

COMPLAINT FOR DAMAGES

1    exceptional, willful and flagrant case within the meaning of the aforesaid statute, and in

2    accordance with Code of Civil Procedure §1021.5, and the common fund and/or

3    substantial benefit doctrines;

4    G. That LSO be awarded its monetary damages in a sum in accordance with the proof

5    presented at the time of trial;

6    H. That LSO be awarded its costs and prejudgment interest on all damages;

7    I.  That Defendants be compelled to pay punitive damages in a sum in accordance with the

8    proof presented at the time of trial and pursuant to California Civil Code § 3294.

9    J. That LSO be awarded unjust enrichment damages;

10   K. That LSO be awarded its costs of suit herein incurred; and

11   L. That LSO be awarded royalties for the misappropriation of its trade secret.

12   M. That LSO be awarded Attorneys' Fees.

13   N. For such other and further relief as may be just and equitable.

14

Dated: February 20, 2008                    **Murray & Sabban, LLP**

15

16

17                                          By: _____

18                                          Paul S. Murray, Esq.
                                            Anahita Nahavandian, Esq.,
19                                          Attorneys for Plaintiffs LSO, LTD.

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES

1

## **INDEX OF EXHIBITS**

2

3      Attached are true and correct copies of the Exhibits authenticated and described by the

4  Declaration of Robert McGinley that are referenced above in these Points & Authorities. They

5  are identified by exhibit number and also by page number in sequence.

6  **Exhibit 1 (pages 1-2):** Agreement entered into by LSO and RCI;

7  **Exhibit 2 (pages 3-4):** Screen capture of the Clublifestyle.com home page taken on February

8  11, 2008 and an enlarged copy of the link on the home page containing the registered Lifestyles

9  trademark;

10 **Exhibit 3 (page 5):** Screen capture of the link to "Swinger Travel" taken on February 19, 2008;

11 **Exhibit 4 (pages 6-7):** Copy of the code/cookie LSO found embedded in Clublifestyles.com;

12 copy of the cover page and pages 6 and 7 of Lifestyles' 2004 Convention Guide

13 **Exhibit 5 (pages 8-10):** Copy of the cover page and pages 6 and 7 of Lifestyles' 2004

14 Convention Guide

15 **Exhibit 6 (page 11):**  Screen capture taken of http://associates.exotictravelmart.com/ taken on

16 February 12, 2008

17 **Exhibit 7 (pages 12-13):**  Copy of a February 4, 2008 email sent by RCI's DON HUGHES to

18 Ms. Jane Hayward of Islander Collection and thereafter provided to LSO

19 **Exhibit 8 (page 14):**  Copy of the April 20, 2007 letter I sent to DON HUGHES and Jim

20 Trebune of RCI requesting that they relinquish control of clients and other data belonging to

21 LSO as well as ownership of the Clublifestyle.com URL.

22 **Exhibit 9 (pages 15-18):**  Copy of a February 6, 2008 screen capture of the Terms of Service

23 from RCI's PartyCouples.com at http://www.partycouples.com/join/rules.php

24

25

26

27

28

COMPLAINT FOR DAMAGES

**EXHIBIT 1**

# AGREEMENT

This agreement made this 16th day of December, 2002, between Right Connection, Inc. and LSO is for the purpose of establishing a relationship between said parties for the development and maintenance of a website to be known hereafter as ClubLifestyles.com.

Towards that end:

Right Connection would be responsible for developing the ClubLifestyles.com website in it's new form. The intention will be to develop a REGIONAL look, with a national link together, chat, while perfecting video and audio connections.

Right Connection would facilitate the processing of credit cards through the Right Connection credit card processing gateway.

Right Connection would make the equipment investment to bring the site to the internet in a capacity to handle the expected traffic with efficiency.

Right Connection would handle all technical aspects of the website, programming, support and modifications.

Right Connection would act as the Webmaster for the site and handle all requests from members regarding the site, functions, and difficulties.

Right Connection maintains all intellectual property rights to all database ENGINES (not the data), and software that operates the website. In other words, Right Connection is not giving away the intellectual property rights to the software engines that run our profile sites and the supporting art. The CUSTOMERS belong to LSO.

Right Connection is not an exclusive provider to LSO, and LSO acknowledges Right Connection has other relationships in the same industry.

LSO will energetically with the assistance and knowledge of Right Connection, help promote the Club Lifestyles website.

LSO will assist Right Connection in assuring there is adequate credit card merchant accounts to support the transactions as the site grows. (this site is expected to outgrow Right Connection's merchant account capabilities)

LSO and Right Connection agree to establish in promotions, mailers and determining how we can maximize the profits of the site.

## COMPENSATION

LSO and Right Connection agree to split the profits of the website, including memberships, sales, and affiliate programs on a 50-50 basis. (less any agreed to web promotion programs purchasing search engine special placements and affiliate programs.) In other words, the normal split would be 50-50, but there may be circumstances whereas LSO and Right Connection agree to enter into some special programs to bring in new members that would require an substantial investment. This investment may need to be funded from ongoing revenues.

The agreement will have a five-year term with an automatic renewal if not canceled in writing 60 days prior to the expiration date.

In the event of non-continuation of the agreement after the five year term, the membership database remains the sole property of The Lifestyles Organization and the intellectual property rights remain the property of Right Connection, Inc.

2

Exhibit 1 Page 1

LSO maintains the rights to the ClubLifestyle.com domain name with Administrative Control with Right Connection during the term of the agreement. If the agreement expires, the control over the domain name will be handed over to LSO forthwith.

All financial reporting in relation to the sales generated by the website need to be reported and funded by the 15th of the following month.

This agreement shall be enforceable under the laws of the state of California.

Accepted By:

_____

12/16/02   **Robert McGinley**
**President**
**LSO**

Accepted By:

_____

12/23/02   **Don Hughes**
**President**
**Right Connection, Inc**

Exhibit 1 Page 2





**LIFESTYLES**
WHERE REAL COUPLES COME TO PLAY

HOME | SHOPPING | LOGIN | NEW MEMBERS

## Featured Profile

YOUR BUTT HERE ... Yes, you could be right here with us, on-the-lake, half naked and partying your ass off! Or you could be at home mowing the lawn and doing the laundry ... NOT!! Attractive, fun-loving Couples Wanted for fun-at-the-lake in So


**PlayCouple**
Alpine, CA

**"Click Here" to view all of the Featured Profiles.**

# ClubLifestyle is the <u>ONLY TOTALLY FREE</u> Swingers Personal site!

**What's Inside ...**

 **Certified Couples**           Hookin' Up in *Booty-Time*

Up to 150 images per profile           0 Members online right now!

Live Video Chat + Photo Chat           0 Members in the chat room!

 **JOIN NOW** >>> *Quick Tour*

## What others are saying about ClubLifestyles ...

**Joey & Lisa, Los Angeles** - You guys rock! A full-featured Lifestyles Personals site for FREE? This is great. All of the other sites charge us like $14.95 - $19.95 and you provide us more features for FREE. Once everyone finds out about this site, the other sites will be vacant for sure. This is bound to be the MySpace for swingers for sure. Let's see if the other sites come to their senses and go free too?

**Rick & Shelly, Memphis, TN** – We have been on many so-called swinger websites, but we have to tell you, we have never met so many real couples that actually want to play than on ClubLifestyles. There are so many fake people on many of the other sites, seems the Lifestyles site has the real couples that actually attend the same parties, conventions and vacations we do. Keep us the good work ClubLifestyles.

**Ted & Lisa, Los Angeles, CA** – We are so excited to become part of the Lifestyles community. Oh my, what a difference than just being a member of a swinger web site. We are actually part of the community and part of a very fun group of couples that love to party and take vacations with us. It is so much more fun to vacation with a fun group of people so you know your vacation time is well spent. ClubLifestyles has done a wonderful job of helping couples meet other couples in their area. We applaud you Lifestyles for you help in making our community what it is today.

**Mark & Linda, San Diego, CA** – This is one of the best sites we have ever been on. It seems most of the people here are for real and really want to meet and open new friendships. How cool is that? Bring you friends to ClubLifestyles and get them involved. There is a lot of fun to be had, and we want our slice. Thank you ClubLifestyles.

**Dan & Kimberly, Miami, FL** - Forget the other "pay sites." Why should we go anywhere else? Lifestyles has been the leader in the swinger community for more than 20 years, it just figures they would be the ones to provide what we have all been waiting for, a free environment where we can meet other swingers in our area. Why would anyone want to keep paying the other sites for what you can get for free right here on ClubLifestyles?

## Member Login

User Name

Password

[Login]

☐ Remember my login info
**Forgot your password ??**




**Join Now!**
Click Here To Begin



## Find Swingers

- Alabama Swingers
- Alaska Swingers
- Arizona Swingers
- Arkansas Swingers
- California Swingers
- Colorado Swingers
- Connecticut Swingers
- Delaware Swingers
- DC Swingers
- Florida Swingers
- Georgia Swingers
- Hawaii Swingers
- Idaho Swingers
- Illinois Swingers
- Indiana Swingers
- Iowa Swingers
- Kansas Swingers
- Kentucky Swingers
- Louisiana Swingers
- Maine Swingers
- Maryland Swingers
- Massachusetts Swingers
- Michigan Swingers
- Minnesota Swingers
- Mississippi Swingers
- Missouri Swingers
- Montana Swingers
- Nebraska Swingers
- Nevada Swingers
- New Hampshire Swingers
- New Jersey Swingers
- New Mexico Swingers
- New York Swingers
- North Carolina Swingers
- North Dakota Swingers
- Ohio Swingers
- Oklahoma Swingers
- Oregon Swingers
- Pennsylvania Swingers
- Puerto Rico Swingers
- Rhode Island Swingers
- South Carolina Swingers
- South Dakota Swingers



Exhibit 2 Page 4

**EXHIBIT 3**



*Swinger Travel*

Welcome to **EXOTIC TRAVEL MART**. We specialize in Adult Vacations to sensual and erotic destinations where you can fulfill some our your hottest fantasies and meet some new and exciting friends.

Click on one of the video selections below to begin the video. The volume is low by design for discretion, so you will need to use the control and turn it up if acceptable.

- Home
- Resorts
- Categories
- Trip Insurance
- My Account
- Contact Us





Desire Cancun — Time: 1:26
Desire Los Cabos — Time: 1:00
Hedonism II — Time: 0:30
Hedonism III — Time: 1:06
Hedonism Resorts — Time: 1:18

Choose from a selection to your left for other resorts, searches, and group adventures!

We specialize in Desire Resort & Spa in Cancun Mexico, Desire Los Cabos (aka Desire Cabo) in San Jose del Cabo Mexico, Hedonism II in Negril Jamaica, Hedomism III in Ocho Rios Jamaica, Grand Lido Braco in Braco Jamaica and Grand Lido Negril in Negril Jamaica. We pride ourselves on providing a high level of customer service and doing everything possible to make your vacation a very pleasant and memorable one.



**Desire Spring Break**
Cancún, MX
Apr 5th, 2008 to Apr 11th, 2008
More Information

© Copyright 2008 ExoticTravelMart.com. All Rights Reserved.
Webmaster Opportunities

http://www.exotictravelmart.com/index.php

2/19/2008

Exhibit 3 Page 5

**Note the line of code that reads .= "Bcc: lsm_sub@opp.net\n";**
**Don's server is OPP.net... so until we found this blind copy of code he was**
**getting copies of new our signups. They had already coppied our main list when**
**the were setting up our e-mail server (in my opinion)**

```php
<?php
$HIS_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_100'])));
$HER_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_200'])));
$LAST_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_300'])));
$COMPANY = ucwords(strtolower(stripslashes($_REQUEST['value_5000'])));
$ADDRESS1 = ucwords(strtolower(stripslashes($_REQUEST['value_900'])));
$ADDRESS2 = ucwords(strtolower(stripslashes($_REQUEST['value_1000'])));
$CITY = ucwords(strtolower(stripslashes($_REQUEST['value_1200'])));
$STATE = strtoupper(stripslashes($_REQUEST['value_1300']));
$COUNTRY = strtoupper(stripslashes($_REQUEST['value_1500']));
$POSTAL = strtoupper(stripslashes($_REQUEST['value_1700']));
$HOME = strtoupper(stripslashes($_REQUEST['value_800']));
$FAX = strtoupper(stripslashes($_REQUEST['value_5100']));
$EMAIL = strtolower(stripslashes($_REQUEST['value_5200']));


$MAIL_BODY = "Mailing List Subscription\n\n";
$MAIL_BODY .= "First Name:" . $HIS_NAME . " & " . $HER_NAME . "\n";
$MAIL_BODY .= "Last Name:" . $LAST_NAME . "\n";
$MAIL_BODY .= "Email:" . $EMAIL . "\n";
$MAIL_BODY .= "Street Address 1:" . $ADDRESS1 . "\n";
$MAIL_BODY .= "Street Address 2:" . $ADDRESS2 . "\n";
$MAIL_BODY .= "City:" . $CITY . "\n";
$MAIL_BODY .= "Province/State:" . $STATE . "\n";
$MAIL_BODY .= "Country:" . $COUNTRY . "\n";
$MAIL_BODY .= "Postal Code/Zip:" . $POSTAL . "\n";
$MAIL_BODY .= "Company:" . $COMPANY . "\n";
$MAIL_BODY .= "Home Phone:" . $HOME . "\n";
$MAIL_BODY .= "Fax:" . $FAX . "\n";
$MAIL_BODY .= "Merge Field 18:" . Date ("n/d/Y g:i:s A T") . "\n";
$MAIL_BODY .= "Merge Field 17:" . $_SERVER['REMOTE_ADDR'] . "\n";
$GUID = CreateGUID();
$MAIL_BODY .= "GUID:" . $GUID . "\n";
$MAIL_BODY .= "Merge Field 25:" . $GUID . "\n";
$MAIL_BODY .= "\n\n";
$MAIL_SUBJECT = "SUBSCRIBE - Lifestyles E-news";
$HEADERS = "X-Mailer: Lifestyles E-news Mail System\n";
$HEADERS .= "Errors-to: bounce@lifestyles-enews.com\n";
$HEADERS .= "Reply-to: info@lifestyles-enews.com\n";
$HEADERS .= "Bcc: lsm_sub@opp.net\n";
```

2/8/2008

Exhibit 4 Page 6

```
$HEADERS .= "From: " . $EMAIL . "\n";
$HEADERS .= "Content-Type: text/plain; charset=\"ISO-8859-1\"\n";
$HEADERS .= "Content-Transfer-Encoding: 7bit\n\n";
mail('subscribe@lifestyles-enews.com', $MAIL_SUBJECT, $MAIL_BODY, $HEADERS, '-
fsubscribe@lifestyles-enews.com');

$FILE = "./subscribed.HTML";
If (file_exists($FILE)) {
 $handle  = fopen($FILE);
 $response = fread($handle, filesize($FILE));
 Fclose($handle);
 Print $response . '"\n";
} else {
 Print "<B>Subscribe Mail Has Been Sent.</B><BR />\n";
}
Exit;




Function CreateGUID(){
 Srand((double)microtime()*1000000);
 $r = rand ;
 $u = uniqid(getmypid() . $r . (double)microtime()*1000000,1);
 $m = md5 ($u);
 $m1 = strtoupper(substr($m, 0, 8));
 $m2 = strtoupper(substr($m, 8, 4));
 $m3 = strtoupper(substr($m, 12, 4));
 $m4 = strtoupper(substr($m, 16, 4));
 $m5 = strtoupper(substr($m, 20, 3));
 $m6 = strtoupper(substr($m, 23, 9));
 $m  = $m1 . "-" . $m2 . "-" . $m3 . "-" . $m4 . "-" . $m5 . "-" . $m6;
 return($m);
}
?>
```

Exhibit 4 Page 7



**EXHIBIT 5**



ISSUE 10 $7.95

# Lifestyles ™

### THE LIFESTYLES ORGANIZATION
### EXPRESSIONS OF FREEDOM SINCE 1969

## 31st ANNIVERSARY CELEBRATION YEAR
### JULY 7-11, 2004 • STARDUST RESORT & CASINO • LAS VEGAS

31 YEARS OF
CONVENTIONS
AND PARTIES

COMPLETE
PROGRAM
GUIDE
INSIDE

CHECK YOUR
EMAIL FREE
@ CYBER CAFE

ANNUAL
LIFESTYLES
AWARD

NEWS, UPCOMING
EVENTS AND
MORE ....

PHOTO: CATTLE@CATTLEPHOTO.COM

Exhibit 5 Page 3

# Dixie Kinnee Adds CEO Title for The Lifestyles Organization

Anaheim, CA, July 2004 - LSO, Ltd. announces the promotion of Ms. Dixie Kinnee to the post of CEO of the Lifestyles Companies. Dr. Robert McGinley, who will retain the titles of Chairman and President, praised Ms. Kinnee's performance since joining The Lifestyles Organization two years ago. "Dixie has weathered a period of unprecedented company growth and challenges during highly volatile business times that, for the travel and entertainment industry, have been partly a result of current government activities, the economy and 9/11," McGinley stated.

Dixie, who will continue as Chief Financial Officer, indicated that this new designation is an extension of the already broad based responsibilities and duties she has overseen and performed since joining The Lifestyles Organization. The promotion further defines the business structure and chain of command.

"The enormity and breadth of this business requires a multitude of talents far exceeding Finance and Accounting. Dixie excels in the Finance and Accounting positions and provides added public relations and customer service specialties to the daunting task of exceptional services to our customers," said Dr. McGinley. He went on to explain that his focus will be on what has become known as his trademark, a visionary advocate for "The Lifestyle." Having already initiated a presence in the Mexican market with a convention in Acapulco this past May, the establishment of a couples club in Mexico and partnering with an online community in Mexico City, Lifestyles will continue to provide significant contributions to Dixie's ongoing business endeavors for The Lifestyles Organization.

"Robert has been very supportive of my endeavors, allowing me latitude and authority to guide the company into what we anticipate will be the next rapid growth curve for the business," said Ms. Kinnee. "This growth will involve investment and expansion with affiliates and other successful lifestyles companies into largely untapped markets and will introduce an innovative travel program association."

It's business as usual with enthusiasm and anticipation toward the thriving further endeavors with a solid and dependable team of devoted personnel in place.

The Lifestyles Organization currently encompasses a conglomerate of associated companies and divisions including Lifestyles Tours & Travel, Lifestyles Resorts, Lifestyles Conventions, Lifestyles Publications and Videos, ClubLifestyles.com, Lifestyles Productions, Southern California Couples Swing Club and Lifestyles Mexico.

# NEW ASSOCIATE TRAVEL PROGRAM
## LIFESTYLES ANNOUNCES TRIPCASH.COM

Lifestyles announced today the launch of their new ASSOCIATE TRAVEL PROGRAM for swing clubs, lifestyle-oriented web sites, webmasters, enterprising customers and internet entrepreneurs, allowing them to share in the promotion and commissions from their adult travel ventures.

The adult web business has been driven by sharing in profits for a number of years by way of affiliate programs. Affiliate programs are created by a company allowing webmasters and Internet entrepreneurs to share in the revenue stream created by the sale of the company's products and services. Lifestyles is the first to take this concept one step further by introducing this concept to the adult travel market by creating thousands of travel associates driving traffic from their Internet websites and discussion groups.

An "Associate" can easily add the diverse selections of travel packages offered by Lifestyles on their own websites, or allow Lifestyles to create a "branded" website from a selection of website templates with the Associate's name appearing almost instantly when they sign-up for this innovative program. In a matter of minutes, anyone can become a "Lifestyles Travel Associate," and be earning commissions while the Lifestyles team of travel professionals does all the work! The associate drives the traffic, Lifestyles does all of the work to accommodate the traveler, both share in the cash rewards.

Sound too good to be true? Yes, this might seem like a program that is too good to be true, but we assure you this is REAL and you really can make money selling adult travel if you have a way to drive internet traffic to your site, or you have an internet community or group you can post to. TripCash will dynamically create a website for you with your name or logo in a matter of minutes, displaying all of the travel adventures currently for sale. You have nothing to do but find the customers desiring to book an erotic vacation.

You probably already know several couples that book trips to adult destinations. Maybe it's time to ask them where they are booking their travel? Why not book their travel through your associate site and YOU make the commissions instead of the corner travel agent?

## JOIN FOR FREE
There's no cost to join the Travel Associates Program! All you need do is go to the http://TripCash.com website and fill out the application to become a Lifestyles Travel Associate. It's really easy, taking just few minutes to gather the information we need about you and your website will be built right before your eyes!

You can use the site right from our servers without a monthly hosting cost, link to your site right from your existing website, or create a unique web address (URL) for your new home travel associate business Go there now!

http://www.TripCash.com
Sign-Up Now ---
It's easy and takes only minutes!

## MARKETING YOUR NEW WEBSITE
Now that you have joined our travel team and created your new Travel Associate website, you are ready to let everyone know you have the travel packages ready and supported by the largest wholesale agency of adult travel in the world – Lifestyles.

Many of you already have personal websites, swing club websites and business websites selling other goods and services. Simply add a new button / link called TRAVEL to your website, add your new website address (given to you when you signed-up) and you are INSTANTLY ready to begin selling vacation trips. If you don't already have a website, you can choose a catchy name for erotic travel and save that name from http://GoDaddy.com (Example:

Exhibit 5 Page 9

# LIFESTYLES ANNUAL AWARD
# DAVID VALENTINER

It is a pleasure to announce that David Valentiner has officially been selected as the Lifestyles Award recipient for 2004.

David is well known by members of the lifestyle throughout the country and is much appreciated for his more than a decade long association with The Lifestyles Organization. During this period, he frequently worked to organize conventions and appeared as Master of Ceremonies for numerous contests and other staged events.



His skill and professionalism as Webmaster has taken LSO's wide range of tours, resorts, products and services to a worldwide audience. David first introduced LSO to the internet and the world wide web in 1995 with an informative web site that expanded LSO's reach and today encompasses more than two dozen sites and thousands of pages.

He serves as publisher of the Lifestyles Convention Magazines, acts as creative consultant to Lifestyles signs, ads and most of the company flyers. His influence in the professional look and image of the organization is felt throughout. This is no small job when you consider the company is now involved in multiple conventions on both coasts and international, tours & travel, Lifestyle resorts, videos, the erotic XArt Gallery and a major expansion into Mexico.

But beyond his efforts related specifically to The Lifestyle Organization, he has generally accomplished untold benefits for the entire Lifestyle Community. For years, he shared his knowledge of the internet and taught numerous club owners and vendors how to develop a web presence and maintain their own websites. Still today he devotes time to helping other lifestylers. Working with the

assistance of his long-time mate, Valerie, the Adult MarketPlace - a staple feature of every convention - has profited enormously from his management and marketing expertise. When profits are made and then distributed through the trickle down effect, previously divergent lifestyles suddenly become far more acceptable. From vendors transporting their goods to convention sites through the different levels of consumer consumption, the public typically becomes more aware of, and more accepting of, diversity within society. Other responsibilities at conventions encompass many management areas helping out anywhere he's needed from early mornings to late nights.

Dave's Internet and overall promotions work within the Adult Industry, and his relationships with top industry people, has also gone a long way toward showcasing sex as a healthy and positive part of life in America.

For all this, and for much more, David Valentiner deserves the sincere gratitude of the entire Lifestyle Community. And so it is with great pleasure that he has been named this year's Lifestyles Award recipient.

---

http://????Travel.com)  We will attach your new web address to the website we created for you and you're in business!

Time to start talking up the packages. If you own or belong to a Yahoo, MSN or AOL Group, in accordance with their rules, you can tell the members what service you have related to the group and how you can assist them in their travel. Swing Clubs and Lifestyle Party Coordinators should print postcards and promote the travel side of their business at all of their parties and websites.

With the power and prestige of the Lifestyles Organization behind you, supporting the sales and taking care of the vacationing customer, you really have as much power as the travel agency down the street. You will have a vast array of travel packages and associated upsells. Just about any adult vacation adventure your friends and associates may want, you can now offer them ... the same day you apply for your Travel Associate account.

#### HOW DO I GET PAID?
We pay you monthly – consistently – and with a smile for all commissions owed to you from completed travel.

During the sign-up process, we ask you all of the important questions about who you are,

where you live, phone numbers and associated tax-related necessities to send you a 1099 for the money you earn. We are so sure you CAN earn enough to warrant a 1099 for Misc Income, we have you complete the form and get it back to us before the first pay-out.

Once you are an "Associate" with your own entry code, you will be allowed to enter the http://Trip-Cash.com website as a certified Travel Associate. Once you sign into the Associate Administration section with your special code, you will easily see the links to marketing tools and more importantly, a real-time accounting of every travel package sold through your associate site. Better yet, once the customer is yours, he is yours forever! Even if they call Lifestyles direct on the phone, once they identify themselves, any purchase they make will be electronically attached to your associate account and you get the commissions as long as your account remains in good standing! (yes, there are rules to maintaining your associate certification – read them).

As each customer buys a travel package, that sale will instantly show up on the web-based interface screen displaying all of your pending sales. Easily track what sales you have made ... what sales are pending ... what sales are confirmed ...what sales are complete. You get paid when the travel is completed. Once the commissions owed to you are over the minimum payment threshold, we au-

tomatically send you a check!

#### NO WAY! IT'S THAT EASY?
That's right. It is easy. Just get the word out, drive people / traffic to your new travel website and the customers will begin booking trips. They're going on these vacations anyway, shouldn't you be making the bucks from booking the trip?

Promote your own group trips or takeovers. Choose a date and create your own group trip! If you have enough bookings right away, we can customize the trip for you and provide accommodations for your "host couple." This is the easy way to get your friends and groups together, have a great trip and make some commissions while doing it.

Go online - Join now, today and see how easy it is to generate your new Travel Associate website and begin selling. It's FREE, what are you waiting for?

Questions? Go to the web site for a page of Frequently Asked Questions. Look them over. Chances are we've got the answer you're looking for.

Don't see the answer? Email us. We'll help you out. There's no easier way to earn commissions.

Exhibit 5 Page 10

**EXHIBIT 6**

Case 3:08-cv-00329-H-LSP    Document 1    Filed 02/21/2008    Page 39 of 52

# *Exotic Travel Mart*

**Associate Travel Sales Program**

# MAKE SERIOUS CASH SELLING ADULT TRAVEL

Do you have a website – group – or just good on the Internet?

Now you can make travel commissions even while you are sleeping! Have a group or following that likes to book adult travel destinations? How about if we do all the work and PAY YOU the travel agent commission? Not just a percentage of the commission like other agencies may try to trick you with, but the actual 10% Travel agent commission just for sending the sale!



The Erotic Travel Mart's, Associate Travel Program makes it easy for you to become a Travel Associate and begin selling travel packages to your friends and customers the same day!

- Home
- Sign-up Now
- F.A.Q.'s
- Terms
- Associate Login
- Contacts

1. Sign-up for FREE
2. We create a website with your name, and our offerings
3. You post the banner on your site or buy a unique domain name of your own
4. Sit back and collect the cash. ( we even provide online commission tracking )



We handle all of the logistics, the reservations, paperwork and follow-up, you enjoy the paycheck and the DISCOUNTED TRAVEL BENEFITS. It just doesn't get any easier for YOU to profit from the adult travel industry, and enjoy yourself at the same time. We have some affiliates that just bought an $8.00 domain name and sit back and collect thousands of dollars in commission each month! ( SwingerTravel.com - SwingerVacations.com )

In a matter of minutes you will have a Travel Associate account and personalized website, capable of offering erotic adult travel destinations to your friends and groups ... and it will cost you absolutely nothing to get started. Monitor your earnings online right from your own web-based Associate Console. You will be a Travel Associate, earning money and travel opportunities.

Start earning travel commission today.

**Signup Now! Click Here!!**

© Copyright 2008 ExoticTravelMart.com. All Rights Reserved.

**Jane Hayward**
**De:** Right Conections Travel [mailto:info@rightconnectionstravel.com]
**Enviado el:** Lunes, 04 de Febrero de 2008 02:27 p.m.
**Para:** jhayward@islandercollection.com
**Asunto:** AURA - New Theme
**Importancia:** Alta

Hello Jane,

It was very nice to speak with you on the phone. Right Connections has been a very successful wholesaler for Desire Resort & Spa, as well as Hedonism in Jamaica. We specialize in just lifestyle-friendly, clothing-optional resorts. We have a very strong demographic in this area and mailing lists that exceed 125,000 active e-mail addresses. Right Connections sold two million in sales to Desire Resorts in 2007, and we led in FIT reservations for Desire Los Cabos. We are currently running six groups at Desire Resorts, plus our FIT reservations.

In addition to our own sales potential, we have created a "Associate Travel Partner Program," whereas we enlist the sales capabilities of small "At-Home" agents and internet marketers, swing club owners and personals website operators. When they sign-up for this program, they make 10% of the sales just for driving the leads. We do all of the reservation processing by a unique real-time online booking engine, send our documents electronically, and automatically arrange for ground transfers. Jane, you can do the math in your head .... 500 Associate Partners selling just one reservation, creates 500 reservations for that month. Each one sells two reservations and you have 1000 reservations.

### *Please try this for yourself:*

**Go to http://ExoticTravelMart.com**
**Choose a resort like Desire Cancun from the resorts menu to the left**
**Choose your dates and check availability ( Desire is very booked .. choose like Aug 1 for 7 nights )**
**We will present you with options unless you have chosen a specific room type**
**Click BOOK NOW**
**Create a NEW ACCOUNT ( we keep accounts for faster re-booking and rewards programs )**

Follow it all the way and just do not pay for the reservation and see what happens. You will be impressed.
I will confirm your reservation and send you documents so you can see the process.

Our general booking engine at http://RightConnecitonsTravel.com works exactly the same way .. we make it quick and fast to make a reservation. Generally one can check availability, book a reservation and get documents in a matter of minutes. If they forget their documents, they can call them up from an airport kiosk and reprint them.

Exhibit 7 Page 12

As we discussed, please be careful in your dealings with Lifestyles and Robert McGinley.  We would hate to have your dealings with Lifestyles place a bad taste in your minds of this community and how other companies that deal in this community conduct business.  Considering Lifestyles owes Desire Resort & Spa $560,000 usd for customer travel not paid for, it is evident why they would be looking for a new resort to do business with.  However, I would have to assume Mr. McGinley would have disclosed his company's financial situation with you as a prelude a good business relationship with your company?  Lifestyles ( LSO, Ltd - Lifestyles-Resorts ) filed for bankruptcy in November of 2007 in the US.  If you inspect the attached documents,  look at the initial creditors list and you will see Desire Resort in there for $560,495usd.  There is yet another resort in Las Vegas called the Tuscany Suites that also is owed $310,000  That is really sad.   We believe it is despicable for any travel company to spend the funds placed in trust by a customer for future travel, and forward these funds to the resort for the purchased travel.  I would assume by the offering on http://Lifestyles-Tours.com they are currently accepting money for the group of Oct 25 - Nov 1, 2008??  I have attached the paperwork for you.

Please inform me of your intentions to change your theme to a lifestyle-friendly, clothing-optional resort. We would be interested in contracting this with you. I have been in this lifestyle for a very long time, and sell this travel niche to thousands of couples, so I know what the clients are looking for very well.  Right Connections would be interested in selling your property if the themes match our demographics. We are VERY excited if your company has decided to re-theme this resort into a Lifestyle-Friendly resort and compete with the 98% occupancy Desire Resort & Spa.  They are currently getting $530 per night and selling out the resort.

Don Hughes
Right Connections
2375 E Tropicana Ave # 172
Las Vegas, NV  89119
http://RightConnectionsTravel.com

Exhibit 7 Page 13

**EXHIBIT 8**

**EXHIBIT**

The Lifestyles Organization
LSO, Ltd.
2641 W. La Palma Avenue, Suite H
Anaheim, CA 92801

April 20, 2007

Don Hughes
8690 Aero Dr. #312
San Diego, CA 92123

Jim Trehune
10464 Clairemont Mesa #272
San Diego, CA 92124

Dear Don & Jim:

Several days ago we asked that you transfer all profiles and any other information in your possession or control of members of www.ClubLifestyles.com to LSO, Ltd. ClubLifestyles and all member's data, profiles, physical and email addresses, posted photos and other data is the property of LSO, Ltd. You are not to use this data in any manner.

The manner of transfer may be decided upon through discussion with Bruce Kinnee, the IT Manager of LSO, Ltd. His contact telephone number is 1-954-781-1750.

We also ask that you, as promised, transfer ownership of URL www.clublifestyle.com to LSO, Ltd. This URL is virtually a duplicate of the URL LSO owns and is likely to cause confusion.

Please comply with this request in a timely manner. Failure to comply may result in legal proceedings to compel compliance.

Respectively,

Robert McGinley, Ph.D.
Chairman & President
LSO, Ltd.

CC; Bruce Kinnee
Paul Murray, Esq.

/6

Exhibit 8 Page 14

EXHIBIT 9

| home | mail | hot chat | searches | who's on | resources | events | forums | account |

home          terms          privacy policy          join now          helpful hints          lost password          contact us          login

**PARTYCOUPLES RULES**





**PartyCouples.com (r) TERMS OF SERVICE AGREEMENT**

 *To ensure that you enjoy the highest standards of quality and service during your visits to our site, we encourage you to read through the following information. These legal notices spell out the terms and conditions to which Users are expected to adhere.*

**CONTENTS AND USER SUBMISSIONS**

**1.1** The contents of this website are intended for the personal, noncommercial use of its Users. All materials on this website (including, but not limited to, news articles, photographs, images, illustrations, audio and video clips, also known as "The Content") are protected by copyright and other intellectual property laws, and are owned or controlled by the party credited as the provider of the content, software, or other materials. Users shall abide by all additional copyright or other notices, information, or restrictions appearing in conjunction with any Content accessed through the Service. PartyCouples.com will strickly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.2** The entire website is protected by copyright as a collective work and/or compilation pursuant to U.S. copyright laws, international conventions, and other copyright laws. Except as set forth in Section 1 of this Terms of Service, Users may not modify, adapt, translate, exhibit, publish, transmit, participate in the transfer or sale of, reproduce (except as provided in this section of the terms of Service), create derivative works from, distribute, perform, display, reverse engineer, de-compile or dissemble, or in any way exploit, any of the content, software, materials or Service in whole or in part. PartyCouples.com will strickly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.3** Users may NOT download or copy the Content unless the Content is specifically designated for DOWNLOAD. Downloadable items displayed on this Service for personal, noncommercial use only, provided that User maintains all copyright and other notices contained in such Content. Copying or storing of any allowed downloadable Content for other than personal, noncommercial use is expressly prohibited without the prior written permission from the website or the copyright holder identified in the individual Content's proprietary notices including copyright notice. No member shall download and use the photos and writings of others without express written permission of the owner of such property. Any violation of this provision will constitute immediate removal from this website without refund or recourse. PartyCouples.com will strickly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**PROFILES, FORUMS AND DISCUSSIONS**

**2.1** User shall not upload to, distribute, or otherwise publish through the website, any Content which is libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive or otherwise violates any law. Please use your best judgment, and be respectful of other individuals using the bulletin boards. Do not use vulgar, abusive, or hateful language. Bulletin boards within the website are provided to give our users an interesting and stimulating forum in which they may express their opinions and share their ideas. Neither the website, nor the management, endorses the opinions placed on these bulletin boards. User acknowledges that any submissions may be published, transmitted and/or displayed on the Internet on our website. We reserve the right to remove any submission and electronically strip any HTML, scripts, animations, URL's, E-mail addresses, or any other non-text submission. In addition, User warrants that all moral rights in any upload materials have been waived.

**2.2** The Profiles, Forums, Internal Mail, Photo Chat and Video Chat shall be used only in a noncommercial manner. Any representation of any URL other than PartyCouples.com, commercial establishment, parties, swing clubs, or resorts will be grounds for termination. NO PHONE NUMBERS can be listed on any profile or posting anywhere on the site. User shall not, without express approval from the webmaster, distribute or otherwise publish any material containing any solicitation of PARTIES, FUNDS, MEMBERSHIPS, WESBSITES, ADVERTISING or any other solicitation for goods or services, competitive or not.

**2.3** The website promotes input from its users. However, by submitting an idea, suggestion, or recommendation, the User waives all right to the idea as intellectual property, and consents to the website utilizing that idea, suggestion, or recommendation without attribution or compensation. It is our utmost desire to provide every possible feature and enhancement you desire. It is your suggestions that will make PartyCouples.com the place to be on the web.

**2.4** While PartyCouples.com does not and cannot review every message posted by Users in the Forums and is not responsible for any content of these messages, the management reserves the right to delete, move or edit messages that it, in its sole discretion, deems are in violation of the law (including trademark and copyright law), or this User Agreement, or are abusive, defamatory, obscene, or otherwise unacceptable. Users shall remain solely responsible for the content of their messages, legally and morally. Every user accepts full responsibility for the legality of any photos and text uploaded to this website. All submissions are traceable back to the user that submitted them. (no matter how good you think you are)

## ACCESS AND AVAILABILITY OF SERVICES AND LINKS

**3.1** PartyCouples.com contains links to other World Wide Web Internet sites, resources, and sponsors. Selection of an ad banner or link redirects the User to a third party. Transactions that occur between the User and the Third Party are strictly between the User and the third party and are not the responsibility of PartyCouples.com.com. PartyCouples.com.com is not responsible for the availability of these outside resources or their contents. User should direct any concerns regarding any external link to it's site administrator or Webmaster.



**3.2** PartyCouples.com.com permits its Users ONLY to publish links personal websites that depict the photos and writings of the user in a manner to expand on the capable space offered in a PartyCouples.com.com profile listing. PartyCouples.com.com and management checks the content of User-linked web sites. Any link to a personal site containing links to other adult websites or commercial sites will be removed. Other links may direct the User to offensive, obscene, or pornographic material. Use of User links is at the User's discretion and peril. PartyCouples.com.com is not responsible for content found on User-linked sites. It is the responsibility of the User / Website owner to obey all Internet laws pertaining to content of these linked websites. No personal website will be allowed to be linked to if the site is promoting adult websites in any fashion, directly, indirectly or by affiliate status. Users linking to such websites will be immediately removed from our system without recourse.

## REPRESENTATIONS AND WARRANTIES

**4.1** User represents, warrants and covenants that:
that no materials of any kind submitted by User or use thereof, in accordance with the terms and conditions of this User Agreement, will:
(i) violate, plagiarize, or infringe upon the rights of any third party, including copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary right;
(ii) contain libelous or otherwise unlawful material;
(iii) constitute false or misleading indications of origin or statements of facts;
(iv) slander, libel or defame any person or entity;
(v) cause injury of any kind to any person or entity; or
(vi) violate any applicable laws, rules, regulations, or other governmental regulations; and
that User is at least 18 years old. User hereby indemnifies, defends and holds PartyCouples.com.com and all officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all liability and costs incurred by the Indemnified Parties in connection with any claim arising out of any breach by User of the User Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorney's fees. User shall cooperate as fully as reasonably required in the defense of any claim. PartyCouples.com.com reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by User.

**4.2** PartyCouples.com.com neither represents nor endorses the accuracy or reliability of any advice, opinion, statement, or other information, displayed, uploaded, or distributed through the Service by User, information provider or any other person or entity.

*PARTYCOUPLES.COM, AND ANY MATERIALS PROVIDED BY PARTYCOUPLES.COM OR THIRD PARTIES, ARE PROVIDED "AS IS." PARTYCOUPLES.COM MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY, CONDITION, GUARANTY, OR REPRESENTATION, WHETHER ORAL, IN WRITING, OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH THE SERVICE. PARTYCOUPLES.COM SHALL NOT BE RESPONSIBLE TO THE USER OR ANY THIRD PARTIES FOR ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH THE USE OF THE SERVICE, THE ACCESS SOFTWARE OR ANY OF THE MATERIALS PROVIDED BY*



**PARTYCOUPLES.COM OR THIRD PARTIES THROUGH THE SERVICE, OR ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE OR THE ACCESS SOFTWARE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF PARTYCOUPLES.COM HAS ADVERTISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS.**

**4.3** User hereby acknowledges that use of the website is at the User's sole discretion.

## SOFTWARE LICENSES

**5.1** User shall have NO rights to the proprietary software and related documentation enhancements, or modifications thereto, provided to the User to access the website (Access Software). User may not sublicense, assign or transfer any membership right / user rights granted by PartyCouples.com.com, and any attempt at such sublicense, assignment, or transfer is void and the membership will be immediately terminated. User may not copy any software, programming or scripts on the PartyCouples.com.com website for any reason. User may not copy, distribute, modify, reverse engineer, or create derivative works from PartyCouples.com.com Software.

## TERMINATION

**6.1** PartyCouples.com.com may, in its sole discretion, terminate or suspend User's access to all or any part of the Service for any reason, including, but not limited to, breach of the Terms of Service. Termination or suspension does not entitle the User to a refund of subscription monies paid. Termination or suspension will result in the forfeiture of all subscription monies paid. Suspension or termination is at the sole discretion of the Webmaster OR executive Lifestyles Organization staff. Any decision to suspend or terminate is final and non-disputable.

Users will be suspended or terminated for violation of any regulation outlined in this agreement, or any disruption caused to any other member of this website. ClubLifestyle.com will not tolerate any disruptive member. In the event of any disruption, all members involved in the dispute will be immediately suspended from use of this site and may result in a full termination of services.

**6.2** Users of PartyCouples.com.com acknowledge that site administrators have the right to terminate use without notice for any User who restricts, inhibits or disrupts access to the website or attempts to alter or improperly access any feature or function of the site. This includes any type of "spider" software designed to rapidly download any portion of this website for storage or off-line viewing. A User's access is limited to the viewing of pages presented on this website by a single use of any username and password combination. Any abuse of distributing the username and password used for entry to this site is grounds for immediate termination and purging of your profile information with warning. Any posting of illegal content or photos not taken by you, or belonging to you may also lead to immediate termination. If the User posts or transmits any illegal content, or harasses or threatens any PartyCouples.com.com User or employee, posts content (including the creation of usernames) that is offensive or otherwise disruptive; creation of multiple accounts, or accounts with false and misleading information; posts unsolicited advertising; or improperly impersonates an employee or other individual.

## GUIDELINES FOR USE

**7.1** The primary purpose of this website is to enable members with similar interests to communicate with each other by several different medias. PartyCouples.com.com is only the provider of the medias and has no control over the content or accuracy of what is portrayed in these medias. Users can chat with each other, exchange stories or pictures, and even to meet each other in person. Meeting in person should be done with caution and at the sole risk of the User. In this regard, this website is much like a national "Personals" section, and the same care that one would exercise when giving information to strangers, or setting up meetings with strangers, must be used here. PartyCouples.com.com will NEVER give information about one User to another Your personal information will only be available to specific staff members. Further, Users are cautioned that giving any information to another User on this website carries with it significant risks. Other advertisers may be perfectly wonderful individuals, or they may not be. There is no reasonable way to determine this in advance of your meeting. In short, if you give any information to anyone, you are taking a significant risk. These risks are greatly increased if you plan to meet other Users face-to-face. Please use caution and common-sense when creating a personal meeting.

**7.2** PartyCouples.com.com offers a "Certified Couple" . The verification indicates that the User in question is the couple they say they are, verifed by other members or seen by the PartyCouples.com staff. The validity of their relationship is beyond our control. We are only verifying that we have seen a couple at the time of verification.. Members are awarded a "Certified Couple" icon when they are verified by our staff members at lifestyle Conventions, lifestyle vacations, dances, Video Chat with PartyCouples.com.com staff members and other Verified Couples. ClubLifestyle.com management has the sole discretion to determine what constitutes sufficient evidence. PartyCouples.com.com promises to be as diligent as possible in

awarding these verification icons. Use the existence of the verification icon may assume the couple MAY be for real and expand your own due diligence in ascertaining the real truth. One phone call to the wife can generally dispel any myth there may be. Furthermore, the "Verification" only affirms that the User is a member and has made contact with PartyCouples.com.com. There is no proof either one of the applying members are swingers or will participate in any activity or function. The "Verification" does not indicate that this User is safe to contact, meet, or give information to. Use the same caution when dealing with a "Verified" or "Rated Single" that you would use when dealing with any other User.

## PRIVACY POLICY

**8.1** PartyCouples.com.com takes every precaution to protect your privacy. Only authorized employees have access to your username, password and only OFFICERS have acccess to any credit card transactions, and PartyCouples.com.com has strict rules on its employees who have access either to the databases that store user information or to the servers that host our services. Your credit card number is encrypted when accepted on our secure processing page. Unlike other websites that "hand-off" transactions to third party processors, your credit card information NEVER leaves our facility by the Internet, encrypted or not. Your information is processed directly to the bank from our own credit card processing servers by special protected connections to the bank processing centers. No other lifestyle website offers such protection. Your information is VERY secure! However, if you are in doubt, PartyCouples.com.com will accept your cardholder information over the phone and process the transaction manually. PartyCouples.com.com will not give information of any kind about a User to anyone. Users should take care to protect their username and password. Exit from your web browser after every use. Chose a username and password that only you know, or can guess.

## MISCELLANEOUS

**9.1** This User Agreement has been made in and shall be construed and enforced in accordance with California law. Any action to enforce this agreement shall be brought in the federal or state court located in California.

**9.2** Official correspondence must be sent via certified postal mail to:

**Right Connection, Inc.**
**PartyCouples.com Division**
**2375 E Tropicana Ave #172**
**Las Vegas, NV 89119**

File: "/include/text_join_rules.html"

© 2008 PartyCouples.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | Refer-A-Friend | PartyCouples Rules



click here for
Live Support
OFFLINE

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 147912  — SH**

**February 21, 2008
09:35:39**

**Civ Fil Non-Pris**
USAO #.: 08CV0329
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC3421

**Total—>  $350.00**

FROM: LSO LTD V. RIGHT CONNECTION IN

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LSO, LTD.

**DEFENDANTS**
RIGHT CONNECTION, a Nevada Corporation; DONALD D. HUGHES, an Individual; DOES 1 through 20 inclusive.

**(b)** County of Residence of First Listed Plaintiff   Orange County, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Clark County, NV
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(Attorneys- See Attachment) Murray & Sabban, LLP., 140 Marine View Ave., Suite 116, Solana Beach, CA 92075, Phone: (858) 259-8052

Attorneys (If Known)

FILED

08 FEB 21 AM 10:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**'08 CV 0329 LAB LSP**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1114
Brief description of cause:
Infringement of Trademark(s)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 2,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2/20/08
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 147912   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE

SA 2/21/08

1   **MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
2   140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
3   Telephone (858) 259-8052
Telecopier (858) 259-8055
4   Email: pmurray@murrayandsabban.com

5   Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414
6

Attorneys for Plaintiff LSO, LTD.
7

8              **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10   LSO, LTD. a California Corporation,      Civil Action No.:
Judge:
11             Plaintiff,      Department:

12   vs.

13                          **ATTACHMENT TO CIVIL COVER
SHEET FOR ITEM 1(c)**
14   DONALD D. HUGHES, and individual;
RIGHT CONNECTION INC. a Nevada
Corporation; and DOES 1 through 20
15   inclusive.

16             Defendants.

17

18

19   Attorneys of Record for Plaintiffs LSO, LTD. per Civil Cover Sheet, Item I(c)

20     •   Paul S. Murray, Esq.        CA State Bar No. 158280

21     •   Ariel J. Sabban, Esq.        CA State Bar No. 189414

22     •   Anahita Nahavandian, Esq.    CA State Bar No. 239688

23     •   Darwin L. Bustarde, Esq.     CA State Bar No. 239121

24

25   All counsel listed above may be reached at:

26   Murray & Sabban, LLP
140 Marine View Ave. Suite 116
27   Solana Beach, CA 92075
Phone:   (858) 259-8052
28   Telefax: (858) 259-8055