# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD., a California corporation,<br><br>                            Plaintiff,<br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>                            Defendants. | CASE NO. 08-CV-0329 H (LSP)<br><br>**SCHEDULING ORDER RE (1) PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND (2) PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF POSSESSION** |

On February 21, 2008, Plaintiff LSO, Ltd. ("LSO"), a California corporation, filed a complaint against defendants Donald D. Hughes and Right Connection, Inc. ("RCI"). Plaintiff filed concurrently an ex parte motion for a temporary restraining order ("TRO") and preliminary injunction, as well as an ex parte application for a writ of possession pursuant to Cal. Code Civ. Proc. § 512.010 et seq.

After reviewing Plaintiff's filings, the Court concludes that ex parte injunctive relief is not warranted because Plaintiff's motions fail to establish a threat of irreparable harm. See Preminger v. Principi, 422 F.3d 815, 822-23 (9th Cir. 2005).

///

Accordingly, the Court orders as follows:

1. Plaintiff shall serve Defendants with copies of the complaint, Plaintiff's motion for a TRO and preliminary injunction, Plaintiff's application for a writ of possession, and all other documents filed by Plaintiff in this case. Plaintiff also shall serve Defendants with a copy of this Order.

2. The Court will hold a hearing on Plaintiff's motion for a TRO and application for a writ of possession on March 17, 2008 at 10:30 a.m. in courtroom 13.

3. Defendants shall file responses in opposition to Plaintiff's motion for a TRO and Plaintiff's application for a writ of possession by March 6, 2008. If Defendants wish to specially appear for the limited purpose of opposing Plaintiff's motion for a TRO and application for a writ of possession, Defendants should so indicate on their briefs.

4. Plaintiff shall file a reply on or before March 12, 2008.

5. No later than March 6, 2008, the parties shall contact the chambers of the magistrate judge assigned to this case to schedule a conference regarding Plaintiff's request for accelerated discovery. The Court orders both parties to preserve all relevant evidence until the hearing on Plaintiff's motions.

IT IS SO ORDERED.

DATED: February 21, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT