**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

FILED 08 FEB 21 AM 10:02 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: ___ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No. 08 CV 0329 LAB LSP<br>Judge:<br>Department:<br><br>**DECLARATION OF ROBERT MCGINLEY** |

I, Robert McGinley declare as follows:

1. I am the President and majority share holder of LSO, Ltd, a California Corporation.

2. LSO, Ltd. ("Lifestyles Organization" or "LSO") is a company specializing in the marketing and sales of conventions, travel, publications, social interfacing, education and communication for and between couples with interests in alternative lifestyles concerning human relationships. LSO is one of the founders of this industry and has been engaged in this business since 1974.

3. Since its inception in 1974, LSO has grown from a very small organization consisting of a handful of members attending small regional events to a nationwide organization hosting large annual conventions of 5000 or more attendees and promoting and marketing

1  destination vacations in Mexico, Jamaica, Europe and the Far East. Many of these
2  destination vacations are completely sold-out to LSO clients. LSO has also made extensive
3  use of the World Wide Web to both promote its products and services and provide forums
4  for lifestyles community to interact privately. LSO has registered over 390 domain names
5  (URL's) since 1985.

6  4. As part of LSO's business, it has registered numerous Trademarks and Service Marks
7  including, but not limited to, the stylized "Lifestyles" (first used in commerce 1975) in
8  various applications, the non-stylized word Lifestyles, Lifestyles Resorts, Lifestyles Tours
9  and Travel, and Club Wide World.

10 5. LSO maintains numerous un-registered common law Trademarks including but not limited
11 to, Clublifestyles (first used in commerce December 28, 2001) and Desire-Resorts (first
12 used in commerce September 4, 2003).

13 6. LSO utilizes its registered and common law trademarks and service marks to provide its
14 clients with the identification of the Lifestyles companies and the quality of the products
15 and services provided by LSO for the past thirty-five years. In so doing, LSO has become
16 the standard for niche products and travel for what has become known as the Lifestyles
17 community. As a result of LSO's position in the marketplace, LSO has assembled a
18 mailing list of over 50,000 people who have identified themselves as clients or potential
19 clients for LSO due to their common interests in the products and services provided by
20 LSO.

21 7. LSO has enjoyed an enhanced reputation with its clients by taking extraordinary steps to
22 protect their privacy by not disseminating their private information or even the fact that they
23 have interest in the products and services provided by LSO.

24 8. The LSO client list enables LSO to effectively market its travel, convention and social
25 interaction websites to a very specific identified market. The LSO mailing list is one of the
26 largest assets of the corporation and is carefully protected and held in confidence.

27 9. As part of LSO's continuing growth, LSO sought outside assistance with the development
28 and hosting of some of its websites in late 2001. One such website is Clublifestyles.com, a

social interaction site where members of the Lifestyles community can meet on line and communicate in private. This website also provides a platform to advertise and promote Lifestyles Tours and Travel destination vacations.

10. After initial piloting with another outside web hosting company, LSO entered into an agreement with Right Connection, Inc. ("RCI"). It was expressly agreed that the agreement would continue for a period of five years from December 16, 2002 and that LSO owned all rights to, the Clublifestyles.com domain name, the Clublifestyle.com domain name and LSO's membership, client or customer list. (A true and correct copy of the agreement entered into by LSO and RCI is attached hereto as Exhibit. "1".)

11. During the course of the relationship, LSO provided all the information required and provided two of LSO's computers for use on the websites. RCI redesigned and hosted the Clublifestyles.com website. LSO provided its mailing/client list for site distribution and hot links for marketing. LSO promoted the Clublifestyles site on its other relevant sites. LSO performed all duties required under the contract.

12. During the course of the contract with RCI and without the knowledge of LSO, RCI registered two domain names in its own name, Clublifestyle.com on December 29, 2002 and Desire-Resort.com on September 11, 2003.

13. Without the contractually required notice, RCI breached the contract by shutting down the site on or about March 31, 2007. LSO reestablished the site with another host as soon as practicable.

14. LSO discovered within the last 60 days that at some time thereafter, RCI had put the LSO sites back on the web under the Clublifestyle.com and Desire-Resort.com domain names with all inquiries addressed to LSO re-directed to RCI and its companion companies. (A true and correct copy of a screen capture of the Clublifestyle.com home page taken on February 11, 2008 and an enlarged copy of the link on the home page containing the registered Lifestyles trademark is attached hereto as Exhibit "2").

15. The Clublifestyle.com home page screen capture attached as Exhibit "2" clearly displays the Clublifestyles banner, testimonials concerning Clublifestyles and Lifestyles

Organization and a link featuring the registered stylized Lifestyles Trademark. This link directs clients to "Swinger Travel", an RCI travel affiliate and not LSO. (A true and correct copy of the screen capture of the link to "Swinger Travel" taken on February 19, 2008 is attached hereto as Exhibit "3")

16. LSO has also discovered that RCI has maintained for its own use the client mailing list of LSO.

17. LSO has also discovered that RCI had imbedded code in LSO's software to capture any new additions to LSO's costumer mailing list as they were received. (A true and correct copy of the code/cookie LSO found embedded in Clublifestyles.com is attached hereto as Exhibit "4") The information captured by the secretly embedded code/cookie is confidential information specifically directed to LSO with the expectation that the information concerning identity and personal activity be kept confidential. LSO has removed the offending code but has not completed a complete inspection of all lines of code in their software to determine if there are other "cookies" imbedded to capture LSO trade secrets.

18. LSO has demanded that RCI return LSO's two computers, cease and desist from the use of any LSO client lists, client information, Trademarks or service marks and deliver all confusingly similar domain names to LSO. RCI has refused and is still in possession of LSO's property.

19. Subsequent to the breach of the contract by RCI, RCI used the information and client mailing list of LSO to divert social interaction website clients and destination travel business to itself and other affiliates.

20. RCI has interfered with the contractual relationships that LSO had established with its clients by creating confusingly similar websites, promotions, trade names and Trademarks. As a result, LSO has suffered and continues to suffer significant loss of profit from web trade and travel commissions.

21. LSO's reputation is being damaged by the unauthorized use of client information. LSO has received complaints from its clients concerning the apparent loss of confidentiality of their

1 identity and personal preferences by the unauthorized dissemination of their e-mail
2 addresses evidence by receipt of e-mails to designated e-mail addresses only provided to
3 LSO.

4 22. RCI has undertaken a program to usurp the LSO TripCash program. LSO commissioned
5 the creation of programming to enhance sales of destination travel through an "associate
6 travel sales program" known as TripCash. (A true and correct copy of the cover page and
7 pages 6 and 7 of Lifestyles' 2004 Convention Guide is attached hereto as Exhibit "5") RCI
8 was paid by LSO in excess of $45,000 to create the programming for LSO. It was agreed
9 by RCI and LSO that the TripCash associate travel sales programming would be the sole
10 property of LSO.

11 23. RCI was in possession of the programming in the LSO servers and after breaching the
12 contract refused to return the TripCash program to LSO upon the demand by LSO.

13 24. RCI has placed LSO's proprietary TripCash program on RCI's own server under the name
14 of Exotic Travel Mart and is wrongfully obtaining profits from the sale of destination travel
15 through LSO's programming. (At true and correct copy of the screen capture taken of
16 http://associates.exotictravelmart.com/ taken on February 12, 2008 is attached hereto as
17 Exhibit "6")

18 25. Based upon the above wrongful acts of RCI, RCI has engaged in a course of conduct to
19 interfere with LSO's attempt to recover some of the lost revenues resulting from the
20 unlawful diversion of LSO's clients and destination travel bookings. LSO is currently
21 engaged in negotiations with Aura Cozumel hotel to be the primary agent for a new adult
22 only resort in Cozumel. RCI, by and through Donald Hughes, has contacted Aura claiming
23 to have the entire LSO client list and thus be able to provide a better representation and
24 greater bookings.

25 26. Mr. Hughes has made false representations concerning RCI's booking volume based upon
26 LSO's booking volume for a similar themed resort, Desire Resort & Spa. (A true and
27 correct copy of a February 4, 2008 email sent by RCI's DON HUGHES to Ms. Jane
28

DECLARATION OF ROBERT MCGINLEY

1  Hayward of Islander Collection and thereafter provided to LSO is attached hereto as Exhibit
2  "7")

3  27. LSO is presently in Chapter 11 reorganization which is reliant upon the continuing ability of
4  LSO to conduct business with its established clientele.

5  28. If RCI is allowed to continue to mislead, confuse and divert the LSO client base and
6  venders for its own profit, LSO will suffer such a significant loss in revenues that in all
7  probability LSO will be required to convert its bankruptcy to Chapter 7.

8  29. Attached hereto as Exhibit "8" is a true and correct copy of the April 20, 2007 letter I sent
9  to DON HUGHES and Jim Trebune of RCI requesting that they relinquish control of clients
10  and other data belonging to LSO as well as ownership of the Clublifestyle.com URL.

11  30. A true and correct copy of a February 6, 2008 screen capture of the Terms of Service from
12  RCI's PartyCouples.com at http://www.partycouples.com/join/rules.php is attached hereto
13  as Exhibit "9".

14

15  I declare under penalty of perjury of the laws of the State of California that the
16  foregoing is true and correct and that this declaration was executed this 21st day of
17  February 2008, at _Solano Beach_, California.

Robert McGinley

**EXHIBIT 1**

# LIFESTYLES AGREEMENT

This agreement made this 16th day of December, 2002, between Right Connection, Inc. and LSO is for the purpose of establishing a relationship between said parties for the development and maintenance of a website to be known hereafter as ClubLifestyles.com.

Towards that end:

Right Connection would be responsible for developing the ClubLifestyles.com website in it's new form. The intention will be to develop a REGIONAL look, with a national link-together, chat, while perfecting video and audio connections.

Right Connection would facilitate the processing of credit cards through the Right Connection credit card processing gateway.

Right Connection would make the equipment investment to bring the site to the internet in a capacity to handle the expected traffic with efficiency.

Right Connection would handle all technical aspects of the website, programming, support and modifications.

Right Connection would act as the Webmaster for the site and handle all requests from members regarding the site, functions, and difficulties.

Right Connection maintains all intellectual property rights to all database ENGINES (not the data), and software that operates the website. In other words, Right Connection is not giving away the intellectual property rights to the software engines that run our profile sites and the supporting art. The CUSTOMERS belong to LSO.

Right Connection is not an exclusive provider to LSO, and LSO acknowledges Right Connection has other relationships in the same industry.

LSO will energetically with the assistance and knowledge of Right Connection, help promote the Club Lifestyles website.

LSO will assist Right Connection in assuring there is adequate credit card merchant accounts to support the transactions as the site grows. (this site is expected to outgrow Right Connection's merchant account capabilities)

LSO and Right Connection agree to establish in promotions, mailers and determining how we can maximize the profits of the site.

## COMPENSATION

LSO and Right Connection agree to split the profits of the website, including memberships, sales, and affiliate programs on a 50-50 basis. (less any agreed to web promotion programs purchasing search engine special placements and affiliate programs.) In other words, the normal split would be 50-50, but there may be circumstances whereas LSO and Right Connection agree to enter into some special programs to bring in new members that would require an substantial investment. This investment may need to be funded from ongoing revenues.

The agreement will have a five-year term with an automatic renewal if not canceled in writing 60 days prior to the expiration date.

In the event of non-continuation of the agreement after the five year term, the membership database remains the sole property of The Lifestyles Organization and the intellectual property rights remain the property of Right Connection, Inc.

2

Exhibit 1 Page 1

LSO maintains the rights to the ClubLifestyle.com domain name with Administrative Control with Right Connection during the term of the agreement. If the agreement expires, the control over the domain name will be handed over to LSO forthwith.

All financial reporting in relation to the sales generated by the website need to be reported and funded by the 15th of the following month.

This agreement shall be enforceable under the laws of the state of California.

Accepted By:                                    Accepted By:

_[signature]_                                   _[signature]_
12/16/02                                        12/20/02

Robert McGinley                                 Don Hughes
President                                       President
LSO                                             Right Connection, Inc.

Exhibit 1 Page 2



HOME | SHOPPING | LOGIN | NEW MEMBERS

ClubLifestyle is the ONLY TOTALLY FREE Swingers Personal site!

**Member Login**

User Name

Password

[Login]

Remember my login info ☐
Forgot your password ??

**Featured Profile**

**What's Inside ...**

 Certified Couples

 Up to 150 images per profile

Live Video Chat + Photo Chat

 Hookin' Up in *Booty-Time*

 0 Members online right now

 0 Members in the chat room

 JOIN NOW >>>> Quick Tour

YOUR BUTT HERE ... Yes, you could be right here with us, on-the-lake, half naked and partying your ass off! Or you could be at home mowing the lawn and doing the laundry ... NOT!! Attractive, fun-loving Couples Wanted for fun-at-the-lake in So

 PlayCouple
Alpine, CA

"Click Here" to view all of the Featured Profiles.



Join Now!
Click Here To Begin



What others are saying about ClubLifestyles ...

**Joey & Lisa, Los Angeles** - You guys rock! A full-featured Lifestyles Personals site for FREE? This is great. All of the other sites charge us like $14.95 - $19.95 and you provide us more features for FREE. Once everyone finds out about this site, the other sites will be vacant for sure. This is bound to be the MySpace for swingers for sure. Let's see if the other sites come to their senses and go free too?

**Rick & Shelly, Memphis, TN** – We have been on many so-called swinger websites, but we have to tell you, we have never met so many real couples that actually want to play than on ClubLifestyles. There are so many fake people on many of the other sites, seems the Lifestyles site has the real couples that actually attend the same parties, conventions and vacations we do. Keep us the good work ClubLifestyles.

**Ted & Lisa, Los Angeles, CA** – We are so excited to become part of the Lifestyles community. Oh my, what a difference than just being a member of a swinger web site. We are actually part of the community and part of a very fun group of couples that love to party and take vacations with us. It is so much more fun to vacation with a fun group of people so you know your vacation time is well spent. ClubLifestyles has done a wonderful job of helping couples meet other couples in their area. We applaud you Lifestyles for you help in making our community what it is today.

**Mark & Linda, San Diego, CA** – This is one of the best sites we have ever been on. It seems most of the people here are for real and really want to meet and open new friendships. How cool is that? Bring you friends to ClubLifestyles and get them involved. There is a lot of fun to be had, and we want our slice. Thank you ClubLifestyles.

**Dan & Kimberly, Miami, FL** - Forget the other "pay sites." Why should we go anywhere else? Lifestyles has been the leader in the swinger community for more than 20 years, it just figures they would be the ones to provide what we have all been waiting for, a free environment where we can meet other swingers in our area. Why would anyone want to keep paying the other sites for what you can get for free right here on ClubLifestyles?

**Find Swingers**

- Alabama Swingers
- Alaska Swingers
- Arizona Swingers
- Arkansas Swingers
- California Swingers
- Colorado Swingers
- Connecticut Swingers
- Delaware Swingers
- DC Swingers
- Florida Swingers
- Georgia Swingers
- Hawaii Swingers
- Idaho Swingers
- Illinois Swingers
- Indiana Swingers
- Iowa Swingers
- Kansas Swingers
- Kentucky Swingers
- Louisiana Swingers
- Maine Swingers
- Maryland Swingers
- Massachusetts Swingers
- Michigan Swingers
- Minnesota Swingers
- Mississippi Swingers
- Missouri Swingers
- Montana Swingers
- Nebraska Swingers
- Nevada Swingers
- New Hampshire Swingers
- New Jersey Swingers
- New Mexico Swingers
- New York Swingers
- North Carolina Swingers
- North Dakota Swingers
- Ohio Swingers
- Oklahoma Swingers
- Oregon Swingers
- Pennsylvania Swingers
- Puerto Rico Swingers
- Rhode Island Swingers
- South Carolina Swingers
- South Dakota Swingers



**EXHIBIT 3**



- Home
- Resorts
- Categories
- Trip Insurance
- My Account
- Contact Us



Welcome to *EXOTIC TRAVEL MART*. We specialize in Adult Vacations to sensual and erotic destinations where you can fulfill some our your hottest fantasies and meet some new and exciting friends.

Click on one of the video selections below to begin the video. The volume is low by design for discretion, so you will need to use the control and turn it up if acceptable.

**Desire Cancun**
Time: 1:26

**Desire Los Cabos**
Time: 1:00

**Hedonism II**
Time: 0:30

**Hedonism III**
Time: 1:06

**Hedonism Resorts**
Time: 1:18



Choose from a selection to your left for other resorts, search us, and group adventures!

We specialize in Desire Resort & Spa in Cancun Mexico, Desire Los Cabos (aka Desire Cabo) in San Jose del Cabo Mexico, Hedonism II in Negril Jamaica, Hedonism III in Ocho Rios Jamaica, Grand Lido Braco in Braco Jamaica and Grand Lido Negril in Negril Jamaica. We pride ourselves on providing a high level of customer service and doing everything possible to make your vacation a very pleasant and memorable one.



Desire Spring Break
Cancún, MX
Apr 5th, 2008 to Apr 11th, 2008
More Information

© Copyright 2008 ExoticTravelMart.com. All Rights Reserved.
Webmaster Opportunities

Case 3:08-cv-00329-H-LSP    Document 3    Filed 02/21/2008    Page 15 of 19

Note the line of code that reads .= "Bcc: lsm_sub@opp.net\n";
Don's server is OPP.net... so until we found this blind copy of code he was getting copies of new our signups. They had already coppied our main list when the were setting up our e-mail server (in my opinion)

```php
<?php
$HIS_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_100'])));
$HER_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_200'])));
$LAST_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_300'])));
$COMPANY = ucwords(strtolower(stripslashes($_REQUEST['value_5000'])));
$ADDRESS1 = ucwords(strtolower(stripslashes($_REQUEST['value_900'])));
$ADDRESS2 = ucwords(strtolower(stripslashes($_REQUEST['value_1000'])));
$CITY  = ucwords(strtolower(stripslashes($_REQUEST['value_1200'])));
$STATE = strtoupper(stripslashes($_REQUEST['value_1300']));
$COUNTRY = strtoupper(stripslashes($_REQUEST['value_1500']));
$POSTAL = strtoupper(stripslashes($_REQUEST['value_1700']));
$HOME = strtoupper(stripslashes($_REQUEST['value_800']));
$FAX  = strtoupper(stripslashes($_REQUEST['value_5100']));
$EMAIL = strtolower(stripslashes($_REQUEST['value_5200']));


$MAIL_BODY = "Mailing List Subscription\n\n";
$MAIL_BODY .= "First Name:" . $HIS_NAME . " & " . $HER_NAME . "\n";
$MAIL_BODY .= "Last Name:" . $LAST_NAME . "\n";
$MAIL_BODY .= "Email:" . $EMAIL . "\n";
$MAIL_BODY .= "Street Address 1:" . $ADDRESS1 . "\n";
$MAIL_BODY .= "Street Address 2:" . $ADDRESS2 . "\n";
$MAIL_BODY .= "City:" . $CITY . "\n";
$MAIL_BODY .= "Province/State:" . $STATE . "\n";
$MAIL_BODY .= "Country:" . $COUNTRY . "\n";
$MAIL_BODY .= "Postal Code/Zip:" . $POSTAL . "\n";
$MAIL_BODY .= "Company:" . $COMPANY . "\n";
$MAIL_BODY .= "Home Phone:" . $HOME . "\n";
$MAIL_BODY .= "Fax:" . $FAX . "\n";
$MAIL_BODY .= "Merge Field 18:" . Date ("n/d/Y g:I:s A T") . "\n";
$MAIL_BODY .= "Merge Field 17:" . $_SERVER['REMOTE_ADDR'] . "\n";
$GUID  = CreateGUID();
$MAIL_BODY .= "GUID:" . $GUID . "\n";
$MAIL_BODY .= "Merge Field 25:" . $GUID . "\n";
$MAIL_BODY .= "\n\n";
$MAIL_SUBJECT = "SUBSCRIBE - Lifestyles E-news";
$HEADERS = "X-Mailer: Lifestyles E-news Mail System\n";
$HEADERS .= "Errors-to: bounce@lifestyles-enews.com\n";
$HEADERS .= "Reply-to: info@lifestyles-enews.com\n";
$HEADERS    .= "Bcc: lsm_sub@opp.net\n";
```

2/8/2008

Exhibit 4 Page 6

```php
$HEADERS .= "From: " . $EMAIL . "\n";
$HEADERS .= "Content-Type: text/plain; charset=\"ISO-8859-1\"\n";
$HEADERS .= "Content-Transfer-Encoding: 7bit\n\n";
mail('subscribe@lifestyles-enews.com', $MAIL_SUBJECT, $MAIL_BODY, $HEADERS, '-fsubscribe@lifestyles-enews.com');

$FILE = "./subscribed.HTML";
If (file_exists($FILE)) {
 $handle = fopen($FILE);
 $response = fread($handle, filesize($FILE));
 Fclose($handle);
 Print $response . "\n";
} else {
 Print "<B>Subscribe Mail Has Been Sent.</B><BR />\n";
}
Exit;




Function CreateGUID(){
 Srand((double)microtime()*1000000);
 $r = rand ;
 $u = uniqid(getmypid() . $r . (double)microtime()*1000000,1);
 $m = md5 ($u);
 $m1 = strtoupper(substr($m, 0, 8));
 $m2 = strtoupper(substr($m, 8, 4));
 $m3 = strtoupper(substr($m, 12, 4));
 $m4 = strtoupper(substr($m, 16, 4));
 $m5 = strtoupper(substr($m, 20, 3));
 $m6 = strtoupper(substr($m, 23, 9));
 $m = $m1 . "-" . $m2 . "-" . $m3 . "-" . $m4 . "-" . $m5 . "-" . $m6;
 return($m);
}
?>
```

Exhibit 4 Page 7



EXHIBIT 5



Exhibit 5 Page 3