Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 21 AM 10:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

LSO, LTD., a California Corporation

vs

RIGHT CONNECTION, INC., a Nevada Corporation; DONALD D. HUGHES, I; and DOES 1 through 20, inclusive

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0329 LAB LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul S. Murray, Esq., Murray & Sabban, LLP
140 Marine View Ave.
Suite 116 Solana Beach, CA 92075

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

FEB 21 2008

DATE



By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)