1  **MURRAY & SABBAN, LLP**
   Lomas Santa Fe Professional Building
2  140 Marine View Avenue, Suite 116
   Solana Beach, CA 92075
3  Telephone (858) 259-8052
   Telecopier (858) 259-8055
4  pmurray@murrayandsabban.com
   Paul S. Murray, SB# 158280
5  Ariel J. Sabban, SB# 189414

6  Attorneys for Plaintiff LSO, LTD.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | LSO, LTD. a California Corporation, | Civil Action No.:
11 | Plaintiff, | Judge: '08 CV 0329 LAB LSP
   | | Department:
12 | vs. | **COMBINED MOTION FOR**
   | | **TEMPORARY RESTRAINING ORDER**
13 | | **AND PRELIMINARY INJUNCTION**
   | DONALD D. HUGHES; RIGHT | **[FRCP, Rules 64 & 65]**
14 | CONNECTION, INC., a Nevada corporation;
   | and DOES 1 through 20 inclusive,
15 |
   | Defendants.
16

17
        PLAINTIFF LSO, LTD. (hereinafter "LSO") moves this Court, pursuant to Rule 65 of
18
   the Federal Rules of Civil Procedure ("FRCP") for the issuance of a Temporary Restraining
19
   Order ("TRO") pursuant to the terms described below pending the hearing and determination of
20
   LSO's request for a Preliminary Injunction. The TRO and the Preliminary Injunction is sought
21
   against DONALD D. HUGHES ("HUGHES") and RIGHT CONNECTION, INC., a Nevada
22
   corporation ("RCI") (collectively "Defendants").
23
        Plaintiff moves this Court as follows,
24
        A.    To issue a TRO requiring Defendants to perform or enjoining Defendants from,
25
   as the case might be, the following acts:
26
        1.    Order Defendants to participate in accelerated discovery to require:
27

28

      a.    Defendants to surrender LSO's two computers in Defendants' possession pursuant to Claim and Delivery. (Calif. Code of Civil Procedure § 512.010 *et seq.*) See the *Ex Parte* Application for Writ of Possession submitted concurrently filed herewith;

      b.    Defendants to produce the original and all copies of LSO's Tripcash program ("Associate Travel Sales Program");

      c.    Defendants to produce all communications between Defendants on the one hand and individuals (prospective and actual clients) involved in the Lifestyles community;

      d.    Defendants to produce all communications between Defendants on the one hand and any entity (including social organizations, businesses, and trade associations and specifically Desire, Wyndham Aura, and Superclubs) that are involved in or been contacted by Defendants for purposes of the alternative Lifestyles industry.

      e.    Require HUGHES and RCI (e.g. the Person Most Knowledgeable regarding RCI (if not HUGHES)) to sit for deposition, prior to the hearing on LSO's requested Preliminary Injunction; and

      f.    Require the Defendants to produce ghost copies of all hard-drives concerning or containing: Clublifestyles.com, Clublifestyle.com, Desire-Resorts.com, Desire-Resort.com; the "Tripcash" program, Associate Travel Sales program, Exotic Travel Mart program, or copies or derivatives of those programs; and any and all client (actual and prospective) lists, email lists, telephone lists, and address lists, possessed by Defendants related to the alternative Lifestyles community or Defendants' interaction with, marketing to, and providing services for the alternative Lifestyles community.

2.    Enjoin the use or disclosure of any and all client lists provided by LSO and/or its officers, agents and employees to Defendants.

3.    Enjoin Defendants or any of their agents, servants, representatives, independent contractors, partners, joint venturers, alter egos, accessories, accomplices, aiders, abettors, confederates, co-conspirators, employees, successors, and assigns and all others acting in concert or in privity with them from contacting anyone contained in LSO's client list;

COMBINED MOTION FOR TRO AND PRELIMINARY INJUNCTION    Case No.:

4. Enjoin Defendants or any of their agents, servants, representatives, independent contractors, partners, joint venturers, alter egos, accessories, accomplices, aiders, abettors, confederates, co-conspirators, employees, successors, and assigns and all others acting in concert or in privity with them from using the name LIFESTYLES, or passing off by words or implication that they, and/or any company with which they are involved, are affiliated or associated with, or sponsored or authorized by LSO or its licensees, in connection with the offering of products and/or services, from infringement of U.S. Trademark Registration No. 2010284 and Common Law Trade Marks Desire-Resorts, and Clublifestyles in any manner whatsoever; from unfairly competing with LSO; from engaging in unfair and deceptive trade practices; and from injuring LSO's business reputation and diluting its trademark rights, pursuant to the Lanham Act (15 U.S.C. § 1116; 15 U.S.C. §1125; 15 U.S.C. § 1114), and California Business and Professions Code section 17200, *et seq.*, and the equitable power of this Court.

5. Enjoin Defendant from using, displaying, distributing or otherwise revealing in any manner to any entity or individual any and all renderings, representations, advertisements, and other materials incorporating or reproducing the infringing LIFESTYLE trademark, pursuant to Section 36 of the Lanham Act (15 U.S.C. § 1118), and the equitable power of this Court.

6. Enjoin Defendants' use of the Exotic Travel Mart program, LSO's Tripcash program ("Associate Travel Sales Program") or any similar program that was derived from LSO's property and computers.

B. To issue a preliminary injunction requiring Defendants to perform or enjoining Defendants from, as the case might be, the acts described above. LSO respectfully will request that the relief requested for Temporary Restraining Order be granted pursuant to a Preliminary Injunction, without regard to whether any particular term was granted or denied for the Temporary Restraining Order.

The grounds for this motion, as more fully set forth in the concurrently filed Memorandum of Points and Authorities, the complaint and the concurrently filed declaration of Dr. Robert McGinley, are:

1. Defendants are Infringing upon LSO's Trademarks and Service Marks; Cybersquatting against LSO; Misappropriating and using LSO's trade secrets including LSO's proprietary customer list; Intercepting electronic communications intended solely for LSO; Engaging in unfair business practices; Engaging in false advertising; Retaining two of LSO's computers; and Interfering with current and potential business relationships and opportunities of LSO.

2. Unless enjoined Defendants will continue in the above, and potentially other, unlawful acts;

3. Defendants' continued conduct is causing and will cause immediate and irreparable injury to LSO;

4. LSO is currently involved in Chapter 11 reorganization and interruption of LSO's business by Defendants will severely harm these efforts;

5. Unless the Defendants are ordered to comply with the terms of the requested TRO pending final disposition of the action, the injury to plaintiff in the interim will be irreparable even if final judgment is entered in Plaintiff's favor;

6. No injury will be sustained by the Defendants or by any third party through the issuance of a temporary injunction; and

7. The harm that LSO will suffer if the requested injunctive relief is not granted significantly outweighs the harm that Defendants may claim they will suffer if relief is granted.

This combined motion is based on the Motion papers, including this document, the Certificate of Counsel, the concurrently filed Memorandum of Points & Authorities, the supporting Declaration of Dr. Robert McGinley, the documents submitted for and in support of LSO's request for a Writ of Possession, the exhibits and other supporting documentation concurrently filed with this combined motion, the Complaint concurrently filed herewith, and

1  all papers and records that on file in this action, together with any argument and evidence that
2  may be presented at the hearing of this motion.
3
4  Dated: February 20, 2008          Murray & Sabban, LLP
5
6
7                                   By: _____
                                    Paul S. Murray, Esq.
                                    Attorney for Plaintiff LSO, LTD.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMBINED MOTION FOR TRO AND PRELIMINARY INJUNCTION                    Case No.: