1  **MURRAY & SABBAN, LLP**
   Lomas Santa Fe Professional Building

2  140 Marine View Avenue, Suite 116
   Solana Beach, CA 92075

3  Telephone (858) 259-8052
   Telecopier (858) 259-8055

4  pmurray@murrayandsabban.com
   Paul S. Murray, SB# 158280

5  Ariel J. Sabban, SB# 189414

6  Attorneys for Plaintiff LSO, LTD.

7

FILED

08 FEB 21  AM 10: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

08 CV 0329 LAB LSP

| | |
|---|---|
| 10  LSO, LTD. a California Corporation,<br><br>11  Plaintiff,<br><br>12  vs.<br><br>13  DONALD D. HUGHES; RIGHT<br>14  CONNECTION, INC., a Nevada corporation;<br>and DOES 1 through 20 inclusive,<br>15  Defendants. | Civil Action No.:<br>Judge:<br>Department:<br><br>**MEMORANDUM OF POINTS &<br>AUTHORITIES FOR COMBINED<br>MOTION FOR TEMPORARY<br>RESTRAINING ORDER AND<br>PRELIMINARY INJUNCTION; and<br>INDEX OF EXHIBITS**<br><br>**[FRCP, Rules 64 & 65]** |

17

        PLAINTIFF LSO, LTD. (hereinafter "LSO") moves this Court, pursuant to Rules 64

and 65 of the Federal Rules of Civil Procedure ("FRCP"), for issuance of a Temporary

Restraining Order ("TRO") and Preliminary Injunction against DONALD D. HUGHES

("HUGHES") and RIGHT CONNECTION, INC., a Nevada corporation ("RCI") (collectively

"Defendants").

**I.**

**STATEMENT OF FACTS**

        LSO is a company that specializes in the marketing and sales of conventions, travel,

publications, social interfacing, education and communication for and between couples with

interests in alternative lifestyles concerning human relationships.  Since 1974 LSO, as one of

the founders of the industry, has grown from a very small organization consisting of a handful

1   of members attending small regional events to a nationwide organization hosting large annual

2   conventions of 5000 or more attendees and promoting and marketing destination vacations in

3   Mexico, Jamaica, Europe, and the Far East. Many of these destination vacations are completely

4   sold out to LSO clients.

5        LSO extensively uses the World Wide Web to promote its produces and services, and to

6   provide forums for the lifestyles community to interact privately. LSO has registered over 390

7   domain names (URL's) since 1985.

8        As part of LSO's business, it has registered numerous Trademarks and Service Marks

9   including but not limited to, the stylized "Lifestyles" (first used in commerce in 1975) in

10  various applications, the non-stylized word Lifestyles, Lifestyles Resorts, Lifestyles Tours and

11  Travel, and Club Wide World. LSO also maintains numerous un-registered common law

12  Trademarks including but not limited to the relevant, Clublifestyles (first used in commerce

13  December 28, 2001) and Desire-Resorts (first used in commerce September 4, 2003)

14  Trademarks.

15       LSO utilizes its registered and common law trademarks and service marks to provide its

16  clients with the identification of the Lifestyles companies and the quality of the products and

17  services provided by LSO for the past thirty-five years. In so doing, LSO has become the

18  standard for niche products and travel for what has become known as the Lifestyles community.

19  As a result of LSO's position in the marketplace, LSO has assembled a mailing list of over

20  50,000 people who have identified themselves as clients or potential clients for LSO due to

21  their common interests in the products and services provided by LSO. Additionally, LSO has

22  enjoyed an enhanced reputation with its clients by taking extraordinary steps to protect their

23  privacy by not disseminating their private information or even the fact that they have interest in

24  the products and services provided by LSO.

25       The LSO client list enables LSO to effectively market its travel, convention and social

26  interaction web sites to a very specific identified market. The LSO mailing list is one of the

27  largest assets of the corporation and is carefully protected and held in confidence.

28

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;     Case No.:

1    As part of LSO's continuing growth, LSO sought outside assistance with the

2    development and hosting of some of its websites in late 2001.  One such website is

3    Clublifestyles.com, a social interaction site where members of the Lifestyles community can

4    meet on-line and communicate in private.  This web site also provides a platform to advertise

5    and promote Lifestyles Tours and Travel destination vacations.

6    After initial piloting with another outside web hosting company, LSO entered into an

7    agreement (attached hereto as **Exhibit 1**) with Right Connection, Inc. ("RCI") acting by and

8    through HUGHS. [1]  It was expressly agreed that the contract would continue for a period of five

9    years from December 16, 2002, and that LSO owned all rights to the Clublifestyles.com domain

10   name, the Clublifestyle.com domain name and LSO's membership, client or customer list.

11   During the course of the relationship, LSO provided all the information required and

12   provided two of LSO's computers for use on the websites. RCI redesigned and hosted the

13   Clublifestyles.com website.  LSO provided its mailing/client list for site distribution and hot

14   links for marketing.  LSO promoted the Clublifestyles site on its other relevant sites.  LSO

15   performed all duties required under the contract.

16   During the course of the contract with RCI and without the knowledge of LSO, RCI

17   registered two domain names in its own name, Clublifestyle.com on December 29, 2002 and

18   Desire-Resort.com on September 11, 2003.

19   Without the contractually required notice, RCI then breached the contract by shutting

20   down the site on or about March 31, 2007.  The contract would have reissued on its own terms

21   had RCI not breached the contract.  LSO reestablished the site with another host as soon as

22   practicable.

23   LSO discovered within the last 60 days that at some time thereafter, RCI had put the

24   LSO sites back on the web under the Clublifestyle.com, and Desire-Resort.com (compare these

25   variations in spelling and diction to LSO's Trademarks described above) domain names with all

26   inquiries addressed to LSO *re-directed* to RCI and its companion companies.  (A true and

27

28   [1] LSO subsequently discovered that RCI is a Nevada corporation that is not qualified to do business in California.

**3 of 24**

1   correct copy of the Clublifestyle.com home page is attached hereto as **Exhibit 2**). The page

2   clearly displays the Clublifestyles banner and a link featuring the stylized Lifestyles Trademark.

3   This link directs clients to an RCI travel affiliate and <u>not</u> LSO. (A true and correct copy of the

4   link is attached hereto as **Exhibit 3**)

5       LSO has also discovered that RCI has maintained for its own use the client mailing list

6   of LSO.  Furthermore, LSO has discovered that RCI had imbedded code in LSO's software to

7   intercept and capture any new additions to the mailing list as they were received. (**Exhibit 4**)

8   The information captured is confidential information specifically directed to LSO with the

9   expectation that the information concerning identity and personal activity be kept confidential.

10  LSO has removed the offending code but has not completed a complete inspection of all lines

11  of code in their software to determine if there are other "cookies" imbedded to capture LSO

12  trade secrets.

13      LSO has demanded that RCI return LSO's two computers, cease and desist from the use

14  of any LSO client lists, client information, "Tripcash" computer program, Trademarks or

15  service marks and deliver all confusingly similar domain names to LSO.  RCI has refused and

16  is still in possession of LSO's property.

17      Subsequent to the breach of the contract by RCI, RCI used the information and client

18  mailing list of LSO to divert social interaction web site clients and destination travel business to

19  itself and other affiliates.  RCI has interfered with the contractual relationships that LSO had

20  established with its clients by creating confusingly similar web sites, promotions, trade names

21  and Trademarks.  As a result, LSO has suffered and continues to suffer significant loss of profit

22  from web trade and travel commissions.

23      LSO's reputation is being damaged by the unauthorized use of client information.  LSO

24  has received complaints from its clients concerning the apparent loss of confidentiality of their

25  identity and personal preferences by the unauthorized dissemination of their e-mail addresses

26  evidenced by receipt of e-mails to designated e-mail addresses only provided to LSO.

27      Additionally, RCI has undertaken a program to usurp the LSO Tripcash program.  LSO

28  commissioned the creation of programming to enhance sales of destination travel through an

**4 of 24**

1   "associate travel sales program known" as Tripcash. (**Exhibit 5**)  RDI was paid by LSO in

2   excess of $45,000 to create the programming for LSO. It was agreed by RCI and LSO that the

3   associate travel sales programming would be the sole property of LSO.  RCI was in possession

4   of the programming in the LSO servers and thereafter refused to return the programming to

5   LSO upon the demand by LSO.  RCI has placed LSO's proprietary programming on RCI's own

6   server under the name of Exotic Travel Mart (See **Exhibit 6**) and is wrongfully obtaining

7   profits from the sale of destination travel through LSO's programming.

8          Based upon the above wrongful acts of RCI, RCI has willfully engaged in a course of

9   conduct to interfere with LSO's attempt to recover some of the lost revenues resulting from the

10  unlawful diversion of LSO's clients and destination travel bookings.  LSO is currently engaged

11  in negotiations with Aura Cozumel hotel to be the primary agent for a new adult only resort in

12  Cozumel.  RCI, by and through HUGHES, has contacted Aura claiming to have the entire LSO

13  client list and thus be able to provide a better representation and greater bookings.

14  Furthermore, HUGHES has made false representations concerning RCI's booking volume

15  based upon LSO's booking volume for a similar themed resort, Desire Resort & Spa. (See

16  **Exhibit 7**)

17         LSO believes that RCI is knowingly taking and using LSO's business and property and

18  improperly associating itself with LSO for the reasons specified above.  LSO's principal wrote

19  to HUGHES and Jim Trebune of RCI to request that they relinquish control of clients and data

20  belonging to LSO as well as ownership of the Clublifestyle.com URL in an April 20, 2007

21  letter. (See **Exhibit 8**)  Defendants did not comply.  As another example, RCI on the

22  partycouples.com website RCI operates improperly associates itself with LSO in its Terms of

23  Services.  (**Exhibit 9**)

24         LSO is presently in Chapter 11 reorganization which is reliant upon the continuing

25  ability of LSO to conduct business with its established clientele.  If RCI is allowed to continue

26  to mislead, confuse and divert the LSO client base and vendors for its own profit, LSO will

27  suffer such a significant loss in revenues that in all probability LSO will be required to convert

28  its bankruptcy to Chapter 7.

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;        Case No.:

## II.

## A TEMPORARY RESTRAINING ORDER SHOULD ISSUE TO PRESERVE

## EVIDENCE AND MAINTAIN THE *STATUS QUO*

In compliance with FRCP Rule 65(b) Attorney Darwin L. Bustarde, Esq. gave notice to HUGHES by contacting him by telephone at a number that counsel believes is associated with a San Diego office of Defendants located off Aero Drive. Mr. Bustarde informed HUGHES that counsel for LSO would file a complaint and papers requesting injunctive relief, and apply for a TRO after receiving a Department assignment from the Court Clerk. Mr. Bustarde notified HUGHES that counsel would file the papers at about 9:00 to 9:30 a.m. on Thursday, February 21, 2008, at the Federal Courthouse in Downtown San Diego off Front Street. Mr. Bustarde also suggested that HUGHES or his attorney may wish to proceed to the Clerk's office that morning to inquire of the case number and Department assigned to the matter, and to visit the Court website for more information. (See the Certificate of Counsel executed by Darwin L. Bustarde).

Though counsel provided HUGHES notice there may be a chance that he will not appear. Therefore, LSO asserts that the requested TRO should be issued even if Defendants do not appear for the hearing on the TRO. The Court is authorized to issue an *ex parte* TRO where it appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss or damage will result to the applicant before the adverse party can be heard in opposition. (FRCP, Rule 65(b)(1); and *Granny Goose Foods* v. *Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439 (1974)) As described below, LSO is being subjected to irreparable harm for every day that Defendants are able to continue in their illegal acts.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;    Case No.:

## III.

## INJUNCTIVE RELIEF IS NECESSARY

**A.    TESTS FOR INJUNCTIVE RELIEF**

Various tests are used to determine if equitable relief is appropriate in a given case; generally though all courts require that the applicant for equitable relief show: (1) a threat of irreparable injury; and (2) that legal remedies are inadequate. (*Arcamuzi* v. *Continental Air Lines, Inc.* (9th Cir. 1987) 819 F2d 935, 937)

Some Courts utilize the "traditional test" which requires plaintiff to meet factors showing: (1) A *fair* chance of success on the merits; (2) A significant threat of irreparable injury; (3) A minimal tip in the balance of hardships in plaintiff's favor; and (4) whether any public interest favors granting the injunction. (Schwarzer, Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Pro. Before Trial (The Rutter Group 2001) ¶ 13:44, page 13-14 [*citing to American Motorcyclist Ass'n* v. *Watt* (9th Circ. 1983) 714 F2d 962, 965)

Alternatively, the Ninth Circuit Court of Appeals has applied an "alternative" test that requires **either** that the movant demonstrates a combination of probable success on the merits and the *possibility* of irreparable injury; **or** serious questions as to these matters and the balance of hardships tips sharply in plaintiffs favor. (See *Benda* v *Grand Lodge of IAM* (9th Cir. 1978) 584 F2d 308, 314-315; and *Motor Vessels Theresa Ann et al.* v. *Kreps* (9th Circ. 1977) 548 F.2d 1382 [Appeal from a California Southern District Case which applied the alternative test])

Regardless of whichever iteration of the test for injunctive relief is applied, the facts available demonstrate that Defendants have violated LSO's rights. Case law sets forth that the greater the relative hardship to the movant then the less probability of success must be shown. (*Regents of Univ. of Calif.* v. *ABC, Inc.* (9th Cir. 1984) 747 F.2d 511, 515) On this account, the irreparable harm to LSO prong (which compares the harm to LSO if injunctive relief is not granted to the harm that Defendants might claim if it is) is discussed first, then the probability of success prong with regard to the causes of action alleged in the Complaint.

///

///

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;          Case No.:

**B.    IRREPARABLE HARM AND SUCCESS ON THE MERITS: DEFENDANTS URSURPED LSO'S PROPRIETARY MATERIALS CAUSING IRREPARABLE HARM TO LSO BY ACTS THAT ARE EASILY PROVABLE**

The harm that LSO is attempting to avoid weighs in favor of granting injunctive relief. The acts causing the harm and giving rise to the causes of action of, *inter alia*, trademark infringement, trade secret misappropriation and cyberpiracy are readily provable sufficient to meet the "likelihood of success on the merits". Below are the causes of action asserted in LSO's concurrently filed Complaint with explanation of how LSO is being irreparably harmed by the demonstrable acts of the Defendants.

**1.    Presumption of Irreparable Harm**

LSO is currently attempting to reorganize in Chapter 11, without injunctive relief LSO will lose business and may have to revert to a Chapter 7 bankruptcy proceeding. This possibility is one of many facts that shows that LSO is facing irreparable harm. (*Doran* v. *Salem Inn, Inc.* (1975) 422 U.S. 922, 932)

Irreparable harm is presumed where defendants engage in acts or practices prohibited by a statute that provides for injunctive relief. For example, "where a defendant has violated a civil rights statute, we will presume that the plaintiff has suffered irreparable injury from the fact of the defendant's violation." (*Silver Sage Partners, Ltd.* v. *City of Desert Hot Springs* (9th Cir. 2001) 251 F.3d 814, 827 ("*Silver Sage*"); citing to *Burlington N.R.R. Co. v. Dep't of Revenue*, (9th Cir. 1991) 934 F.2d 1064, 1074 ["The standard requirements for equitable relief need not be satisfied when an injunction is sought to prevent the violation of a federal statute which specifically provides for injunctive relief."])

In this connection, the causes of action based on statute for Trademark Infringement, cyberpiracy, Electronic Communications Privacy, California's Uniform Trade Secrets Act ("UTSA"), unfair competition and false advertising all provide for injunctive relief. Further, damage to the goodwill of a business is often difficult to calculate, thus supporting a finding of irreparable injury. (*Rent-A-Center, Inc.* v. *Canyon Television & Appliance*, (9th Cir. 1991) 944 F.2d 597, 603)

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;        Case No.:

2.    **Causes of Action of the Complaint**

    a.    **Trademark Infringement (15 United States Code**

**("USC") § 1114, § 1125(a)-(c))**

Defendants are infringing upon and diluting LSO's Trademarks, especially the registered Trademark "Lifestyles" which along with LSO has become closely affiliated with the Lifestyles community. LSO provides goods and services to those who affiliate with the community on a national and international level.

"A plaintiff is entitled to a preliminary injunction in a trademark case when it demonstrates either (1) a combination of 'probable success on the merits' and 'the possibility of irreparable injury' or (2) the existence of 'serious questions going to the merits' and that 'the balance of hardships tips sharply in his favor.'" (*GoTo.com, Inc.* v. *Walt Disney Co.*, (9th Cir. 2000) 202 F.3d 1199, 1204-1205 ("*GoTo.com*") Defendants have infringed upon the registered Trademarks and common law trademarks of LSO causing third parties to be misdirected and confused by Defendants' infringement (e.g. omitting single letters in LSO's Trademarks and Service Marks, and diverting customers to Defendants' own websites). The same standard to determine if a preliminary injunction should issue applies to both registered and unregistered Trademarks. (*GoTo.com supra* at 1205 fn.3)

The likelihood of LSO's success on the merits is apparent in applying the elements of trademark infringement, the central element of the cause of action being the "likelihood of confusion" or whether "the similarity of the marks is likely to confuse customers about the source of the products". (*Id.* at 1205) To determine the likelihood of confusion courts apply the *Sleekcraft* factors, and with specific regard to matters regarding the Web three of the eight factors are especially relevant. (*Ibid.* referencing *AMF, Inc.* v. *Sleekcraft Boats*, (9th Cir. 1979) 599 F.2d 341, at pages 348-349 ("*Sleekcraft*")) "The three most important *Sleekcraft* factors are (1) the similarity of the marks, (2) the relatedness of the goods or services, and (3) the "simultaneous use of the Web as a marketing channel." (*Sleekcraft supra* at 348-349)

As described above the marks at issue are, with the exception of a single letter, exactly the same. LSO's stylized Lifestyles mark is found on Defendants' version of LSO's website.

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;    Case No.:

1  Also compare LSO's mark Clublifestyles with Defendants' Clublifestyle.com,[2] and also LSO's

2  Desire-Resorts mark with Defendants' Desire-Resort.com. The matter *Rockwood Chocolate*

3  *Co.* v. *Hoffman Candy Co.*, (U.S. Ct. of Customs and Patent Appeals 1967) 372 F.2d 552 at

4  page 555 provides an instructive example where a likelihood of confusion was found between

5  "Cup-o-Gold" and "Bag-o-Gold". Defendants are taking LSO's marks and materials to engage

6  in the *exact same* business of LSO (e.g. travel bookings, social interfacing etc.) Defendants

7  hope to, and have confused actual and potential customers to associate Defendants' goods and

8  services concerning the alternative lifestyle industry with LSO's. Finally, regarding the third

9  element identified above, Defendants are simultaneously using the Web to market the exact

10  same services of LSO using LSO's marks.

11  The other *Sleekcraft* factors are also met. They are: strength of the mark; evidence of

12  actual confusion; type of goods and the degree of care likely to be exercised by the purchaser;

13  defendant's intent in selecting the mark; and likelihood of expansion of the product lines.

14  (*AMF, Inc.* v. *Sleekcraft Boats*, 599 F.2d at 348-349)

15  The strength of the stylized Lifestyles mark is apparent since the mark has been in place

16  for decades and incorporated into a family of other LSO applications (note LSO's other

17  trademarks like Lifestyles resorts, Lifestyles Tours and Travel). Hence, the Lifestyles mark is

18  directly associated with LSO. (*Sleekcraft supra* at 349)

19  Regarding again the factor of confusion, since Defendants are using the exact same

20  stylized Lifestyles mark as LSO, and because the Defendants are marketing the same goods and

21  services as LSO individuals are being linked to Defendants' websites. The services provided

22  regard an alternative lifestyle that, as described above, cause individuals to set up separate e-

23  mail accounts in order to participate in the Lifestyles community. Consequently, it is fair to

24  state that purchasers and clients of LSO are discriminating and do care about what entity they

25  are purchasing services or goods from.

26

27  _____

28  [2] Indeed, the contract between the parties designates LSO as the owner of the
Clublifestyle.com domain name and mark. (See **Exhibit 1**, p. 2 [first paragraph])

**10 of 24**

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;   Case No.:

1    Defendants' intent in using these marks is clear—to take LSO's business since they

2  became dissatisfied with merely providing web support services for LSO.  The fact that

3  Defendants began this business only after taking down without authorization LSO's websites

4  speaks to their intent to infringe on LSO's Trademarks and Service Marks.

5    Finally, with regard to the last factor, Defendants are engaged in direct competition with

6  LSO therefore there is no question that the "expansion" factor is met.  All of the *Sleekcraft*

7  factors can be met by LSO.

8    Trademark infringement creates a presumption of irreparable harm.  (*Vision Sports,*

9  *Inc.* v. *Melville Corp.* (9th Cir. 1989) 888 F.2d 609, 612 fn. 3 [Irreparable harm presumed in

10  trademark infringement or unfair competition actions once Plaintiff establishes a likelihood of

11  confusion]; also *Stuhlbarg Int'l Sales Co., Inc.* v. *John D. Brush & Co., Inc.* (9th Cir. 2001) 240

12  F.3d 832, 841 [A threatened loss of prospective customers or goodwill constitutes irreparable

13  harm supporting a preliminary injunction in a trademark suit.])

14    LSO, spanning four decades, has built its business of social networking, travel,

15  education, and publications using its Trademarks and Service Marks.  LSO's Trademarks and

16  Service Marks have been usurped by Defendants to "diversify" their business and unfairly and

17  illegally compete with LSO—their former web design client.  Defendants might claim that *their*

18  business (which is built upon the infringed materials) would suffer and that therefore the harm

19  to them justifies denial of an injunction.  Whatever harm they suffered could only be a loss of

20  business that they could only have obtained as a result of their tortuous acts against LSO.

21  Similarly, Defendants do not have any viable affirmative defenses against the Trademark or

22  other causes of action set forth in the Complaint.  The Defendants unilaterally cancelled the

23  contractual agreement and do not have a legal basis to assert that they are legally using LSO's

24  Trademarks or Service Marks.

25    The balancing of the hardships weighs in favor of enjoining Defendants' use of the

26  LSO's and their confusingly similar marks.

27  / / /

28  / / /

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;        Case No.:

1

### b.    Cyberpiracy (15 USC § 1125(d))

2    Defendants, with demonstrable bad intent, have committed cyberpiracy by registering,

3   trafficking, and using domain names that, as described above, are (nearly) identical and

4   especially confusingly similar to LSO's Trademarks.

5    Defendants started their own websites using terms confusingly similar to LSO's

6   Trademarks and Service Marks.  (15 USC §1125(d)(1)(A)(i))  Defendants' bad intent in doing

7   so is demonstrable by the fact that prior to agreeing to redesigning and hosting LSO's website,

8   and prior to entering into the agreement with LSO where RCI recognized LSO's ownership

9   rights in its materials, Defendants had no significant involvement in the lifestyles community or

10  industry.  Moreover, Defendants are using images containing LSO's incontestable Trademarks

11  that are attached to hyperlinks to redirect browsers to Defendants' websites (Clublifestyle.com,

12  and Desire-Resort.com—both without the "s" contained in LSO's Trademarks).  (See **Exhibits**

13  **2 & 3**)  This is causing potential and actual clients of LSO to be misdirected and confused into

14  visiting Defendants' competing websites.  These acts threaten to permanently harm LSO's

15  business by causing it to lose customers.  Visitors familiar and trusting of the Lifestyles name

16  are being unlawfully misdirected to the Defendants under the false belief that they are doing

17  business with LSO.

18

### c.    Electronic Communications Privacy Act (18 USC § 2511)

19   Under 18 USC § 2510, *et seq.*, the violation of which confers a private right of action

20  including injunction under 18 USC § 2520, it is illegal to intercept, disclose or use any

21  electronic communication in violation thereof.

22   Defendants have imbedded code in LSO's software to intercept the e-mail addresses and

23  private personal information of visitors to LSO's website.  (**Exhibit 4**)  Moreover, LSO has

24  received complaints blaming it for the perceived failure of LSO to protect private email

25  addresses as a result of Defendants' interception and use of the email addresses obtained by the

26  imbedded code in LSO software.  These improper activities are provable because clients of

27  LSO have complained that Defendants have contacted them using emails that are specifically

28

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;         Case No.:

1   set up by clients for use only with LSO to participate in the lifestyles community.  These acts

2   are causing LSO to lose goodwill and lose business opportunities.

3            **d.**      **Violation of the UTSA (Calif. Civil Code § 3426.1, *et seq.*).**

4        California law prohibits the improper acquisition or disclosure without proper consent

5   of another's trade secret.  (Calif. Civil Code § 3426.1)  Defendants have misappropriated LSO's

6   client list which was provided to RCI in confidence pursuant to agreement, and are continuing

7   to misappropriate client (actual and potential) information obtained by using imbedded code

8   that Defendants secretly implanted in LSO's software.

9        Lists of customers or a similar compilation of non-public information (in LSO's case

10   private email addresses and other personal information) are trade secret.  (*Walker* v. *University*

11   *Books, Inc.*, (9th Cir. 1979) 602 F.2d 859, 865 fn. 2; See Calif. Civil Code § 3426.1)  LSO's

12   client list has been developed over the decades and as one of LSO's largest assets it is carefully

13   protected and held in confidence.  (See Calif. Civil Code § 3426.1(d))

14        LSO provided the client list to Defendants pursuant to agreement that provided that the

15   client or customer list, among other LSO materials, would remain the property of LSO.

16   Thereafter, Defendants breached the agreement by taking down LSO's websites that they were

17   retained to re-design and host.  Defendants are now directly competing with LSO and are using

18   the customer list without authorization to contact clients, and to represent to third parties they

19   have access to all of LSO's clients.  These acts establish that Defendants acquired the list under

20   a duty to both maintain the secrecy of the list and to respect LSO's ownership rights in the list.

21   Defendants in violation of that duty are using and/or disclosing portions of it.

22        Defendants have and will continue to misappropriate LSO's client information and other

23   trade secret information, causing irreparable harm to LSO.  "[A]n intention to make imminent

24   or continued use of a trade secret or to disclose it to a competitor will almost always show

25   irreparable harm."  (*Campbell Soup Co.* v. *ConAgra, Inc.* (3rd Cir. 1992) 977 F.2d 86, 92-93)

26   "The property in a trade secret is the power to make use of it to the exclusion of the world[,] [i]f

27   the world knows the process then the property disappears."  (*Hartley Pen Co.* v. *United States*

28   *District Court*, (9th Cir. 1961) 287 F.2d 324, 328)    Calif. Civil Code § 3426.2 provides for

<div align="center">**13 of 24**</div>

1 | injunctive relief for "actual or threatened misappropriation," and again pursuant to *Silver Sage,*

2 | *supra,* irreparable harm is presumed.

3 |      The information at issue was either provided to Defendants in confidence or was solely

4 | intended for the use by Defendants for the benefit of LSO's web applications, therefore

5 | enjoining the use of this information cannot validly be claimed to cause harm to Defendants

6 | such that an injunction should not be issued.  The balance of hardships again weighs in favor of

7 | granting injunctive relief to protect LSO's trade secret information.

8 |      **e.    Unfair Competition (Calif. Bus. & Prof. Code § 17200)**

9 |      California case law applying section 17200 specifies that unfair business practices

10 | (including stealing customers from customer lists whether found to be a trade secret or not)

11 | calls for injunctive relief (*Courtesy Temporary Service, Inc.* v. *Camacho* (1990) 222

12 | Cal.App.3d 1278) which again leads to a presumption of irreparable harm.  The acts specified

13 | above and below all constitute illegal acts that Defendants have engaged in pursuant to their

14 | unfair business practices.  Additionally, note that RCI has taken LSO's Tripcash program

15 | ("Associate Travel Sales Program") for use in its own servers under the name Exotic Travel

16 | Mart.  (See again **Exhibit 5**) These illegal business activities are demonstrable by the

17 | documentary evidence (and affidavit) provided.  As set forth above, the only claimed harm that

18 | Defendants can assert if an injunction is granted is an inability to engage in Trademark

19 | infringement, cybersquatting, false advertising, etc.  Injunctive relief should be granted.

20 |      **f.    False Advertising (Calif. Bus. & Prof. Code § 17500)**

21 |      Within defendants' websites are numerous references to Lifestyles or other LSO

22 | affiliated Trademarks, Service Marks, services, or events.  Note again **Exhibit 2** and the use of

23 | LSO's stylized Lifestyles Trademark.  These *prima facie* acts of false advertising improperly

24 | affiliate LSO with Defendants and are confusing third parties to equate Defendants' websites

25 | and services with LSO's.

26 |      **g.    Breach of Contract**

27 |      The act of shutting down LSO's website without knowledge of LSO prior to

28 | highjacking Clublifestyle.com (which direct visitors to Defendants' companion companies)

**14 of 24**

1   comprises at least one breach of the contract entered into between LSO and RCI for the

2   purposes of web-redesigning/hosting. Also, at expiration of the contract control of the domain

3   name Clublifestyle.com was supposed to be transferred to LSO "forthwith." (See **Exhibit 1**, p.

4   2 [first paragraph]) Since breaching the contract Defendants have retained LSO's computer

5   servers, and programs (Tripcash). Injunctive relief is necessary to place the parties in a position

6   to prevent further harm to LSO. The *status quo* that should be maintained is a state of affairs

7   where there is no contractual agreement between LSO and Defendants—meaning that

8   Defendants have no right to retain any of LSO's materials that were only provided to them

9   pursuant to contract.

10            **h.    Conversion**

11          Defendants have improperly taken or retained two of LSO's computers, the domain

12   name Clublifestyle.com, LSO's client list and the Tripcash program ("Associate Travel Sales

13   Program") purchased by LSO. Defendants breached the contract by shutting down LSO's

14   websites and therefore Defendants no longer have any right to possess any of LSO's property.

15          Defendants have taken, during the course and scope of their business, LSO's server

16   computers. These computers belong to LSO and should be returned immediately. Defendants

17   are using these computers to advance their ill-gotten business, to the harm of LSO.

18          Further, the domain name Clublifestyle.com is the property of LSO pursuant to contract

19   entered between it and the Defendants. Domain names are subject to the tort of conversion.

20   (*Fremont Indem. Co.* v. *Fremont General Corp.* (2007) 148 Cal.App.4[th] 97, 125 *citing to*

21   *Kremen* v. *Cohen*, (9th Cir. 2003) 337 F.3d 1024, 1029-1036 ) (*Kremen*) "The Ninth Circuit

22   [has] concluded that an electronic database, an intangible document, associated the domain

23   name with particular computers connected to the Internet and satisfied any merger

24   requirement." (*Fremont Indem. Co. supra* at 125 fn. 10 *citing to Kremen* 337 F.3d at 1033-

25   1034)

26          Moreover, LSO's client list has always been the property of LSO pursuant to contract.

27   LSO's client list is contained in an electronic database which has been improperly retained by

28   Defendants. An electronic database containing documents kept in digital form is an item that

**15 of 24**

1    can be subject to conversion. (*Kremen, supra* at 1033-1034 )  The particular document (or

2    documents) at issue is LSO's client information.  This client list is continually growing as new

3    visitors attempt to contact LSO.  (See *Id.* at 1035 ["A document doesn't cease being a document

4    merely because it is often updated."])  A customer list, even if separated into multiple pages, is

5    protected under the doctrine of conversion.  (*Id.* at 1034 [Citing to *Palm Springs – La Quinta*

6    *Development Co.* v. *Kiebert Corp.*, (1941) 46 Cal.App.2d 234, 238 [Regarding index cards

7    containing potential sale information])  The client list should be returned, and an injunction

8    should issue to enjoin Defendants from using any copies of it.

9          Defendants have taken the travel sales program Tripcash and have installed it into its

10    own server under the name Exotic Travel Mart.  LSO by way of this application and the

11    concurrently submitted Application for Writ of Possession requests that the Court order the

12    return of the Tripcash program contained in the computers, and to enjoin Defendants' use of

13    LSO's program or Defendants' copy or any derivatives of the Tripcash program on their

14    website(s).  Similar to the domain name above- software programs are subject to the tort of

15    conversion.  (*See Unilogic Inc.*, v. *Burroughs Corp.*, (1992) 10 Cal.App. 4th 612, 620 [Here the

16    California Appellate Court dealt with whether it was appropriate for a jury to consider the

17    equitable defense of unclean hands, additionally the opinion describes how a jury found

18    conversion of a software program])  The Second Circuit dealt with the question of whether

19    conversion of electronic data is cognizable under New York.  (*Thyroff* v. *Nationwide Mut. Ins.*

20    *Co.*, (2d. Cr. 2006) 460 F.3d 400)  In remanding the question to the New York Court of

21    Appeals, the Second Circuit referenced the Ninth Circuit's opinion in *Kremen* and suggested

22    that it "provides one possible option for addressing the issue raised in the instant case." (*Id.* at

23    405 fn. 2)  Following the suggestion, the state appellate court answered the certified question in

24    the affirmative. (See *Thyroff* v. *Nationwide Mut. Ins. Co.*, (2d. Cir. 2007) 493 F.3d 109

25    [Referencing the New York Court of Appeals]; and *Thyroff* v. *Nationwide Mut. Ins. Co.* 2007

26    NY Slip Op. 2442, page 7 [The state appellate opinion references *Kremen* in holding that

27    conversion can embrace intangible property and that "Electronic documents are 'documents'

28

**16 of 24**

1  for purposes of conversion analysis."])  The Ninth Circuit and jurisdictions expanding its

2  holdings have found that electronic data can be converted. [3]

3        The tangible and "intangible" property identified above never belonged to Defendants

4  and they no longer are performing any services for LSO and therefore conversion has occurred.

5  The Defendants can claim no harm from being ordered to return this property, or from being

6  enjoined from using any copies or derivatives that they may have made.

       i.        **Intentional Interference with Contractual Relations**

8        LSO alleges that Defendants have interfered with contractual relations between LSO

9  and third parties that Defendants knew about and intended to disrupt, which made performance

10  more expensive or difficult for LSO.  Irreparable harm can also be found where defendant

11  wrongfully deprives a plaintiff of a contract right that would allow plaintiff to expand its

12  business (i.e. the business relationship with current clients being misdirected to Defendants'

13  websites). (*Tom Doherty Assocs., Inc.* v. *Saban Entertainment, Inc.* (2nd Cir. 1995) 60 F.3d 27,

14  97-38) ("*Saban Entertainment*")  For the foregoing reasons described above, Defendants'

15  violations of statute and tortuous conduct are causing confusion amongst LSO's clients and

16  those affiliated with the Lifestyles Organization.  LSO is being subjected to continuing harm

17  demonstrable by documentary evidence.  The Defendants should be ordered to comply with the

18  relief sought herein to avoid further harm to LSO.  Defendants cannot reasonably assert that the

19  relief requested will actually "harm" them in any way.  Injunctive relief will only stop

20  Defendants from doing what they are by law not allowed to do.

       j.        **Intentional Interference with Prospective Economic Advantage**

22        As stated above, LSO is currently in negotiations with Aura Cozumel hotel to become

23  its primary agent for a new adult only resort in Cozumel.  Defendants are attempting to interfere

24  with those negotiations right now by using LSO's trade secret customer list in an attempt to

25  represent that it has access to all of LSO's clients and can provide better services for them.

---

[3] These contentions regarding conversion and items that may qualify as trade secret are provided with recognition to law that would apparently exclude "intangible" items from a conversion action. (*See* 5 Witkin Summary of Calif. Law (10th Ed. 2005) §702 pages 1025-1026) However, with respect, LSO asserts that the client list and the program are subject to conversion as specified by more current applications of California law, as described above.

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;        Case No.:

1    Defendants' use of LSO's client list is a violation of the UTSA and amounts to unfair business

2    practices (Cal. Bus. & Prof. Code § 17200). Defendants should be enjoined from using LSO's

3    client list. The harm that LSO will suffer if injunctive relief is not granted greatly outweighs

4    the effect that forcing defendants to not use misappropriated materials will have on defendants'

5    business activities. (*See again Saban Entertainment supra* regarding finding irreparable harm)

6          Regarding Defendants' acts that are causing potential clients (new visitors to the LSO

7    website) to be misdirected to RCI's companion companies for the foregoing reasons described

8    above, the acts that defendants are performing to interfere with LSO's ability to attract new

9    clientele are demonstrable. An injunction prohibiting them from using LSO's proprietary

10   materials will not cause defendants' harm since they had no right to those materials (for the

11   purpose of stealing LSO's business) in the first instance.

12         Therefore, the harm to LSO that will be prevented outweighs the "harm" of defendants

13   from being denied the opportunity to continue in their infringement, misappropriation, false

14   advertising and cybersquatting.

15   **C.**      **THE OTHER ELEMENTS FOR THE TWO TESTS ARE MET**

16         **1.**      **The "Traditional Test"- Public Interest Element**

17         The fourth element of whether any public interest favors granting an injunction for is

18   easily demonstrable by reference to a number of different acts by Defendants.

19         First, Defendants are surreptitiously accessing private information of LSO's website

20   visitors by way of an implanted software program in LSO's website. This act of cyberpiracy

21   violates First Amendment rights, including the freedom of association. Private information of

22   individuals are being taken by Defendants without knowledge of those affected.

23         Further, it is a common practice of businesses to out-source various aspects of their

24   business (i.e. accounting/payroll, marketing, web-design) under the expectation that the entity

25   that they contracted with would not thereafter steal the very business that they were hired to

26   benefit. Companies that provide ancillary services to other companies should be precluded

27   from using information obtained during the course of their association to the harm of the other

28   company.

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;          Case No.:

1    Injunctive relief will advance the public interest in requiring foreign corporations and

2    residents of the State of California to comply with law.

3    **2.    The "Alternative Test"**

4    As discussed above, LSO can meet the first part of the continuum making up the

5    alternative test sometimes used in the Ninth Circuit.  Additionally, LSO can demonstrate that

6    serious questions as to these matters and the balance of hardships tip sharply in plaintiff's favor.

7    (See *Republic of the Philippines* v. *Marcos*, (9th Cir. 1988) 862 F.2d 1355, 1362 [Describing

8    that "serious questions" means questions that involve a fair chance of success on the merits

9    cannot be resolved at the hearing on the injunction "and as to which the court perceives the

10   need to preserve the status quo lest one side prevent resolution of the questions or execution of

11   any judgment by altering the status quo."])  The anticipated argument of Defendants is that they

12   are somehow legally entitled to do the acts that are causing LSO harm.  LSO has produced with

13   this application competent evidence in support of the causes of action asserted.  The evidence

14   produced demonstrates that any claimed harm on the part of Defendants would only

15   compromise the loss of business that it would have received as a result of illegal acts.

16   **D.    THE SECOND GENERAL REQUIREMENT: LEGAL REMEDIES SHORT OF**

17   **AN INJUNCTION ARE INADEQUATE**

18   Injunctive relief is specifically allowed by statute for the causes of action alleged in the

19   concurrently filed Complaint (See, e.g., 15 USC §§ 1116 & 1125(c)(1), 18 USC § 2520, and

20   California Civil Code Section 3426.2)  Application of this relief to this matter is appropriate

21   where the ultimate effect of the infringement, cyber-squatting, misappropriation, and false

22   advertising is the potential permanent loss of LSO's clients and business relationships.  For

23   example, as described above, Defendants are courting Aura Cozumel by brandishing LSO's

24   client list to interfere with LSO's prospective business with Aura Cozumel.

25   LSO is not simply losing one-time sales of quantifiable products due to Defendants' bad

26   acts and therefore monetary damages are not an adequate remedy.

27   / / /

28   / / /

**19 of 24**

## IV.

## A PRELIMINARY INJUNCTION SHOULD ISSUE

Defendants' bad acts should not be precluded for just a matter of days. A preliminary injunction should issue pending final adjudication of this matter on the merits.

This is not a case where a TRO is going to stop some unintended conduct. Defendants' actions thus far have been willful, with full knowledge that they were using LSO's proprietary materials to become a service provider to the alternative lifestyle community in direct competition with LSO. (*Aaron* v. *SEC*, (1980) 446 U.S. 680, 701 [A defendant's intentional past wrongdoing may be relevant to the likelihood of recurrent violations.]) In this regard, the willful nature of Defendants' conduct diminishes any defense to injunctive relief that might be asserted on the basis of hardship to the Defendants. A court does not have to balance the hardships where the defendant's conduct, especially with regard to LSO's trademarks, has been willful. (*United States* v. *Marine Shale Processors*, (5th Cir. 1996) 81 F.3d 1329, 1359)

The required showings for injunctive relief have been met. The only defense that might have been viable to mitigate against injunctive relief is the issue of laches. Defendants' might assert that LSO has improperly delayed in bringing its action. However, the defense should not rate serious consideration at either the TRO or preliminary injunction stage because it requires a showing of both delay and prejudice. (*Saban Entertainment* 60 F.3d 27, 39 [laches relates only to permanent relief]) Moreover, as indicated above, Defendants' acts were done secretively, and further it should be noted that LSO (concurrently with having to address Chapter 11 reorganization) has not delayed in bringing an action, and any argued delay was the result of the need to engage in extensive investigation to determine the evidence meriting a lawsuit and injunctive relief (for example discovering that an imbedded code was placed in LSO's website).

The natural course of time that it took to discover that its clients' emails were being intercepted by Defendants also demonstrates that "immediate" action by LSO was not possible. (*See Goto.com, supra* 202 F.3d at 1209-1210 [Delay of a few months not sufficient to bar injunctive relief]) Specifically, with regard to discovering that the emails were being intercepted such a determination would have to wait for: a client to email LSO; Defendants

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;        Case No.:

1 | interception of the email; Defendants' use of the email address to contact the client, the time for

2 | the client to determine that their email was being used by an entity not LSO, and then the client

3 | informing LSO of the violation of their privacy.

4 |     Defendants' have engaged in acts that create a presumption that LSO will suffer

5 | irreparable harm without injunctive relief.  Actual harm is being suffered by LSO as described

6 | above.  Defendants' will not be able to assert any sufficient argument against injunctive relief.

7 | Even if they attempt to, such efforts would only reveal that serious questions are involved in

8 | this matter such that the harm that Plaintiff is suffering now demands injunctive relief despite

9 | any hypothetical harm that Defendants might claim.  LSO requests that the terms as requested

10 | by LSO for the Temporary Restraining Order be granted, and that they continue following the

11 | requisite adversarial hearing as a preliminary injunction.

**V.**

## CONDUCT TO BE PROHIBITED AND REQUIRED OF HUGHES & RCI

15 |     Injunctive relief provided by federal and state law is specifically allowed for the causes

16 | of action alleged.  (FRCP, Rule 64)  Accordingly, LSO seeks injunctive relief both mandatory

17 | and prohibitory in nature pursuant to both state and federal law.  The specific terms of the

18 | Temporary Restraining Order and, as the Court deems appropriate preliminary injunction, that

19 | LSO requests are outlined below.

20 |     1.    Order Defendants to participate in accelerated discovery to require:

21 |         a.    Defendants to surrender LSO's two computers in Defendants' possession

22 | pursuant to Claim and Delivery. (Calif. Code of Civil Procedure § 512.010 *et seq.*)  See

23 | the *Ex Parte* Application for Writ of Possession submitted concurrently filed herewith;

24 |         b.    Defendants to produce the original and all copies of LSO's Tripcash

25 | program ("Associate Travel Sales Program");

26 |         c.    Defendants to produce all communications between Defendants on the

27 | one hand and individuals (prospective and actual clients) involved in the Lifestyles

28 | community;

1                d.       Defendants to produce all communications between Defendants on the

2  one hand and any entity (including social organizations, businesses, and trade

3  associations and specifically Desire, Wyndham Aura, and Superclubs) that are involved

4  in or been contacted by Defendants for purposes of the alternative Lifestyles industry.

5                e.       Require HUGHES and RCI (e.g. the Person Most Knowledgeable

6  regarding RCI (if not HUGHES)) to sit for deposition, prior to the hearing on LSO's

7  requested Preliminary Injunction; and

8                f.       Require the Defendants to produce ghost copies of all hard-drives

9  concerning or containing: Clublifestyles.com, Clublifestyle.com, Desire-Resorts.com,

10  Desire-Resort.com; the "Tripcash" program, Associate Travel Sales program, Exotic

11  Travel Mart program, or copies or derivatives of those programs; and any and all client

12  (actual and prospective) lists, email lists, telephone lists, and address lists, possessed by

13  Defendants related to the alternative Lifestyles community or Defendants' interaction

14  with, marketing to, and providing services for the alternative Lifestyles community.

15       2.       Enjoin the use or disclosure of any and all client lists provided by LSO and/or its

16  officers, agents and employees to Defendants.

17       3.       Enjoin Defendants or any of their agents, servants, representatives, independent

18  contractors, partners, joint venturers, alter egos, accessories, accomplices, aiders, abettors,

19  confederates, co-conspirators, employees, successors, and assigns and all others acting in

20  concert or in privity with them from contacting anyone contained in LSO's client list;

21       4.       Enjoin Defendants or any of their agents, servants, representatives, independent

22  contractors, partners, joint venturers, alter egos, accessories, accomplices, aiders, abettors,

23  confederates, co-conspirators, employees, successors, and assigns and all others acting in

24  concert or in privity with them from using the name LIFESTYLES, or passing off by words or

25  implication that they, and/or any company with which they are involved, are affiliated or

26  associated with, or sponsored or authorized by LSO or its licensees, in connection with the

27  offering of products and/or services, from infringement of U.S. Trademark Registration No.

28  2010284 and Common Law Trade Marks Desire-Resorts, and Clublifestyles in any manner

**22 of 24**

1  whatsoever; from unfairly competing with LSO; from engaging in unfair and deceptive trade

2  practices; and from injuring LSO's business reputation and diluting its trademark rights,

3  pursuant to the Lanham Act (15 U.S.C. § 1116; 15 U.S.C. §1125; 15 U.S.C. § 1114), and

4  California Business and Professions Code section 17200, *et seq*., and the equitable power of

5  this Court.

6       5.    Enjoin Defendant from using, displaying, distributing or otherwise revealing in

7  any manner to any entity or individual any and all renderings, representations, advertisements,

8  and other materials incorporating or reproducing the infringing LIFESTYLE trademark,

9  pursuant to Section 36 of the Lanham Act (15 U.S.C. § 1118), and the equitable power of this

10  Court.

11       6.    Enjoin Defendants' use of the Exotic Travel Mart program, LSO's Tripcash

12  program ("Associate Travel Sales Program") or any similar program that was derived from

13  LSO's property and computers.

14  ## VI.

15  ## CONCLUSION

16      For the foregoing reasons LSO respectfully requests that this Honorable Court issue a

17  Temporary Restraining Order pursuant to the terms requested above.  Further, LSO requests

18  that the terms as requested above be incorporated into a preliminary injunction after the

19  requisite hearing.

20  Dated: February 20, 2008        **Murray & Sabban, LLP**

21

22

23                By: _____
                Paul S. Murray, Esq.
                Attorney for Plaintiff LSO, LTD.

24

25

26

27

28

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;    Case No.:

1

## INDEX OF EXHIBITS

2

3        Attached are true and correct copies of the Exhibits authenticated and described by the

4  Declaration of Robert McGinley that are referenced above in these Points & Authorities. They

5  are identified by exhibit number and also by page number in sequence.

6  **Exhibit 1 (pages 1-2):** Agreement entered into by LSO and RCI;

7  **Exhibit 2 (pages 3-4):** Screen capture of the Clublifestyle.com home page taken on February

8  11, 2008 and an enlarged copy of the link on the home page containing the registered Lifestyles

9  trademark;

10  **Exhibit 3 (page 5):** Screen capture of the link to "Swinger Travel" taken on February 19, 2008;

11  **Exhibit 4 (pages 6-7):** Copy of the code/cookie LSO found embedded in Clublifestyles.com;

12  copy of the cover page and pages 6 and 7 of Lifestyles' 2004 Convention Guide

13  **Exhibit 5 (pages 8-10):** Copy of the cover page and pages 6 and 7 of Lifestyles' 2004

14  Convention Guide

15  **Exhibit 6 (page 11):** Screen capture taken of http://associates.exotictravelmart.com/ taken on

16  February 12, 2008

17  **Exhibit 7 (pages 12-13):** Copy of a February 4, 2008 email sent by RCI's DON HUGHES to

18  Ms. Jane Hayward of Islander Collection and thereafter provided to LSO

19  **Exhibit 8 (page 14):** Copy of the April 20, 2007 letter I sent to DON HUGHES and Jim

20  Trebune of RCI requesting that they relinquish control of clients and other data belonging to

21  LSO as well as ownership of the Clublifestyle.com URL.

22  **Exhibit 9 (pages 15-18):** Copy of a February 6, 2008 screen capture of the Terms of Service

23  from RCI's PartyCouples.com at http://www.partycouples.com/join/rules.php

24

25

26

27

28

POINT & AUTHORITIES IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION;    Case No.:



**EXHIBIT 1**

# AGREEMENT
LIFESTYLES

This agreement made this 16th day of December, 2002, between Right Connection, Inc. and LSO is for the purpose of establishing a relationship between said parties for the development and maintenance of a website to be known hereafter as ClubLifestyles.com.

Towards that end:

Right Connection would be responsible for developing the ClubLifestyles.com website in it's new form. The intention will be to develop a REGIONAL look, with a national link-together, chat, while perfecting video and audio connections.

Right Connection would facilitate the processing of credit cards through the Right Connection credit card processing gateway.

Right Connection would make the equipment investment to bring the site to the Internet in a capacity to handle the expected traffic with efficiency.

Right Connection would handle all technical aspects of the website, programming, support and modifications.

Right Connection would act as the Webmaster for the site and handle all requests from members regarding the site, functions, and difficulties.

Right Connection maintains all intellectual property rights to all database ENGINES (not the data), and software that operates the website. In other words, Right Connection is not giving away the intellectual property rights to the software engines that run our profile sites and the supporting art. The CUSTOMERS belong to LSO.

Right Connection is not an exclusive provider to LSO, and LSO acknowledges Right Connection has other relationships in the same industry.

LSO will energetically with the assistance and knowledge of Right Connection, help promote the Club Lifestyles website.

LSO will assist Right Connection in assuring there is adequate credit card merchant accounts to support the transactions as the site grows. (this site is expected to outgrow Right Connection's merchant account capabilities)

LSO and Right Connection agree to establish in promotions, mailers and determining how we can maximize the profits of the site.

## COMPENSATION

LSO and Right Connection agree to split the profits of the website, including memberships, sales, and affiliate programs on a 50-50 basis. (less any agreed to web promotion programs purchasing search engine special placements and affiliate programs.) In other words, the normal split would be 50-50, but there may be circumstances whereas LSO and Right Connection agree to enter into some special programs to bring in new members that would require an substantial investment. This investment may need to be funded from ongoing revenues.

The agreement will have a five-year term with an automatic renewal if not canceled in writing 60 days prior to the expiration date.

In the event of non-continuation of the agreement after the five year term, the membership database remains the sole property of The Lifestyles Organization and the intellectual property rights remain the property of Right Connection, Inc.

2

Exhibit 1 Page 1

LSO maintains the rights to the ClubLifestyle.com domain name with Administrative Control with Right Connection during the term of the agreement. If the agreement expires, the control over the domain name will be handed over to LSO forthwith.

All financial reporting in relation to the sales generated by the website need to be reported and funded by the 15th of the following month.

This agreement shall be enforceable under the laws of the state of California.

Accepted By:                                    Accepted By:


_12/16/02_                                      _12/20/02_

**Robert McGinley**                             **Don Hughes**
**President**                                   **President**
**LSO**                                         **Right Connection, Inc.**

Exhibit 1 Page 2



**LIFESTYLES**
WHERE REAL COUPLES COME TO PLAY

HOME | SHOPPING | LOGIN | NEW MEMBERS

**Featured Profile**



YOUR BUTT HERE ... Yes, you could be right here with us, on-the-lake, half naked and partying your ass off! Or you could be at home mowing the lawn and doing the laundry ... NOT!! Attractive, fun-loving Couples Wanted for fun-at-the-lake in So

 **PlayCouple**
Alpine, CA

**ClubLifestyle is the ONLY TOTALLY FREE Swingers Personal site!**

What's Inside ...

 **Certified Couples**

 Up to 150 images per profile

Live Video Chat + Photo Chat

 Hookin' Up in *Booty-Time*

 0 Members online right now!

 0 Members in the chat room!

# JOIN NOW >>> *Quick Tour*

**Member Login**

User Name

Password

Login

Remember my login info ☐
Forgot your password ??

 **Join Now!**
Click Here To Begin



**"Click Here" to view all of the Featured Profiles.**

**Find Swingers**

- Alabama Swingers
- Alaska Swingers
- Arizona Swingers
- Arkansas Swingers
- California Swingers
- Colorado Swingers
- Connecticut Swingers
- Delaware Swingers
- DC Swingers
- Florida Swingers
- Georgia Swingers
- Hawaii Swingers
- Idaho Swingers
- Illinois Swingers
- Indiana Swingers
- Iowa Swingers
- Kansas Swingers
- Kentucky Swingers
- Louisiana Swingers
- Maine Swingers
- Maryland Swingers
- Massachusetts Swingers
- Michigan Swingers
- Minnesota Swingers
- Mississippi Swingers
- Missouri Swingers
- Montana Swingers
- Nebraska Swingers
- Nevada Swingers
- New Hampshire Swingers
- New Jersey Swingers
- New Mexico Swingers
- New York Swingers
- North Carolina Swingers
- North Dakota Swingers
- Ohio Swingers
- Oklahoma Swingers
- Oregon Swingers
- Pennsylvania Swingers
- Puerto Rico Swingers
- Rhode Island Swingers
- South Carolina Swingers
- South Dakota Swingers

**What others are saying about ClubLifestyles ...**

**Joey & Lisa, Los Angeles** - You guys rock! A full-featured Lifestyles Personals site for FREE? This is great. All of the other sites charge us like $14.95 - $19.95 and you provide us more features for FREE. Once everyone finds out about this site, the other sites will be vacant for sure. This is bound to be the MySpace for swingers for sure. Let's see if the other sites come to their senses and go free too?

**Rick & Shelly, Memphis, TN** – We have been on many so-called swinger websites, but we have to tell you, we have never met so many real couples that actually want to play than on ClubLifestyles. There are so many fake people on many of the other sites, seems the Lifestyles site has the real couples that actually attend the same parties, conventions and vacations we do. Keep us the good work ClubLifestyles.

**Ted & Lisa, Los Angeles, CA** – We are so excited to become part of the Lifestyles community. Oh my, what a difference than just being a member of a swinger web site. We are actually part of the community and part of a very fun group of couples that love to party and take vacations with us. It is so much more fun to vacation with a fun group of people so you know your vacation time is well spent. ClubLifestyles has done a wonderful job of helping couples meet other couples in their area. We applaud you Lifestyles for you help in making our community what it is today.

**Mark & Linda, San Diego, CA** – This is one of the best sites we have ever been on. It seems most of the people here are for real and really want to meet and open new friendships. How cool is that? Bring you friends to ClubLifestyles and get them involved. There is a lot of fun to be had, and we want our slice. Thank you ClubLifestyles.

**Dan & Kimberly, Miami, FL** - Forget the other "pay sites." Why should we go anywhere else? Lifestyles has been the leader in the swinger community for more than 20 years, it just figures they would be the ones to provide what we have all been waiting for, a free environment where we can meet other swingers in our area. Why would anyone want to keep paying the other sites for what you can get for free right here on ClubLifestyles?



**EXHIBIT 3**





Welcome to **EXOTIC TRAVEL MART**. We specialize in Adult Vacations to sensual and erotic destinations where you can fulfill some our your hottest fantasies and meet some new and exciting friends.

Click on one of the video selections below to begin the video. The volume is low by design for discretion, so you will need to use the control and turn it up if acceptable.

- Home
- Resorts
- Categories
- Trip Insurance
- My Account
- Contact Us



**Desire Cancun**
Time: 1:26

**Desire Los Cabos**
Time: 1:00

**Hedonism II**
Time: 0:30

**Hedonism III**
Time: 1:06

**Hedonism Resorts**
Time: 1:18



Choose from a selection to your left for other resorts, searches, and group adventures!

We specialize in Desire Resort & Spa in Cancun Mexico, Desire Los Cabos (aka Desire Cabo) in San Jose del Cabo Mexico, Hedonism II in Negril Jamaica, Hedomism III in Ocho Rios Jamaica, Grand Lido Braco in Braco Jamaica and Grand Lido Negril in Negril Jamaica. We pride ourselves on providing a high level of customer service and doing everything possible to make your vacation a very pleasant and memorable one.



**Desire Spring Break**
Cancún, MX
**Apr 5th, 2008 to Apr 11th, 2008**
**More Information**

© Copyright 2008 ExoticTravelMart.com. All Rights Reserved.
Webmaster Opportunities

http://www.exotictravelmart.com/index.php                    2/19/2008

**Note the line of code that reads .= "Bcc: lsm_sub@opp.net\n";**
**Don's server is OPP.net... so until we found this blind copy of code he was**
**getting copies of new our signups.  They had already coppied our main list when**
**the were setting up our e-mail server (in my opinion)**

```php
<?php
$HIS_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_100'])));
$HER_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_200'])));
$LAST_NAME = ucwords(strtolower(stripslashes($_REQUEST['value_300'])));
$COMPANY = ucwords(strtolower(stripslashes($_REQUEST['value_5000'])));
$ADDRESS1 = ucwords(strtolower(stripslashes($_REQUEST['value_900'])));
$ADDRESS2 = ucwords(strtolower(stripslashes($_REQUEST['value_1000'])));
$CITY = ucwords(strtolower(stripslashes($_REQUEST['value_1200'])));
$STATE = strtoupper(stripslashes($_REQUEST['value_1300']));
$COUNTRY = strtoupper(stripslashes($_REQUEST['value_1500']));
$POSTAL = strtoupper(stripslashes($_REQUEST['value_1700']));
$HOME = strtoupper(stripslashes($_REQUEST['value_800']));
$FAX = strtoupper(stripslashes($_REQUEST['value_5100']));
$EMAIL = strtolower(stripslashes($_REQUEST['value_5200']));


$MAIL_BODY = "Mailing List Subscription\n\n";
$MAIL_BODY .= "First Name:" . $HIS_NAME . " & " . $HER_NAME . "\n";
$MAIL_BODY .= "Last Name:" . $LAST_NAME . "\n";
$MAIL_BODY .= "Email:" . $EMAIL . "\n";
$MAIL_BODY .= "Street Address 1:" . $ADDRESS1 . "\n";
$MAIL_BODY .= "Street Address 2:" . $ADDRESS2 . "\n";
$MAIL_BODY .= "City:" . $CITY . "\n";
$MAIL_BODY .= "Province/State:" . $STATE . "\n";
$MAIL_BODY .= "Country:" . $COUNTRY . "\n";
$MAIL_BODY .= "Postal Code/Zip:" . $POSTAL . "\n";
$MAIL_BODY .= "Company:" . $COMPANY . "\n";
$MAIL_BODY .= "Home Phone:" . $HOME . "\n";
$MAIL_BODY .= "Fax:" . $FAX . "\n";
$MAIL_BODY .= "Merge Field 18:" . Date ("n/d/Y g:i:s A T") . "\n";
$MAIL_BODY .= "Merge Field 17:" . $_SERVER['REMOTE_ADDR'] . "\n";
$GUID = CreateGUID();
$MAIL_BODY .= "GUID:" . $GUID . "\n";
$MAIL_BODY .= "Merge Field 25:" . $GUID . "\n";
$MAIL_BODY .= "\n\n";
$MAIL_SUBJECT = "SUBSCRIBE - Lifestyles E-news";
$HEADERS = "X-Mailer: Lifestyles E-news Mail System\n";
$HEADERS .= "Errors-to: bounce@lifestyles-enews.com\n";
$HEADERS .= "Reply-to: info@lifestyles-enews.com\n";
$HEADERS      .= "Bcc: lsm_sub@opp.net\n";
```

```php
$HEADERS .= "From: " . $EMAIL . "\n";
$HEADERS .= "Content-Type: text/plain; charset=\"ISO-8859-1\"\n";
$HEADERS .= "Content-Transfer-Encoding: 7bit\n\n";
mail('subscribe@lifestyles-enews.com', $MAIL_SUBJECT, $MAIL_BODY, $HEADERS, '-
fsubscribe@lifestyles-enews.com');

$FILE = "./subscribed.HTML";
If (file_exists($FILE)) {
 $handle  = fopen($FILE);
 $response = fread($handle, filesize($FILE));
 Fclose($handle);
 Print $response . "\n";
} else {
 Print "<B>Subscribe Mail Has Been Sent.</B><BR />\n";
}
Exit;




Function CreateGUID(){
 Srand((double)microtime()*1000000);
 $r = rand ;
 $u = uniqid(getmypid() . $r . (double)microtime()*1000000,1);
 $m = md5 ($u);
 $m1 = strtoupper(substr($m, 0, 8));
 $m2 = strtoupper(substr($m, 8, 4));
 $m3 = strtoupper(substr($m, 12, 4));
 $m4 = strtoupper(substr($m, 16, 4));
 $m5 = strtoupper(substr($m, 20, 3));
 $m6 = strtoupper(substr($m, 23, 9));
 $m  = $m1 . "-" . $m2 . "-" . $m3 . "-" . $m4 . "-" . $m5 . "-" . $m6;
 return($m);
}
?>
```

Exhibit 4 Page 7

**EXHIBIT 5**



ISSUE 10 · $7.95

# Lifestyles™

### THE LIFESTYLES ORGANIZATION
### EXPRESSIONS OF FREEDOM SINCE 1969

# 31st ANNIVERSARY CELEBRATION YEAR
## JULY 7-11, 2004 • STARDUST RESORT & CASINO • LAS VEGAS

**31 YEARS OF CONVENTIONS AND PARTIES**

**COMPLETE PROGRAM GUIDE INSIDE**

**CHECK YOUR EMAIL FREE @ CYBER CAFE**

**ANNUAL LIFESTYLES AWARD**

**NEWS, UPCOMING EVENTS AND MORE ....**

Exhibit 5 Page 3

## Dixie Kinnee Adds CEO Title for The Lifestyles Organization

Anaheim, CA, July 2004 - LSO, Ltd. announces the promotion of Ms. Dixie Kinnee to the post of CEO of the Lifestyles Companies. Dr. Robert McGinley, who will retain the titles of Chairman and President, praised Ms. Kinnee's performance since joining The Lifestyles Organization two years ago. "Dixie has weathered a period of unprecedented company growth and challenges during highly volatile business times that, for the travel and entertainment industry, have been partly a result of current government activities, the economy and 9/11," McGinley stated.



Dixie, who will continue as Chief Financial Officer, indicated that this new designation is an extension of the already broad based responsibilities and duties she has overseen and performed since joining The Lifestyles Organization. The promotion further defines the business structure and chain of command.

"The enormity and breadth of this business requires a multitude of talents far exceeding Finance and Accounting. Dixie excels in the Finance and Accounting positions and provides added public relations and customer service specialities to the daunting task of exceptional services to our customers," said Dr. McGinley. He went on to explain that his focus will be on what has become known as his trademark, a visionary advocate for "The Lifestyle." Having already initiated a presence in the Mexican market with a convention in Acapulco this past May, the establishment of a couples club in Mexico and partnering with an online community in Mexico City, Lifestyles will continue to provide significant contributions to Dixie's ongoing business endeavors for The Lifestyles Organization.

"Robert has been very supportive of my endeavors, allowing me latitude and authority to guide the company into what we anticipate will be the next rapid growth curve for the business," said Ms. Kinnee. "This growth will involve investment and expansion with affiliates and other successful lifestyles companies into largely untapped markets and will introduce an innovative travel program association."

It's business as usual with enthusiasm and anticipation toward the thriving further endeavors with a solid and dependable team of devoted personnel in place.

The Lifestyles Organization currently encompasses a conglomerate of associated companies and divisions including Lifestyles Tours & Travel, Lifestyles Resorts, Lifestyles Conventions, Lifestyles Publications and Videos, ClubLifestyles.com, Lifestyles Productions, Southern California Couples Swing Club and Lifestyles Mexico.

## NEW ASSOCIATE TRAVEL PROGRAM LIFESTYLES ANNOUNCES TRIPCASH.COM

Lifestyles announced today the launch of their new ASSOCIATE TRAVEL PROGRAM for swing clubs, lifestyle-oriented web sites, webmasters, enterprising customers and internet entrepreneurs, allowing them to share in the promotion and commissions from their adult travel ventures.

The adult web business has been driven by sharing in profits for a number of years by way of affiliate programs. Affiliate programs are created by a company allowing webmasters and Internet entrepreneurs to share in the revenue stream created by the sale of the company's products and services. Lifestyles is the first to take this concept one step further by introducing this concept to the adult travel market by creating thousands of travel associates driving traffic from their Internet websites and discussion groups.

An "Associate" can easily add the diverse selections of travel packages offered by Lifestyles on their own websites, or allow Lifestyles to create a "branded" website from a selection of website templates with the Associate's name appearing almost instantly when they sign-up for this innovative program. In a matter of minutes, anyone can become a "Lifestyles Travel As-

sociate," and be earning commissions while the Lifestyles team of travel professionals does all the work! The associate drives the traffic, Lifestyles does all of the work to accommodate the traveler, both share in the cash rewards.

Sound too good to be true? Yes, this might seem like a program that is too good to be true, but we assure you this is REAL and you really can make money selling adult travel if you have a



way to drive internet traffic to your site, or you have an internet community or group you can post to. TripCash will dynamically create a website for you with your name or logo in a matter of minutes, displaying all of the travel adventures currently for sale. You have nothing to do but find the customers desiring to book an erotic vacation.

You probably already know several couples that book trips to adult destinations. Maybe it's time to ask them where they are booking their travel? Why not book their travel through your associate site and YOU make the commissions instead of the corner travel agent?

### JOIN FOR FREE
There's no cost to join the Travel Associates

Program! All you need do is go to the http://TripCash.com website and fill out the application to become a Lifestyles Travel Associate. It's really easy, taking just few minutes to gather the information we need about you and your website will be built right before your eyes!

You can use the site right from our servers without a monthly hosting cost, link to your site right from your existing website, or create a unique web address (URL) for your new home travel associate business Go there now!

http://www.TripCash.com
Sign-Up Now ---
It's easy and takes only minutes!

### MARKETING YOUR NEW WEBSITE
Now that you have joined our travel team and created your new Travel Associate website, you are ready to let everyone know you have the travel packages ready and supported by the largest wholesale agency of adult travel in the world – Lifestyles.

Many of you already have personal websites, swing club websites and business websites selling other goods and services. Simply add a new button / link called TRAVEL to your website, add your new website address (given to you when you signed-up) and you are INSTANTLY ready to begin selling vacation trips. If you don't already have a website, you can choose a catchy name for erotic travel and save that name from http://GoDaddy.com (Example:

Exhibit 5 Page 9

# LIFESTYLES ANNUAL AWARD
# DAVID VALENTINER



It is a pleasure to announce that David Valentiner has officially been selected as the Lifestyles Award recipient for 2004.

David is well known by members of the lifestyle throughout the country and is much appreciated for his more than a decade long association with The Lifestyles Organization. During this period, he frequently worked to organize conventions and appeared as Master of Ceremonies for numerous contests and other staged events.

His skill and professionalism as Webmaster has taken LSO's wide range of tours, resorts, products and services to a worldwide audience. David first introduced LSO to the internet and the world wide web in 1995 with an informative web site that expanded LSO's reach and today encompasses more than two dozen sites and thousands of pages.

He serves as publisher of the Lifestyles Convention Magazines, acts as creative consultant to Lifestyles and creates the art for the banners, signs, ads and most of the company flyers. His influence in the professional look and image of the organization is felt throughout. This is no small job when you consider the company is now involved in multiple conventions on both coasts and international, tours & travel, Lifestyle resorts, videos, the erotic XArt Gallery and a major expansion into Mexico.

But beyond his efforts related specifically to The Lifestyle Organization, he has generally accomplished untold benefits for the entire Lifestyle Community. For years, he shared his knowledge of the internet and taught numerous club owners and vendors how to develop a web presence and maintain their own websites. Still today he devotes time to helping other lifestylers. Working with the assistance of his long-time mate, Valerie, the Adult MarketPlace - a staple feature of every convention - has profited enormously from his management and marketing expertise. When profits are made and then distributed through the trickle down effect, previously divergent lifestyles suddenly become far more acceptable. From vendors transporting their goods to convention sites through the different levels of consumer consumption, the public typically becomes more aware of, and more accepting of, diversity within society. Other responsibilities at conventions encompass many management areas helping out anywhere he's needed from early mornings to late nights.

Dave's Internet and overall promotions work within the Adult Industry, and his relationships with top industry people, has also gone a long way toward showcasing sex as a healthy and positive part of life in America.

For all this, and for much more, David Valentiner deserves the sincere gratitude of the entire Lifestyle Community. And so it is with great pleasure that he has been named this year's Lifestyles Award recipient.

---

http://????Travel.com) We will attach your new web address to the website we created for you and you're in business!

Time to start talking up the packages. If you own or belong to a Yahoo, MSN or AOL Group, in accordance with their rules, you can tell the members what service you have related to the group and how you can assist them in their travel. Swing Clubs and Lifestyle Party Coordinators should print postcards and promote the travel side of their business at all of their parties and websites.

With the power and prestige of the Lifestyles Organization behind you, supporting the sales and taking care of the vacationing customer, you really have as much power as the travel agency down the street. You will have a vast array of travel packages and associated up-sells. Just about any adult vacation adventure your friends and associates may want, you can now offer them ... the same day you apply for your Travel Associate account.

## HOW DO I GET PAID?
We pay you monthly - consistently - and with a smile for all commissions owed to you from completed travel.

During the sign-up process, we ask you all of the important questions about who you are,

where you live, phone numbers and associated tax-related necessities to send you a 1099 for the money you earn. We are so sure you CAN earn enough to warrant a 1099 for Misc Income, we have you complete the form and get it back to us before the first pay-out.

Once you are an "Associate" with your own entry code, you will be allowed to enter the http://Trip-Cash.com website as a certified Travel Associate. Once you sign into the Associate Administration section with your special code, you will easily see the links to marketing tools and more importantly, a real-time accounting of every travel package sold through your associate site. Better yet, once the customer is yours, he is yours forever! Even if they call Lifestyles direct on the phone, once they identify themselves, any purchase they make will be electronically attached to your associate account and you get the commissions as long as your account remains in good standing! (yes, there are rules to maintaining your associate certification – read them).

As each customer buys a travel package, that sale will instantly show up on the web-based interface screen displaying all of your pending sales. Easily track what sales you have made ... what sales are pending ... what sales are complete ...what sales are complete. You get paid when the travel is completed. Once the commissions owed to you are over the minimum payment threshold, we au-

tomatically send you a check!

## NO WAY! IT'S THAT EASY?
That's right. It is easy. Just get the word out, drive people / traffic to your new travel web-site and the customers will begin booking trips. They're going on these vacations anyway, shouldn't you be making the bucks from booking the trip?

Promote your own group trips or takeovers. Choose a date and create your own group trip! If you have enough bookings right away, we can customize the trip for you and provide accommodations for your "host couple." This is the easy way to get your friends and groups together, have a great trip and make some commissions while doing it.

Go online - Join now, today and see how easy it is to generate your new Travel Associate web-site and begin selling. It's FREE, what are you waiting for?

Questions? Go to the web site for a page of Frequently Asked Questions. Look them over. Chances are we've got the answer you're looking for.

Don't see the answer? Email us. We'll help you out. There's no easier way to earn commissions.

7

Exhibit 5 Page 10

**EXHIBIT 6**



*Exotic Travel Mart*
**Associate Travel Sales Program**



# MAKE SERIOUS CASH SELLING ADULT TRAVEL

- Home
- Sign-up Now
- F.A.Q.'s
- Terms
- Associate Login
- Contacts

Do you have a website – group – or just good on the Internet?

Now you can make travel commissions even while you are sleeping! Have a group or following that likes to book adult travel destinations? How about if we do all the work and PAY YOU the travel agent commission? Not just a percentage of the commission like other agencies may try to trick you with, but the actual 10% Travel agent commission just for sending the sale!



The Erotic Travel Mart's, Associate Travel Program makes it easy for you to become a Travel Associate and begin selling travel packages to your friends and customers the same day!

1. Sign-up for FREE
2. We create a website with your name, and our offerings
3. You post the banner on your site or buy a unique domain name of your own
4. Sit back and collect the cash. ( we even provide online commission tracking )

We handle all of the logistics, the reservations, paperwork and follow-up, you enjoy the paycheck and the DISCOUNTED TRAVEL BENEFITS. It just doesn't get any easier for YOU to profit from the adult travel industry, and enjoy yourself at the same time. We have some affiliates that just bought an $8.00 domain name and sit back and collect thousands of dollars in commission each month! ( SwingerTravel.com - SwingerVacations.com )

In a matter of minutes you will have a Travel Associate account and personalized website, capable of offering erotic adult travel destinations to your friends and groups ... and it will cost you absolutely nothing to get started. Monitor your earnings online right from your own web-based Associate Console. You will be a Travel Associate, earning money and travel opportunities.

Start earning travel commission today.

Signup now! Click here!

http://associates.exotictravelmart.com/

2/12/2008

Exhibit 6 Page 11



**Jane Hayward**
**De:** Right Conections Travel [mailto:info@rightconnectionstravel.com]
**Enviado el:** Lunes, 04 de Febrero de 2008 02:27 p.m.
**Para:** jhayward@islandercollection.com
**Asunto:** AURA - New Theme
**Importancia:** Alta

Hello Jane,

It was very nice to speak with you on the phone. Right Connections has been a very successful wholesaler for Desire Resort & Spa, as well as Hedonism in Jamaica. We specialize in just lifestyle-friendly, clothing-optional resorts. We have a very strong demographic in this area and mailing lists that exceed 125,000 active e-mail addresses. Right Connections sold two million in sales to Desire Resorts in 2007, and we led in FIT reservations for Desire Los Cabos. We are currently running six groups at Desire Resorts, plus our FIT reservations.

In addition to our own sales potential, we have created a "Associate Travel Partner Program," whereas we enlist the sales capabilities of small "At-Home" agents and internet marketers, swing club owners and personals website operators. When they sign-up for this program, they make 10% of the sales just for driving the leads. We do all of the reservation processing by a unique real-time online booking engine, send our documents electronically, and automatically arrange for ground transfers. Jane, you can do the math in your head .... 500 Associate Partners selling just one reservation, creates 500 reservations for that month. Each one sells two reservations and you have 1000 reservations.

*Please try this for yourself:*

**Go to http://ExoticTravelMart.com**
**Choose a resort like Desire Cancun from the resorts menu to the left**
**Choose your dates and check availability ( Desire is very booked .. choose like Aug 1 for 7 nights )**
**We will present you with options unless you have chosen a specific room type**
**Click BOOK NOW**
**Create a NEW ACCOUNT ( we keep accounts for faster re-booking and rewards programs )**

Follow it all the way and just do not pay for the reservation and see what happens. You will be impressed.
I will confirm your reservation and send you documents so you can see the process.

Our general booking engine at http://RightConnecitonsTravel.com works exactly the same way .. we make it quick and fast to make a reservation. Generally one can check availability, book a reservation and get documents in a matter of minutes. If they forget their documents, they can call them up from an airport kiosk and reprint them.

Exhibit 7 Page 12

As we discussed, please be careful in your dealings with Lifestyles and Robert McGinley.  We would hate to have your dealings with Lifestyles place a bad taste in your minds of this community and how other companies that deal in this community conduct business.  Considering Lifestyles owes Desire Resort & Spa $560,000 usd for customer travel not paid for, it is evident why they would be looking for a new resort to do business with.  However, I would have to assume Mr. McGinley would have disclosed his company's financial situation with you as a prelude a good business relationship with your company?  Lifestyles ( LSO, Ltd - Lifestyles-Resorts ) filed for bankruptcy in November of 2007 in the US.  If you inspect the attached documents,  look at the initial creditors list and you will see Desire Resort in there for $560,495usd.  There is yet another resort in Las Vegas called the Tuscany Suites that also is owed $310,000  That is really sad.  We believe it is despicable for any travel company to spend the funds placed in trust by a customer for future travel, and forward these funds to the resort for the purchased travel.  I would assume by the offering on http://Lifestyles-Tours.com they are currently accepting money for the group of Oct 25 - Nov 1, 2008??  I have attached the paperwork for you.

Please inform me of your intentions to change your theme to a lifestyle-friendly, clothing-optional resort. We would be interested in contracting this with you. I have been in this lifestyle for a very long time, and sell this travel niche to thousands of couples, so I know what the clients are looking for very well.  Right Connections would be interested in selling your property if the themes match our demographics. We are VERY excited if your company has decided to re-theme this resort into a Lifestyle-Friendly resort and compete with the 98% occupancy Desire Resort & Spa.  They are currently getting $530 per night and selling out the resort.

Don Hughes
Right Connections
2375 E Tropicana Ave # 172
Las Vegas, NV  89119
http://RightConnectionsTravel.com

Exhibit 7 Page 13

**EXHIBIT 8**

The Lifestyles Organization
LSO, Ltd.
2641 W. La Palma Avenue, Suite H
Anaheim, CA 92801

April 20, 2007

Don Hughes
8690 Aero Dr. #312
San Diego, CA 92123

Jim Trehune
10464 Clairemont Mesa #272
San Diego, CA 92124

Dear Don & Jim:

Several days ago we asked that you transfer all profiles and any other information in your possession or control of members of www.ClubLifestyles.com to LSO, Ltd. ClubLifestyles and all member's data, profiles, physical and email addresses, posted photos and other data is the property of LSO, Ltd. You are not to use this data in any manner.

The manner of transfer may be decided upon through discussion with Bruce Kinnee, the IT Manager of LSO, Ltd. His contact telephone number is 1-954-781-1750.

We also ask that you, as promised, transfer ownership of URL www.clubllifestyle.com to LSO, Ltd. This URL is virtually a duplicate of the URL LSO owns and is likely to cause confusion.

Please comply with this request in a timely manner. Failure to comply may result in legal proceedings to compel compliance.

Respectively,

Robert McGinley, Ph.D.
Chairman & President
LSO, Ltd.

CC; Bruce Kinnee
    Paul Murray, Esq.

Exhibit 8 Page 14

Wed Feb 06, 2008
03:42 PM PST

home   mail   hot chat   searches   who's on   resources   events   forums   account

home          terms          privacy policy          join now          helpful hints          lost password          contact us          login

PARTYCOUPLES RULES



**PartyCouples.com (r) TERMS OF SERVICE AGREEMENT**

 *To ensure that you enjoy the highest standards of quality and service during your visits to our site, we encourage you to read through the following information. These legal notices spell out the terms and conditions to which Users are expected to adhere.*

## CONTENTS AND USER SUBMISSIONS

**1.1** The contents of this website are intended for the personal, noncommercial use of its Users. All materials on this website (including, but not limited to, news articles, photographs, images, illustrations, audio and video clips, also known as "The Content") are protected by copyright and other intellectual property laws, and are owned or controlled by the party credited as the provider of the content, software, or other materials. Users shall abide by all additional copyright or other notices, information, or restrictions appearing in conjunction with any Content accessed through the Service. PartyCouples.com will strictly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.2** The entire website is protected by copyright as a collective work and/or compilation pursuant to U.S. copyright laws, international conventions, and other copyright laws. Except as set forth in Section 1 of this Terms of Service, Users may not modify, adapt, translate, exhibit, publish, transmit, participate in the transfer or sale of, reproduce (except as provided in this section of the terms of Service), create derivative works from, distribute, perform, display, reverse engineer, de-compile or dissemble, or in any way exploit, any of the content, software, materials or Service in whole or in part. PartyCouples.com will strictly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.3** Users may NOT download or copy the Content unless the Content is specifically designated for DOWNLOAD. Downloadable items displayed on this Service for personal, noncommercial use only, provided that User maintains all copyright and other notices contained in such Content. Copying or storing of any allowed downloadable Content for other than personal, noncommercial use is expressly prohibited without the prior written permission from the website or the copyright holder identified in the individual Content's proprietary notices including copyright notice. No member shall download and use the photos and writings of others without express written permission of the owner of such property. Any violation of this provision will constitute immediate removal from this website without refund or recourse. PartyCouples.com will strictly persue all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

## PROFILES, FORUMS AND DISCUSSIONS

**2.1** User shall not upload to, distribute, or otherwise publish through the website, any Content which is libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive or otherwise violates any law. Please use your best judgment, and be respectful of other individuals using the bulletin boards. Do not use vulgar, abusive, or hateful language. Bulletin boards are provided to give our users an interesting and stimulating forum in which they may express their opinions and share their ideas. Neither the website, nor the management, endorses the opinions placed on these bulletin boards. User acknowledges that any submissions may be published, transmitted and/or displayed on the Internet on our website. We reserve the right to remove any submission and electronically strip any HTML, scripts, animations, URL's, E-mail addresses, or any other non-text submission. In addition, User warrants that all moral rights in any upload materials have been waived.

**2.2** The Profiles, Forums, Internal Mail, Photo Chat and Video Chat shall be used only in a noncommercial manner. Any representation of any URL other than PartyCouples.com, commercial establishment, parties, swing clubs, or resorts will be grounds for termination. NO PHONE NUMBERS can be listed on any profile or posting anywhere on the site. User shall not, without express approval from the webmaster, distribute or otherwise publish any material containing any solicitation of PARTIES, FUNDS, MEMBERSHIPS, WESBSITES, ADVERTISING or any other solicitation for goods or services, competitive or not.

Exhibit 9 Page 15                    2/6/2008

http://www.partycouples.com/join/rules.php

**PartyCouples Rules**

**2.3** The website promotes input from its users. However, by submitting an idea, suggestion, or recommendation, the User waives all right to the idea as intellectual property, and consents to the website utilizing that idea, suggestion, or recommendation without attribution or compensation. It is our utmost desire to provide every possible feature and enhancement you desire. It is your suggestions that will make PartyCouples.com the place to be on the web.

**2.4** While PartyCouples.com does not and cannot review every message posted by Users in the Forums and is not responsible for any content of these messages, the management reserves the right to delete, move or edit messages that it, in its sole discretion, deems are in violation of the law (including trademark and copyright law), or this User Agreement, or are abusive, defamatory, obscene, or otherwise unacceptable. Users shall remain solely responsible for the content of their messages, legally and morally. Every user accepts full responsibility for the legality of any photos and text uploaded to this website. All submissions are traceable back to the user that submitted them. (no matter how good you think you are)

## ACCESS AND AVAILABILITY OF SERVICES AND LINKS

**3.1** PartyCouples.com contains links to other World Wide Web Internet sites, resources, and sponsors. Selection of an ad banner or link redirects the User to a third party. Transactions that occur between the User and the Third Party are strictly between the User and the third party and are not the responsibility of PartyCouples.com.com. PartyCouples.com.com is not responsible for the availability of these outside resources or their contents. User should direct any concerns regarding any external link to it's site administrator or Webmaster.

**3.2** PartyCouples.com.com permits its Users ONLY to publish links personal websites that depict the photos and writings of the user in a manner to expand on the capable space offered in a PartyCouples.com.com profile listing. PartyCouples.com.com and management checks the content of User-linked web sites. Any link to a personal site containing links to other adult websites or commercial sites will be removed. Other links may direct the User to offensive, obscene, or pornographic material. Use of User links is at the User's discretion and peril. PartyCouples.com.com is not responsible for content found on User-linked sites. It is the responsibility of the User / Website owner to obey all Internet laws pertaining to content of these linked websites. No personal website will be allowed to be linked to if the site is promoting adult websites in any fashion, directly, indirectly or by affiliate status. Users linking to such websites will be immediately removed from our system without recourse.

## REPRESENTATIONS AND WARRANTIES

**4.1** User represents, warrants and covenants that:
that no materials of any kind submitted by User or use thereof, in accordance with the terms and conditions of this User Agreement, will:
(i) violate, plagiarize, or infringe upon the rights of any third party, including copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary right;
(ii) contain libelous or otherwise unlawful material;
(iii) constitute false or misleading indications of origin or statements of facts;
(iv) slander, libel or defame any person or entity;
(v) cause injury of any kind to any person or entity; or
(vi) violate any applicable laws, rules, regulations, or other governmental regulations; and
that User is at least 18 years old. User hereby indemnifies, defends and holds PartyCouples.com.com and all officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all liability and costs incurred by the Indemnified Parties in connection with any claim arising out of any breach by User of the User Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorney's fees. User shall cooperate as fully as reasonably required in the defense of any claim. PartyCouples.com.com reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by User.

**4.2** PartyCouples.com.com neither represents nor endorses the accuracy or reliability of any advice, opinion, statement, or other information, displayed, uploaded, or distributed through the Service by User, information provider or any other person or entity.

*PARTYCOUPLES.COM, AND ANY MATERIALS PROVIDED BY PARTYCOUPLES.COM OR THIRD PARTIES, ARE PROVIDED "AS IS." PARTYCOUPLES.COM MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY, CONDITION, GUARANTY, OR REPRESENTATION, WHETHER ORAL, IN WRITING, OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH THE SERVICE. PARTYCOUPLES.COM SHALL NOT BE RESPONSIBLE TO THE USER OR ANY THIRD PARTIES FOR ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH THE USE OF THE SERVICE, THE ACCESS SOFTWARE OR ANY OF THE MATERIALS PROVIDED BY*

Exhibit 9 Page 16                    2/6/2008

PartyCouples Rules

*PARTYCOUPLES.COM OR THIRD PARTIES THROUGH THE SERVICE, OR ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE OR THE ACCESS SOFTWARE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF PARTYCOUPLES.COM HAS ADVERTISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS.*

**4.3** User hereby acknowledges that use of the website is at the User's sole discretion.

### SOFTWARE LICENSES

**5.1** User shall have NO rights to the proprietary software and related documentation enhancements, or modifications thereto, provided to the User to access the website (Access Software). User may not sublicense, assign or transfer any membership right / user rights granted by PartyCouples.com.com, and any attempt at such sublicense, assignment, or transfer is void and the membership will be immediately terminated. User may not copy any software, programming or scripts on the PartyCouples.com.com website for any reason. User may not copy, distribute, modify, reverse engineer, or create derivative works from PartyCouples.com.com Software.

### TERMINATION

**6.1** PartyCouples.com.com may, in its sole discretion, terminate or suspend User's access to all or any part of the Service for any reason, including, but not limited to, breach of the Terms of Service. Termination or suspension does not entitle the User to a refund of subscription monies paid. Termination or suspension will result in the forfeiture of all subscription monies paid. Suspension or termination is at the sole discretion of the Webmaster OR executive Lifestyles Organization staff. Any decision to suspend or terminate is final and non-disputable.

Users will be suspended or terminated for violation of any regulation outlined in this agreement, or any disruption caused to any other member of this website. ClubLifestyle.com will not tolerate any disruptive member. In the event of any disruption, all members involved in the dispute will be immediately suspended from use of this site and may result in a full termination of services.

**6.2** Users of PartyCouples.com.com acknowledge that site administrators have the right to terminate use without notice for any User who restricts, inhibits or disrupts access to the website or attempts to alter or improperly access any feature or function of the site. This includes any type of "spider" software designed to rapidly download any portion of this website for storage or off-line viewing. A User's access is limited to the viewing of pages presented on this website by a single use of any username and password combination. Any abuse of distributing the username and password used for entry to this site is grounds for immediate termination and purging of your profile information with warning. Any posting of illegal content or photos not taken by you, or belonging to you may also lead to immediate termination. If the User posts or transmits any illegal content, or harasses or threatens any PartyCouples.com.com User or employee, posts content (including the creation of usernames) that is offensive or otherwise disruptive; creation of multiple accounts, or accounts with false and misleading information; posts unsolicited advertising; or improperly impersonates an employee or other individual.

### GUIDELINES FOR USE

**7.1** The primary purpose of this website is to enable members with similar interests to communicate with each other by several different medias. PartyCouples.com.com is only the provider of the medias and has no control over the content or accuracy of what is portrayed in these medias. Users can chat with each other, exchange stories or pictures, and even to meet each other in person. Meeting in person should be done with caution and at the sole risk of the User. In this regard, this website is much like a national "Personals" section, and the same care that one would exercise when giving information to strangers, or setting up meetings with strangers, must be used here. PartyCouples.com.com will NEVER give information about one User to another Your personal information will only be available to specific staff members. Further, Users are cautioned that giving any information to another User on this website carries with it significant risks. Other advertisers may be perfectly wonderful individuals, or they may not be. There is no reasonable way to determine this in advance of your meeting. In short, if you give any information to anyone, you are taking a significant risk. These risks are greatly increased if you plan to meet other Users face-to-face. Please use caution and common-sense when creating a personal meeting.

**7.2** PartyCouples.com.com offers a "Certified Couple". The verification indicates that the User in question is the couple they say they are, verifed by other members or seen by the PartyCouples.com staff. The validity of their relationship is beyond our control. We are only verifying that we have seen a couple at the time of verification.. Members are awarded a "Certified Couple" icon when they are verified by our staff members at lifestyle Conventions, lifestyle vacations, dances, Video Chat with PartyCouples.com.com staff members and other Verified Couples. ClubLifestyle.com management has the sole discretion to determine what constitutes sufficient evidence. PartyCouples.com.com promises to be as diligent as possible in

Exhibit 9 Page 17          2/6/2008

**PartyCouples Rules**

awarding these verification icons. Use the existence of the verification icon may assume the couple MAY be for real and expand your own due diligence in ascertaining the real truth. One phone call to the wife can generally dispel any myth there may be. Furthermore, the "Verification" only affirms that the User is a member and has made contact with PartyCouples.com.com. There is no proof either one of the applying members are swingers or will participate in any activity or function. The "Verification" does not indicate that this User is safe to contact, meet, or give information to. Use the same caution when dealing with a "Verified" or "Rated Single" that you would use when dealing with any other User.

## PRIVACY POLICY

**8.1** PartyCouples.com.com takes every precaution to protect your privacy. Only authorized employees have access to your username, password and only OFFICERS have acccess to any credit card transactions, and PartyCouples.com.com has strict rules on its employees who have access either to the databases that store user information or to the servers that host our services. Your credit card number is encrypted when accepted on our secure processing page. Unlike other websites that "hand-off" transactions to third party processors, your credit card information NEVER leaves our facility by the internet, encrypted or not. Your information is processed directly to the bank from our own credit card processing servers by special protected connections to the bank processing centers. No other lifestyle website offers such protection. Your information is VERY secure! However, if you are in doubt, PartyCouples.com.com will accept your cardholder information over the phone and process the transaction manually. PartyCouples.com.com will not give information of any kind about a User to anyone. Users should take care to protect their username and password. Exit from your web browser after every use. Chose a username and password that only you know, or can guess.

## MISCELLANEOUS

**9.1** This User Agreement has been made in and shall be construed and enforced in accordance with California law. Any action to enforce this agreement shall be brought in the federal or state court located in California.

**9.2** Official correspondence must be sent via certified postal mail to:

**Right Connection, Inc.**
**PartyCouples.com Division**
**2375 E Tropicana Ave #172**
**Las Vegas, NV 89119**

File: "/include/text_join_rules.html"

© 2008 PartyCouples.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | Refer-A-Friend | PartyCouples Rules



Exhibit 9 Page 18                    2/6/2008