**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

FILED
08 FEB 21 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No.:<br>Judge:<br>Department: 08 CV 0329 IAR LSP<br><br>**DECLARATION OF ROBERT McGINLEY IN SUPPORT OF COMBINED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## DECLARATION OF ROBERT McGINLEY

I, Robert McGinley declare as follows:

1. I am the President and majority share holder of LSO, Ltd, a California Corporation.

2. LSO, Ltd. ("Lifestyles Organization" or "LSO") is a company specializing in the marketing and sales of conventions, travel, publications, social interfacing, education and communication for and between couples with interests in alternative lifestyles concerning human relationships. LSO is one of the founders of this industry and has been engaged in this business since 1974.

3. Since its inception in 1974, LSO has grown from a very small organization consisting of a handful of members attending small regional events to a nationwide organization hosting large annual conventions of 5000 or more attendees and promoting and marketing

**1 of 6**
DECLARATION OF ROBERT McGINLEY RE: TRO AND PRELIMINARY INJUNCTION;   Case No.:

destination vacations in Mexico, Jamaica, Europe and the Far East. Many of these destination vacations are completely sold-out to LSO clients. LSO has also made extensive use of the World Wide Web to both promote its products and services and provide forums for lifestyles community to interact privately. LSO has registered over 390 domain names (URL's) since 1985.

4. As part of LSO's business, it has registered numerous Trademarks and Service Marks including, but not limited to, the stylized "Lifestyles" (first used in commerce 1975) in various applications, the non-stylized word Lifestyles, Lifestyles Resorts, Lifestyles Tours and Travel, and Club Wide World.

5. LSO maintains numerous un-registered common law Trademarks including but not limited to, Clublifestyles (first used in commerce December 28, 2001) and Desire-Resorts (first used in commerce September 4, 2003).

6. LSO utilizes its registered and common law trademarks and service marks to provide its clients with the identification of the Lifestyles companies and the quality of the products and services provided by LSO for the past thirty-five years. In so doing, LSO has become the standard for niche products and travel for what has become known as the Lifestyles community. As a result of LSO's position in the marketplace, LSO has assembled a mailing list of over 50,000 people who have identified themselves as clients or potential clients for LSO due to their common interests in the products and services provided by LSO.

7. LSO has enjoyed an enhanced reputation with its clients by taking extraordinary steps to protect their privacy by not disseminating their private information or even the fact that they have interest in the products and services provided by LSO.

8. The LSO client list enables LSO to effectively market its travel, convention and social interaction websites to a very specific identified market. The LSO mailing list is one of the largest assets of the corporation and is carefully protected and held in confidence.

9. As part of LSO's continuing growth, LSO sought outside assistance with the development and hosting of some of its websites in late 2001. One such website is Clublifestyles.com, a

1   social interaction site where members of the Lifestyles community can meet on line and
2   communicate in private. This website also provides a platform to advertise and promote
3   Lifestyles Tours and Travel destination vacations.

4   10. After initial piloting with another outside web hosting company, LSO entered into an
5   agreement with Right Connection, Inc. ("RCI"). It was expressly agreed that the
6   agreement would continue for a period of five years from December 16, 2002 and that LSO
7   owned all rights to, the Clublifestyles.com domain name, the Clublifestyle.com domain
8   name and LSO's membership, client or customer list. (A true and correct copy of the
9   agreement entered into by LSO and RCI is attached to the "Memorandum of Points &
10  Authorities for Combined Motion for Temporary Restraining Order and Preliminary
11  Injunction" (hereinafter "P&A") as Exhibit. "1".)

12  11. During the course of the relationship, LSO provided all the information required and
13  provided two of LSO's computers for use on the websites. RCI redesigned and hosted the
14  Clublifestyles.com website. LSO provided its mailing/client list for site distribution and hot
15  links for marketing. LSO promoted the Clublifestyles site on its other relevant sites. LSO
16  performed all duties required under the contract.

17  12. During the course of the contract with RCI and without the knowledge of LSO, RCI
18  registered two domain names in its own name, Clublifestyle.com on December 29, 2002
19  and Desire-Resort.com on September 11, 2003.

20  13. Without the contractually required notice, RCI breached the contract by shutting down the
21  site on or about March 31, 2007. LSO reestablished the site with another host as soon as
22  practicable.

23  14. LSO discovered within the last 60 days that at some time thereafter, RCI had put the LSO
24  sites back on the web under the Clublifestyle.com and Desire-Resort.com domain names
25  with all inquiries addressed to LSO re-directed to RCI and its companion companies. (A
26  true and correct copy of a screen capture of the Clublifestyle.com home page taken on
27  February 11, 2008 and an enlarged copy of the link on the home page containing the
28  registered Lifestyles trademark is attached to the P&A as Exhibit "2").

DECLARATION OF ROBERT McGINLEY RE: TRO AND PRELIMINARY INJUNCTION;   Case No.:

15. The Clublifestyle.com home page screen capture attached to the P&A as Exhibit "2" clearly displays the Clublifestyles banner, testimonials concerning Clublifestyles and Lifestyles Organization and a link featuring the registered stylized Lifestyles Trademark. This link directs clients to "Swinger Travel", an RCI travel affiliate and not LSO. (A true and correct copy of the screen capture of the link to "Swinger Travel" taken on February 19, 2008 is attached to the P&A as Exhibit "3")

16. LSO has also discovered that RCI has maintained for its own use the client mailing list of LSO.

17. LSO has also discovered that RCI had imbedded code in LSO's software to capture any new additions to LSO's costumer mailing list as they were received. (A true and correct copy of the code/cookie LSO found embedded in Clublifestyles.com is attached to the P&A as Exhibit "4" ) The information captured by the secretly embedded code/cookie is confidential information specifically directed to LSO with the expectation that the information concerning identity and personal activity be kept confidential. LSO has removed the offending code but has not completed a complete inspection of all lines of code in their software to determine if there are other "cookies" imbedded to capture LSO trade secrets.

18. LSO has demanded that RCI return LSO's two computers, cease and desist from the use of any LSO client lists, client information, Trademarks or service marks and deliver all confusingly similar domain names to LSO. RCI has refused and is still in possession of LSO's property.

19. Subsequent to the breach of the contract by RCI, RCI used the information and client mailing list of LSO to divert social interaction website clients and destination travel business to itself and other affiliates.

20. RCI has interfered with the contractual relationships that LSO had established with its clients by creating confusingly similar websites, promotions, trade names and Trademarks. As a result, LSO has suffered and continues to suffer significant loss of profit from web trade and travel commissions.

21. LSO's reputation is being damaged by the unauthorized use of client information. LSO has received complaints from its clients concerning the apparent loss of confidentiality of their identity and personal preferences by the unauthorized dissemination of their e-mail addresses evidence by receipt of e-mails to designated e-mail addresses only provided to LSO.

22. RCI has undertaken a program to usurp the LSO TripCash program. LSO commissioned the creation of programming to enhance sales of destination travel through an "associate travel sales program" known as TripCash. (A true and correct copy of the cover page and pages 6 and 7 of Lifestyles' 2004 Convention Guide is attached to the P&A as Exhibit "5") RCI was paid by LSO in excess of $45,000 to create the programming for LSO. It was agreed by RCI and LSO that the TripCash associate travel sales programming would be the sole property of LSO.

23. RCI was in possession of the programming in the LSO servers and after breaching the contract refused to return the TripCash program to LSO upon the demand by LSO.

24. RCI has placed LSO's proprietary TripCash program on RCI's own server under the name of Exotic Travel Mart and is wrongfully obtaining profits from the sale of destination travel through LSO's programming. (At true and correct copy of the screen capture taken of http://associates.exotictravelmart.com/ taken on February 12, 2008 is attached to the P&A as Exhibit "6")

25. Based upon the above wrongful acts of RCI, RCI has engaged in a course of conduct to interfere with LSO's attempt to recover some of the lost revenues resulting from the unlawful diversion of LSO's clients and destination travel bookings. LSO is currently engaged in negotiations with Aura Cozumel hotel to be the primary agent for a new adult only resort in Cozumel. RCI, by and through Donald Hughes, has contacted Aura claiming to have the entire LSO client list and thus be able to provide a better representation and greater bookings.

26. Mr. Hughes has made false representations concerning RCI's booking volume based upon LSO's booking volume for a similar themed resort, Desire Resort & Spa. (A true and

correct copy of a February 4, 2008 email sent by RCI's DON HUGHES to Ms. Jane Hayward of Islander Collection and thereafter provided to LSO is attached to the P&A as Exhibit "7")

27. LSO is presently in Chapter 11 reorganization which is reliant upon the continuing ability of LSO to conduct business with its established clientele.

28. If RCI is allowed to continue to mislead, confuse and divert the LSO client base and venders for its own profit, LSO will suffer such a significant loss in revenues that in all probability LSO will be required to convert its bankruptcy to Chapter 7.

29. Attached to the P&A as Exhibit "8" is a true and correct copy of the April 20, 2007 letter I sent to DON HUGHES and Jim Trebune of RCI requesting that they relinquish control of clients and other data belonging to LSO as well as ownership of the Clublifestyle.com URL.

30. A true and correct copy of a February 6, 2008 screen capture of the Terms of Service from RCI's PartyCouples.com at http://www.partycouples.com/join/rules.php is attached to the P&A as Exhibit "9".

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 21st day of February 2008, at _Solana Beach_, California.

_____
Robert McGinley

DECLARATION OF ROBERT McGINLEY RE: TRO AND PRELIMINARY INJUNCTION;    Case No.: