1 | **MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
2 | 140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
3 | Telephone (858) 259-8052
Telecopier (858) 259-8055
4 | pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
5 | Ariel J. Sabban, SB# 189414

6 | Attorneys for Plaintiff LSO, LTD.

FILED

08 FEB 21 AM 9:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC. a Nevada Corporation; and DOES 1 through 20 inclusive.<br><br>　　　　　Defendants. | Civil Action No.: '08 CV 0329 LAB LSP<br>Judge:<br>Department:<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FRCP Rules 64 and 65] |

17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

APPLICATION FOR TEMPORARY RESTRAINING ORDER　　　　　Case No.:

CD-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Murray, Esq., SB# 158280<br>MURRAY & SABBAN, LLP<br>140 Marine View Ave., Ste. 116<br>Solana Beach, CA 92075<br><br>TELEPHONE NO.: (858) 259-8052    FAX NO. (Optional): (858) 259-8055<br>E-MAIL ADDRESS (Optional): PMurray@murrayandsabban.com<br>ATTORNEY FOR (Name): Plaintiff LSO, LTD. | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: LSO, LTD.

DEFENDANT: DONALD D. HUGHES, RIGHT CONNECTION, INC.; and DOES 1 through 20

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

CASE NUMBER:

1. Plaintiff* (name): LSO, LTD.   has filed an application for a writ of possession and
   a. ☐ a hearing has not been set.
   b. ☐ a hearing will be held on (date):   Time:   ☐ Dept. :   ☐ Rm.:

2. Plaintiff requests a temporary restraining order that will apply to (check all that apply):
   a. ☐ the farm products (Code Civ. Proc., § 511.040) held for sale or lease described in the application for writ of possession.
   b. ☐ the inventory (Code Civ. Proc., § 511.050) described in the application for writ of possession.
   c. ☒ the property (other than the above) described in the application for writ of possession.

3. Plaintiff requests that defendant (name): DONALD D. HUGHES & RIGHT CONNECTION, INC.
   be prohibited from (check all that apply):
   a. ☐ transferring any interest in the property referred to in items 2a or 2b by sale, pledge, or grant of security interest or otherwise disposing of or encumbering it, except in the ordinary course of business.
   b. ☒ transferring any interest in the property referred to in item 2c by sale, pledge, or grant of security interest or otherwise disposing of or encumbering it.
   c. ☒ concealing or otherwise removing the property in such a manner as to make it less available to seizure by the levying officer.
   d. ☒ impairing the value of the property either by acts of destruction or by failure to care for the property in a reasonable manner (specify any needed precautions):

   using, erasing, deleting, impairing, tampering with, altering, modifying, copying, or similar acts to, the computer servers at issue or any of the contents thereof.

---

* "Plaintiff" includes cross-complainant and "defendant" includes cross-defendant.   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CD-190 [Rev. January 1, 2006]

**APPLICATION FOR TEMPORARY RESTRAINING ORDER
(Claim and Delivery)**

Code Civ. Proc., §§ 513.010, 513.020

Legal Solutions Plus

CD-190

| PLAINTIFF: LSO, LTD. | CASE NUMBER: |
|---|---|
| DEFENDANT: DONALD D. HUGHES, RIGHT CONNECTION, INC.; and DOES 1 through 20 | |

4. ☐ Plaintiff requests the following restrictions on the disposition of the proceeds of a transfer of the property described in items 2a or 2b in the ordinary course of business *(specify):*

5. ☒ Facts showing the probability that there is an immediate danger that the property referred to in item 2 may become unavailable to levy by reason of being transferred, concealed, or removed or may become substantially impaired in value are specified ☐ in the verified complaint. ☐ in the attached declaration. ☒ as follows:

Defendants HUGHES and RIGHT CONNECTION, INC., are in the business of programming and hosting websites and are in possession of the server computers at issue and are thus in a position to change and/or impair these server computers and their contents. Said Defendants have already breached a contract and shut down Plaintiff's websites that they were under contract to host and have redirected traffic from, and continue to redirect traffic from, Plaintiff's websites to their own websites using various forms of unfair competition including trademark infringement. Defendant RIGHT CONNECTION is also an out of state (Nevada) corporation whereas the computers are in California.

6. Number of pages attached: _____0_____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/21/08

Robert McGinley
(TYPE OR PRINT PLAINTIFF'S NAME)

▶ *[signature]*
(PLAINTIFF'S SIGNATURE)