1 | **MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
2 | 140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
3 | Telephone (858) 259-8052
Telecopier (858) 259-8055
4 | pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
5 | Ariel J. Sabban, SB# 189414

FILED
08 FEB 21 AM 9:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

6 | Attorneys for Plaintiff LSO, LTD.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC. a Nevada Corporation; and DOES 1 through 20 inclusive.<br><br>Defendants. | Civil Action No.: 08 CV 0329 LAB LSP<br>Judge:<br>Department:<br><br>CERTIFICATE OF COUNSEL REGARDING EFFORTS TO NOTIFY DEFENDANTS OF LSO, LTD.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>[FRCP, Rules 65(b)] |

### CERTIFICATE BY DARWIN L. BUSTARDE, ESQ.

I, Darwin L. Bustarde, declare and certify the following:

1.  I am an Associate with the law firm of Murray & Sabban, LLP, attorneys for Plaintiff LSO, LTD. ("LSO") in the above-entitled action. I am admitted to practice before all courts of the State of California and the United States District Court for the Southern District of California. I have personal knowledge of the facts contained herein, except for those stated to be based upon information, and as to those facts I believe them to be true. If called to testify, I could and would testify truthfully to the facts contained herein.

2.  Pursuant to Federal Rules of Civil Procedure Rule 65(b) I notified the Defendants DONALD D. HUGHES ("HUGHES"), and RIGHT CONNECTION, INC. ("RCI") (collectively "Defendants") of LSO's intent to seek a Temporary Restraining Order ("TRO")

1. against them on February 21, 2008, after the complaint and papers requesting injunctive relief against them are filed and the matter is assigned to a Department.

3. I am unaware of whether either HUGHES or RCI have retained counsel regarding the matters addressed in the concurrently filed Complaint, and papers submitted for injunctive relief. Therefore, I gave notice to HUGHES and RCI (as HUGHES is the principal for it).

4. I am aware of three offices and corresponding phone numbers for the Defendants. One of the offices is located in San Diego CA. On February 20, 2008 at 9:40 a.m., I telephoned the number that I believe to be associated with the office located off Aero Drive here in San Diego. HUGHES answered the phone and I provided him notice of the requested TRO.

6. I informed HUGHES of LSO's intent to seek a TRO against both HUGHES and RCI for reasons based in part upon Trademark Infringement, and unfair business practices. I also specifically informed him that this action regards the "Trip Cash" program, and basically a belief that most (if not all) aspects of LSO's business is being misused by RCI and HUGHES.

7. I then informed him that counsel for LSO would appear at about 9:00-9:30 a.m. on Thursday, February 21, 2008 at the Federal Court house in Downtown San Diego off Front Street to file a complaint against HUGHES and RCI, and papers associated with LSO's request for a TRO and Preliminary Injunction. I also informed him that immediately after filing the papers counsel for LSO would go to the Department to which the matter is assigned and request that the Judge issue a TRO and request a hearing on a Preliminary Injunction.

8. I suggested to HUGHES that he or his attorney may wish to go to the clerk's office on the morning of February 21, 2008, to inquire of the case number and the Department assigned to the matter, and to determine where the TRO would be heard. I also suggested that he may wish to visit the website for the Southern District for more information.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 20TH day of February 2008 at Solana Beach, CA.

_____
Darwin L, Bustarde, Esq.

CERTIFICATE OF COUNSEL RE: NOTICE OF TRO TO DEFENDANTS         Case No.: