| | |
|---|---|
| 1 | **MURRAY & SABBAN, LLP** |
|   | Lomas Santa Fe Professional Building |
| 2 | 140 Marine View Avenue, Suite 116 |
|   | Solana Beach, CA 92075 |
| 3 | Telephone (858) 259-8052 |
|   | Telecopier (858) 259-8055 |
| 4 | pmurray@murrayandsabban.com |
|   | Paul S. Murray, SB# 158280 |
| 5 | Ariel J. Sabban, SB# 189414 |

FILED
08 FEB 21 AM 9:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

6  Attorneys for Plaintiff LSO, LTD.

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 | LSO, LTD. a California Corporation, | Civil Action No.:
11 |                    Plaintiff,       | Judge:
                                          | Department: 08 CV 0329 LAB LSP
12 | vs.                                 | APPLICATION FOR WRIT OF
                                          | POSSESSION *EX PARTE*
13 |                                     |
14 | DONALD D. HUGHES; RIGHT             | [FRCP Rules 64 and 65]
   | CONNECTION, INC. a Nevada Corporation;
15 | and DOES 1 through 20 inclusive.    |
   |                    Defendants.      |
16

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---
APPLICATION FOR WRIT OF POSSESSION *EX PARTE*                    Case No.:

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, ~~bar number~~, and address):<br>Paul S. Murray, Esq.<br>MURRAY & SABBAN, LLP<br>140 Marine View Ave., Ste. 116<br>Solana Beach, CA 92075<br><br>TELEPHONE NO.: (858) 259-8052  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): PMurray@murrayandsabban.com<br>ATTORNEY FOR (Name): LSO, LTD. | FOR COURT USE ONLY |

~~superior court of california, county of~~ UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: LSO, LTD.

DEFENDANT: DONALD D. HUGHES; RIGHT CONNECTION, INC.; and DOES 1 through 20

**APPLICATION FOR WRIT OF POSSESSION** [ ] **AFTER HEARING**
[X] **EX PARTE** [X] **AND FOR TEMPORARY RESTRAINING ORDER**

CASE NUMBER:

1. Plaintiff* has filed a complaint and makes claim for delivery of property in the possession of the defendant named in b.

    a. Plaintiff (name): LSO, LTD.

    b. Defendant (name): DONALD D. HUGHES; RIGHT CONNECTION, INC.; and DOES 1 through 20

2. Plaintiff applies for (check all that apply):
    a. [ ] Writ of possession after hearing (Code Civ. Proc., (C.C.P.), § 512.010).
    b. [X] Ex parte writ of possession (C.C.P., § 512.020). (File Declaration for Ex Parte Writ of Possession, form CD-180.)
    c. [X] Temporary restraining order (C.C.P., § 513.010). (File Application for Temporary Restraining Order, form CD-190.)

3. The basis of the plaintiff's claim and right to possession of the claimed property is specified in [ ] a written document, a copy of which is attached. [ ] the verified complaint. [ ] the attached declaration. [X] the following facts (specify):
    Defendants DONALD D. HUGHES & RIGHT CONNECTION, INC., were paid to obtain for Plaintiff LSO, LTD., two (2) computers to be used as servers pursuant to a contract between the parties by which said Defendants would host Plaintiff's websites. (True and correct copies of said Defendants' Invoice and Plaintiff's check for the same are attached hereto.) Defendants breached the contract by, inter alia, repudiating the contract and taking the servers off-line. Plaintiff LSO, LTD. has demanded the return of these paid for server computers but Defendants have failed and refused to return them.

4. Claimed property (Describe, state value, and further identify any property that is a farm product (Code Civ. Proc., § 511.040) or inventory held for sale or lease (Code Civ. Proc., § 511.050)): Two (2) 1U High-Speed Rack Computer Servers worth approximately $1,300.00 each. (See attached Invoice)

[ ] Continued on Attachment 4.

* "Plaintiff" includes cross-complainant, "defendant" includes cross-defendant, and "complaint" includes cross-complaint.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CD-100 [Rev. January 1, 2006]

**APPLICATION FOR WRIT OF POSSESSION**
**(Claim and Delivery)**

Legal Solutions Plus

Code Civ. Proc., § 512.010

CD-100

| PLAINTIFF: LSO, LTD. | CASE NUMBER: |
|---|---|
| DEFENDANT: DONALD D. HUGHES; RIGHT CONNECTION, INC.; and DOES 1 through 20 | |

5. A showing that the claimed property is wrongfully detained by defendant, of how the defendant came into possession of the claimed property, and, according to Plaintiff's best knowledge, information, and belief, of the reason for the defendant's detention of the claimed property, is made [ ] in the verified complaint. [ ] in the attached declaration. [X] as follows (specify):

   Defendants DONALD D. HUGHES & RIGHT CONNECTION, INC., were paid to obtain for Plaintiff LSO, LTD., two (2) computers to be used as servers pursuant to a contract between the parties by which said Defendants would host Plaintiff's websites. (True and correct copies of said Defendants' Invoice and Plaintiff's check for the same are attached hereto.) Defendants breached the contract by, inter alia, repudiating the contract and taking the servers off-line. Plaintiff LSO, LTD. has demanded the return of these paid for server computers but Defendants have failed and refused to return them. Defendants have not indicated why they are detaining Plaintiff's server computers but Defendants are using the information obtained thereby.

6. To Plaintiff's best knowledge, information, and belief the claimed property or some part of it is located as stated [ ] in the verified complaint. [ ] in the attached declaration. [X] as follows (specify):
   (Include in this statement whether any part of the claimed property is within a private place that may have to be entered to take possession. If so, complete item 7.) private property located at 8690 Aero Drive, #312, San Diego, CA 92123 which is Defendants' place of business.

7. [X] Facts showing probable cause for belief that the claimed property or some part of it is located in the private place referred to in item 6 are specified [ ] in the verified complaint. [ ] in the attached declaration. [X] as follows:
   Plaintiff's principal has seen the server computers at Defendants' place of business located at 8690 Aero Drive, #312, San Diego, CA 92123.

8. The claimed property has not been taken for a tax, assessment, or fine, pursuant to statute, and (check one):
   a. [X] has not been seized under an execution against the plaintiff's property.
   b. [ ] has been seized under an execution against the plaintiff's property, but is exempt from such seizure under (code section):

9. [ ] This action is subject to the [ ] Unruh Retail Installment Sales Act (Civ. Code, §§ 1801-1812.10);
   [ ] Rees-Levering Motor Vehicle Sales and Finance Act (Civ. Code, §§ 2981-2984.4).
   Facts showing that this is the proper court are specified in the [ ] verified complaint. [ ] attached declaration.

10. Total number of pages attached: __2__

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 02/21/08

Robert McGinley
(TYPE OR PRINT NAME)

▶ *[signature]*
(PLAINTIFF'S SIGNATURE)

Right Connection, Inc.

2375 E Tropicana Ave Suite 172
Las Vegas, NV 89119

# Invoice

| Date | Invoice # |
|---|---|
| 08/02/2005 | 21011 |

**Bill To**

Lifestyles Organization, Inc
2641 W La Palma Ave
Anehiem, CA 92801

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | One-Time Costs |  |  |
| 2 | 1U High-Speed Rack Server (one-time) | 1,298.00 | 2,596.00 |
| 2 | Installation Labor: Configuration of new servers / installs / testing (one-time) | 300.00 | 600.00 |
|  | Monthly Costs |  |  |
| 1 | 1MB Single-Home Committed Bandwidth (Burst to 2mbps) (monthly) | 0.00 | 0.00 |
| 2 | Rack Space (monthly) | 0.00 | 0.00 |
| 1 | Total for bandwidth/ rack space and 24/7 managed services | 875.00 | 875.00 |

Bruce / Dixie ... Need your approval on this before we proceed with the ordering of this equipment. We have this operational by the end of the month if you act now. Please advise.

*$165/ GEN'L*

☑ **completed**

*DUE NOW*

Thank you for your business.

**Total**      $4,071.00



**LSO, LTD.**
2641 W. LA PALMA AVE., STE. F
ANAHEIM, CA 92801

WELLS FARGO BANK, NA
16-24/1220

09985

10/14/2005

PAY TO THE ORDER OF  RIGHT CONNECTION, INC.          $ **4,821.00

Four Thousand Eight Hundred Twenty-One and 00/100*************************************************** DOLLARS

RIGHT CONNECTION, INC.
2375 E Tropicana Ave Suite #172
Las Vegas, NV. 89119

**COPY NOT NEGOTIABLE**

MEMO_____

⑉009985⑉  ⑈122000247⑈:080441404 3⑉

---

LSO, LTD.                                                                                     09985

RIGHT CONNECTION, INC.                              10/14/2005
Date        Type   Reference        Original Amt.   Balance Due   Discount   Payment
10/12/2005  Bill   #21011            4,071.00        4,071.00                 4,071.00
10/12/2005  Bill   #21017              750.00          750.00                   750.00
                                                    Check Amount              4,821.00

Operating (043)                                                               4,821.00

LSO, LTD.                                                                                     09985

RIGHT CONNECTION, INC.                              10/14/2005
Date        Type   Reference        Original Amt.   Balance Due   Discount   Payment
10/12/2005  Bill   #21011            4,071.00        4,071.00                 4,071.00
10/12/2005  Bill   #21017              750.00          750.00                   750.00
                                                    Check Amount              4,821.00

*PAYMENT RECORD*

Operating (043)                                                               4,821.00


514482 (11/04)