```
 1  MURRAY & SABBAN, LLP
    Lomas Santa Fe Professional Building
 2  140 Marine View Avenue, Suite 116
    Solana Beach, CA 92075
 3  Telephone (858) 259-8052
    Telecopier (858) 259-8055
 4  pmurray@murrayandsabban.com
    Paul S. Murray, SB# 158280
 5  Ariel J. Sabban, SB# 189414

 6  Attorneys for Plaintiff LSO, LTD.

 7
```

FILED
08 FEB 21 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC. a Nevada Corporation; and DOES 1 through 20 inclusive.<br><br>  Defendants. | Civil Action No. 08 CV 0329 LAB LSP<br>Judge:<br>Department:<br><br>**NOTICE OF APPLICATION FOR WRIT OF POSSESSION AND HEARING**<br><br>[FRCP Rules 64 and 65] |

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

NOTICE OF APPLICATION FOR WRIT OF POSSESSION AND HEARING    Case No.:

CD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Murray, Esq. SB#158280<br>MURRAY & SABBAN, LLP<br>140 Marine View Ave., Suite 116<br>Solana Beach, CA. 92075<br><br>TELEPHONE NO.: 858-259-8052   FAX NO. (Optional): 858-259-8055<br>E-MAIL ADDRESS (Optional): PMurray@murrayandsabban.com<br>ATTORNEY FOR (Name): Plaintiff LSO, LTD. | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92019
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: LSO, LTD.

DEFENDANT: DONALD D. HUGHES; RIGHT CONNECTION, INC.; and DOES 1 THROUGH 20

**NOTICE OF APPLICATION FOR WRIT OF POSSESSION AND HEARING**

CASE NUMBER:

TO DEFENDANT* (name): DONALD D. HUGHES and RIGHT CONNECTION, INC.

1. A hearing on the plaintiff's application for a writ of possession for levy on personal property described in the application, including attachments, claimed to be wrongfully detained by you, will held be in this court, as follows:

   a. Date:          Time:          ☐ Dept.:          ☐ Rm.:

   b. Address of court:   [X] same as noted above   ☐ is (specify):

2. The writ of possession will be issued if the court finds that the plaintiff's claim is probably valid and the other requirements for issuing the writ are established. This hearing is not for the purpose of determining whether the claim is actually valid. The determination of the actual validity of the claim will be made in later proceedings in the action and will not be affected by the decision at the hearing on the application for the writ.

3. If you wish to oppose the issuance of the writ, you must file with this court and serve on the plaintiff's attorney, or on the plaintiff if the plaintiff has no attorney, one or more declarations providing evidence sufficient to defeat the plaintiff's right to issuance of the writ.

4. If you fail to oppose the issuance of the writ, the court at the hearing may do the following:
   a. Order that a writ of possession be issued.
   b. Order that you or anyone in possession transfer possession of the claimed property to the plaintiff (Code Civ. Proc., § 512.070).
   c. Grant injunctive or other relief.

5. If a writ of possession is issued, you may stay the delivery of the property or regain possession of property taken under the writ by filing an undertaking with the court in accordance with Code of Civil Procedure section 515.020.

6. **IF YOU BELIEVE THE PLAINTIFF MAY NOT BE ENTITLED TO POSSESSION OF THE PROPERTY CLAIMED, YOU MAY WISH TO SEEK THE ADVICE OF AN ATTORNEY. SUCH ATTORNEY SHOULD BE CONSULTED PROMPTLY SO THAT HE OR SHE MAY ASSIST YOU BEFORE THE TIME SET FOR THE HEARING.**

Dated: February 20, 2008

Paul S. Murray, Esq. SB#158280
(TYPE OR PRINT NAME)                                    ▶ /s/ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

* "Plaintiff" includes cross-complainant and "defendant" includes cross-defendant.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CD-110 [Rev. January 1, 2006]

**NOTICE OF APPLICATION FOR WRIT OF POSSESSION AND HEARING**
(Claim and Delivery)

Code Civ. Proc., § 512.040

Legal Solutions Plus