1   **MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
2   140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
3   Telephone (858) 259-8052
Telecopier (858) 259-8055
4   pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
5   Ariel J. Sabban, SB# 189414

6   Attorneys for Plaintiff LSO, LTD.

7

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  LSO, LTD. a California Corporation,

11                  Plaintiff,

12  vs.

13

14  DONALD D. HUGHES; RIGHT
CONNECTION, INC. a Nevada Corporation;
and DOES 1 through 20 inclusive.
15

16                  Defendants.

Civil Action No.:
Judge:
Department:

**'08 CV 0329 LAB LSP**

**DECLARATION FOR *EX PARTE* WRIT
OF POSSESSION**

**[FRCP Rules 64 and 65]**

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

FILED

08 FEB 21 AM 9:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____          DEPUTY

CD-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Paul S. Murray, Esq.<br>MURRAY & SABBAN, LLP<br>140 Marine View Ave., Ste. 116<br>Solana Beach, CA 92075 | |

TELEPHONE NO.: (858) 259-8052    FAX NO. *(Optional):* (858) 259-8055
E-MAIL ADDRESS *(Optional):* PMurray@murrayandsabban.com
ATTORNEY FOR *(Name):* LSO, LTD.

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: LSO, LTD.

DEFENDANT: DONALD D. HUGHES; RIGHT CONNECTION, INC.;
and DOES 1 through 20

| DECLARATION FOR EX PARTE WRIT OF POSSESSION | CASE NUMBER: |
|---|---|

1. ☐ A showing that the defendant* gained possession of the property described in the application, which was not entrusted to the defendant, by feloniously taking such property from the plaintiff* by means other than by false or fraudulent representation, pretense, or embezzlement is made in the ☐ verified complaint. ☐ attached declaration. ☐ as follows:

2. ☐ A showing that the property described in the application is a credit card is made in the ☐ verified complaint ☐ attached declaration ☐ as follows:

3. ☒ A showing that the defendant acquired possession of the property described in the application in the ordinary course of trade or business for commercial purposes, and (a) the property is not necessary for the support of the defendant or the defendant's family; (b) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to take care of the property in a reasonable manner; and (c) the ex parte issuance of a writ of possession is necessary to protect the property is made in the ☐ verified complaint. ☐ attached declaration: ☒ as follows:
Defendants DONALD D. HUGHES & RIGHT CONNECTION, INC., were paid to obtain for Plaintiff LSO, LTD., two (2) computers to be used as servers pursuant to a contract between the parties by which said Defendants would host Plaintiff's websites. (True and correct copies of said Defendants' Invoice and Plaintiff's check for the same are attached hereto.) Defendants breached the contract by, inter alia, repudiating the contract and taking the servers off-line. Plaintiff LSO, LTD. has demanded the return of these paid for server computers but Defendants have failed and refused to return them. Defendants have not indicated why they are detaining Plaintiff's server computers but Defendants are using the information obtained thereby.

4. The plaintiff ☐ has ☒ has not filed an undertaking under Code of Civil Procedure section 515.010.

5. Number of pages attached: ___2___

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/21/08

Robert McGinley
(TYPE OR PRINT PLAINTIFF'S NAME)

▶ *(signature)*
(PLAINTIFF'S SIGNATURE)

* "Plaintiff " includes cross-complainant, and "defendant" includes cross-defendant.

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CD-180 [Rev. January 1, 2006]

**DECLARATION FOR EX PARTE WRIT OF POSSESSION**
**(Claim and Delivery)**

Code Civ. Proc., §§ 512.010; 512.020

Legal
Solutions
Plus

# Invoice

Right Connection, Inc.

2375 E Tropicana Ave Suite 172
Las Vegas, NV  89119

| Date | Invoice # |
|------|-----------|
| 08/02/2005 | 21011 |

| Bill To |
|---------|
| Lifestyles Organization, Inc<br>2641 W La Palma Ave<br>Anchiem, CA 92801 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | One-Time Costs | | |
| 2 | 1U High-Speed Rack Server (one-time) | 1,298.00 | 2,596.00 |
| 2 | Installation Labor: Configuration of new servers / installs / testing (one-time) | 300.00 | 600.00 |
| | | | |
| | Monthly Costs | | |
| 1 | 1MB Single-Home Committed Bandwidth (Burst to 2mbps) (monthly) | 0.00 | 0.00 |
| 2 | Rack Space (monthly) | 0.00 | 0.00 |
| 1 | Total for bandwidth/ rack space and 24/7 managed services | 875.00 | 875.00 |
| | Bruce / Dixie ... Need your approval on this before we proceed with the ordering of this equipment. We have this operational by the end of the month if you act now. Please advise. | | |

6165/ GEN'L

✓ completed

DUE NOW

| | | Total | $4,071.00 |
|--|--|-------|-----------|
| Thank you for your business. | | | |

09985

**LSO, LTD.**
2641 W. LA PALMA AVE., STE. F
ANAHEIM, CA 92801

WELLS FARGO BANK, NA
16-24/1220

10/14/2005

PAY TO THE
ORDER OF ___RIGHT CONNECTION, INC.___                                                    $  **4,821.00

Four Thousand Eight Hundred Twenty-One and 00/100************************************************************ DOLLARS

RIGHT CONNECTION, INC.
2375 E Tropicana Ave Suite #172
Las Vegas, NV, 89119

## COPY NOT NEGOTIABLE

MEMO_____

⑈″009985″⑉ ⑈:122000247⑈:0804414043⑉″

---

**LSO, LTD.**                                                                     09985

RIGHT CONNECTION, INC.                                     10/14/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/12/2005 | Bill | #21011 | 4,071.00 | 4,071.00 | | 4,071.00 |
| 10/12/2005 | Bill | #21017 | 750.00 | 750.00 | | 750.00 |
| | | | | | Check Amount | 4,821.00 |

Operating (043)                                                                    4,821.00

---

**LSO, LTD.**                                                                     09985

RIGHT CONNECTION, INC.                                     10/14/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/12/2005 | Bill | #21011 | 4,071.00 | 4,071.00 | | 4,071.00 |
| 10/12/2005 | Bill | #21017 | 750.00 | 750.00 | | 750.00 |
| | | | | | Check Amount | 4,821.00 |

Operating (043)                                                                    4,821.00



514482 (11/04)