MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| LSO, LTD, a California corporation | vs | Donald D. Hughes, et al. | No. | 08cv329 |
|---|---|---|---|---|
| Hon. | N/A | Deputy Clerk    N/A | Court Reporter | N/A |

It is hereby ordered that Honorable Larry A. Burns hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:    Honorable Marilyn L. Huff

New Case #:    08cv329- H (LSP)

**Please forward judge's court file to new assigned judge.**

J. PARIS

Date:   February 21, 2008            Deputy: