1  **MURRAY & SABBAN, LLP**
   Lomas Santa Fe Professional Building
2  140 Marine View Avenue, Suite 116
   Solana Beach, CA 92075
3  Telephone (858) 259-8052
   Telecopier (858) 259-8055
4  pmurray@murrayandsabban.com
   Paul S. Murray, SB# 158280
5  Ariel J. Sabban, SB# 189414

6  Attorneys for Plaintiff LSO, LTD.

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | LSO, LTD. a California Corporation, | Civil Action No.:  08 CV 0329 LAB LSP
   |                                     | Judge:
11 |           Plaintiff,                | Department:
12 | vs.                                 | **PROOF OF SERVICE**
13 |                                     |
   | DONALD D. HUGHES; RIGHT             | [Fed. R. Civ. Pro. 4, Local Rule 5]
14 | CONNECTION, INC. a Nevada Corporation; |
   | and DOES 1 through 20 inclusive.    |
15 |                                     |
   |           Defendants.               |
16

17 I, the undersigned, hereby declare:

18 1.   I am a resident of the state of Nevada, over the age of eighteen years and not a party to

19      the within action.  My business address is at Helm & Associates, 2810 W. Charleston,

20      Suite G-67, Las Vegas, NV 89102.

21 2.   On February 29, 2008, I caused to be personally served on RIGHT CONNECTION,

22      INC. and DONALD HUGHES the following document(s):

23      (A)   COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK, INFRINGEMENT OF
              TRADEMARK, DILUTION OF TRADEMARK, CYBERPIRACY, INTERCEPTION AND
24            DISCLOSURE OF ELECTRONIC COMMUNICATIONS, MISAPPROPRIATION OF TRADE
              SECRETS, UNFAIR BUSINESS COMPETITION, FALSE ADVERTISING, CONVERSION,
25            INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE [JURY TRIAL
              DEMANDED]
26
        (B)   SUMMONS
27
        (C)   COMBINED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
28            INJUNCTION

PROOF OF SERVICE                                                Case No.:

MEMORANDUM OF POINTS & AUTHORITIES FOR COMBINED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; AND INDEX OF EXHIBITS

(D) DECLARATION OF ROBERT MCGINLEY IN SUPPORT OF COMBINED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

(E) CERTIFICATE OF COUNSEL REGARDING EFFORTS TO NOTIFY DEFENDANTS OF LSO, LTD.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

(F) [PROPOSED/UNSIGNED] ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER PENDING HEARING ON REQUEST FOR PRELIMINARY INJUNCTION

(G) [PROPOSED/UNSIGNED] PRELIMINARY INJUNCTION

(H) NOTICE OF APPLICATION FOR WRIT OF POSSESSION AND HEARING

(I) APPLICATION FOR WRIT OF POSSESSION *EX PARTE*

(J) DECLARATION FOR *EX PARTE* WRIT OF POSSESSION

(K) APPLICATION FOR TEMPORARY RESTRAINING ORDER

(L) [PROPOSED/UNSIGNED] ORDER FOR WRIT OF POSSESSION *EX PARTE*

(M) [PROPOSED/UNSIGNED] WRIT OF POSSESSION *EX PARTE*

(N) SCHEDULING ORDER RE (1) PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND (2) PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF POSSESSION.

[X] **BY PERSONAL HAND DELIVERY:** by causing the document(s) to be personally delivered to <u>Stan Flacks, at Pony Express Mail Box Service</u> at <u>4:45</u> p.m., on <u>Friday, February 29, 2008</u> at <u>2375 E. Tropicana Avenue, Las Vegas, NV 89119</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *Teri L Browning*

TERI L. BROWNING