# EXHIBIT 1



HOME   ABOUT ROSS   NEWS   FAQ   CONTACT US   SEARCH

## Nevada Secretary of State
### Ross Miller

Information Center    Election Center    Business Center    Licensing Center    Securities Center    Online Services

My Data Reports | Business Entity Search | Fee Schedule (Data Reports) | Login (Data Reports)

# RIGHT CONNECTION INC.

| New Search | | Printer Friendly | | Calculate List Fees |
|---|---|---|---|---|

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active on 7/11/2005 | File Date: | 4/27/2001 |
| Type: | Domestic Corporation | Corp Number: | C10955-2001 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2008 |
| Managed By: | | Expiration Date: | |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | STEVEN R. FLACKS | Address 1: | 2375 EAST TROPICANA |
| Address 2: | #3 | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89119 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

View all business entities under this resident agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 2,500.00 | Capital Amount: | $0 |
| No stock records found for this company | | | |

| Officers | | | ☐ Include Inactive Officers |
|---|---|---|---|
| Director - DONALD D HUGHES | | | |
| Address 1: | 8170 S. EASTERN AVE #4-230 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89123 | Country: | USA |
| Status: | Active | Email: | |
| President - JAMES TERHUNE | | | |
| Address 1: | 8170 S ESTERN AVE #4-230 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89123 | Country: | |
| Status: | Active | Email: | |
| Treasurer - JAMES TERHUNE | | | |
| Address 1: | 8170 S EASTERN AVE #4-230 | Address 2: | |

EXHIBIT 1-1

| | City: | LAS VEGAS | State: | NV |
|---|---|---|---|---|
| | Zip Code: | 89123 | Country: | |
| | Status: | Active | Email: | |
| Secretary - JAMES A TERHUNE | | | | |
| | Address 1: | 8170 S. EASTERN AVE #4-230 | Address 2: | |
| | City: | LAS VEGAS | State: | NV |
| | Zip Code: | 89123 | Country: | US |
| | Status: | Active | Email: | |

**Actions\Amendments**
Click here to view 9 actions\amendments associated with this company

You are currently not logged in

Nevada Secretary of State, Ross Miller.   Copyright 2007. All rights reserved.

EXHIBIT 1-2

# EXHIBIT 2

## Paul S. Murray

| | |
|---|---|
| **From:** | Paul S. Murray, Esq. [murray5@inetworld.net] |
| **Sent:** | Tuesday, February 26, 2008 5:10 PM |
| **To:** | 'D. Hughes' |
| **Subject:** | RE: Lifestyles |

Mr. Hughes:

Thank you for your letter and attachment.

We are in the process of trying to provide you and RCI with a copy of the relevant papers in this matter. Would you be so kind as to provide us with a time and place where we can provide you with a copy.

Thank you,

Paul S. Murray

-----Original Message-----
From: D. Hughes [mailto:dhughes@rightconnect.com]
Sent: Tuesday, February 26, 2008 4:28 PM
To: Esq.
Subject: RE: Lifestyles

Mr Murray,

It is my understanding there is some pending litigation I will be seeing soon regarding Lifestyles concerning the two servers they abandoned. We asked numerous times for Bruce or David to come get these servers, but they never came down and picked-up. We even asked for a FedEx number and we would send them. David moved all the information from the hard drives and cleared the drives before we unplugged them. We have been more than happy to return these servers as they are in our way all the time. . I prints of e-mails to prove all of these requests.

Additionally, I think you should look at the attached statement we received from David Valentiner, employee/contractor for more than 15 years, and Webmaster of Lifestyles for most of these years. I think you will see that Mr. McGinley is not correct on many assumptions. I am sure everyone considers David a very credible and accurate part of the organization. I believe he even received accreditation from the Lifestyles Organization you attached somewhere?

Paul ... continued pursuit of any lawsuit or action with this new discovery statement from the Lifestyles Organization Chief Technical Operations person / Webmaster ( David Valentiner ) web designer until just recently, would prove you were proceeding knowingly with inaccurate and misleading information, This would be considered "malicious prosecution." There would be absolutely nobody at Lifestyles that knows the inner workings concerning webpages, servers, ad placement and other technical issue better than David Valentiner. Not even Bruce.    I also have print from an a e-mail from Bruce ordering the move of the ClubLifestyles domain name back in January 2007 ( before the February problem with Robert)  that I specifically sent to your e-mail address.
Bruce was the official person employed by the Lifestyles Organization.
David was also the one that had control over the front pages of ClubLifestyles and placed all of the column ads for Lifestyles Conventions. We had absolutely nothing to do with the advertisements.

So tell me where you want these servers delivered to and they will be there.  They are sitting on the floor waiting to be dealt with.

Don Hughes
Right Connection, Inc.
Las Vegas, Nevada
Sales@RightConnect.com

1

EXHIBIT 2-3

# EXHIBIT 3

## Error 404: NOT FOUND!

Your browser cannot find the document corresponding to the URL you typed

ch

 Search

d listings

### sale DVDs For Less
ls for $1.10-Buy Now and Make Money Reselling!
holesaleDVDsForLess.com

### DVD Rental Systems
our own Online Rental site Profit from online DVD rental
ıhsystems.com

### : Movie Rentals
nly $4.99/month Over 75k Titles. Free Trial.
ɛtflix.com/register

### Clothing
ıvel Clothing Save on Travel Gear
narter.com

### sale Adult Novelties
uge Selection of Wholesale Novelty Items at Closeout Prices.
ɔpTenWholesale.com

### sale Dvd
'our Search Fast and Fun.
aleDvds.EntertainingDeals.com

### aby Samples & Stuff

http://www.sedoparking.com/domparking.php?id=415788&u=http://www.adulttravelstore....  2/28/2008

EXHIBIT 3-4

Your browser cannot find the document corresponding to the URL you typed in.   Page 2 of 2

Case 3:08-cv-00329-H-LSP   Document 12-2   Filed 03/07/2008   Page 8 of 39

nples and Magazines Free Coupons and Information
gFamily.com

### sale Dvd
le Dvd guide Find It Here Now.
aleDvds.SoaringDeals.com

### aby Diapers
or any family with a baby. Limited time offer. Act now.
ydiapers.com

### 'holesale
an You Get DVD Wholesaler In Your Area? Get Free Info Here!
:om

EXHIBIT 3-5



HOME | SHOPPING | LOGIN | NEW MEMBERS

**Featured Profile**



YOUR BUTT HERE ... Yes, you could be right here with us, on-the-lake, half naked and partying your ass off! Or you could be at home mowing the lawn and doing the laundry ... NOT!! Attractive, fun-loving Couples Wanted for fun-at-the-lake in So


**PlayCouple**
Alpine, CA

"Click Here" to view all of the Featured Profiles.

## ClubLifestyle is the ONLY TOTALLY FREE Swingers Personal site!

What's Inside ...

 Certified Couples

 Hookin' Up in *Booty-Time*

Up to 150 images per profile

0 Members **online** right now!

 Live Video Chat + Photo Chat

 0 Members in the chat room!

## JOIN NOW >>> *Quick Tour*

**Member Login**

User Name

Password

[ Login ]

Remember my login info ☐
Forgot your password ??

✓ **Join Now!**
Click Here To Begin



**What others are saying about ClubLifestyles ...**

**Joey & Lisa, Los Angeles** - You guys rock! A full-featured Lifestyle Personals site for FREE? This is great. All of the other sites charge us like $14.95 - $19.95 and you provide us more features for FREE. Once everyone finds out about this site, the other sites will be vacant for sure. This is bound to be the MySpace for swingers for sure. Let's see if the other sites come to their senses and go free too?

**Rick & Shelly, Memphis, TN** – We have been on many so-called swinger websites, but we have to tell you, we have never met so many real couples that actually want to play than on ClubLifestyles. There are so many fake people on many of the other sites, seems the Lifestyles site has the real couples that actually attend the same parties, conventions and vacations we do. Keep us the good work ClubLifestyles.

**Ted & Lisa, Los Angeles, CA** – We are so excited to become part of the Lifestyles community. Oh my, what a difference that just being a member of a swinger web site. We are actually part of the community and part of a very fun group of couples that love to party and take vacations with us. It is so much more fun to vacation with a fun group of people so you know your vacation time is well spent. ClubLifestyles has done a wonderful job of helping couples meet other couples in their area. We applaud you Lifestyles for you help in making our community what it is today.

**Mark & Linda, San Diego, CA** – This is one of the best sites we have ever been on. It seems most of the people here are for real and really want to meet and open new friendships. How cool is that? Bring you friends to ClubLifestyles and get them involved. There is a lot of fun to be had, and we want our slice. Thank you ClubLifestyles.

**Dan & Kimberly, Miami, FL** - Forget the other "pay sites." Why should we go anywhere else? Lifestyles has been the leader in the swinger community for more than 20 years, it just figures they would be the ones to provide what we have all been waiting for, a free environment where we can meet other swingers in our area. Why would anyone want to keep paying the other sites for what you can get for free right here on ClubLifestyles?

Find Swingers

- Alabama Swingers
- Alaska Swingers
- Arizona Swingers
- Arkansas Swingers
- California Swingers
- Colorado Swingers
- Connecticut Swingers
- Delaware Swingers
- DC Swingers
- Florida Swingers
- Georgia Swingers
- Hawaii Swingers
- Idaho Swingers
- Illinois Swingers
- Indiana Swingers
- Iowa Swingers
- Kansas Swingers
- Kentucky Swingers
- Louisiana Swingers
- Maine Swingers
- Maryland Swingers
- Massachusetts Swingers
- Michigan Swingers
- Minnesota Swingers
- Mississippi Swingers
- Missouri Swingers
- Montana Swingers
- Nebraska Swingers
- Nevada Swingers
- New Hampshire Swingers
- New Jersey Swingers
- New Mexico Swingers
- New York Swingers
- North Carolina Swingers
- North Dakota Swingers
- Ohio Swingers
- Oklahoma Swingers
- Oregon Swingers
- Pennsylvania Swingers
- Puerto Rico Swingers
- Rhode Island Swingers
- South Carolina Swingers
- South Dakota Swingers

EXHIBIT 3-6



EXHIBIT 3-7

# EXHIBIT 4

Thu Feb 28, 2008
03:29 PM PST

## PARTYCOUPLES RULES



**PartyCouples.com (r) TERMS OF SERVICE AGREEMENT**

 *To ensure that you enjoy the highest standards of quality and service during your visits to our site, we encourage you to read through the following information. These legal notices spell out the terms and conditions to which Users are expected to adhere.*





### CONTENTS AND USER SUBMISSIONS

**1.1** The contents of this website are intended for the personal, noncommercial use of its Users. All materials on this website (including, but not limited to, news articles, photographs, images, illustrations, audio and video clips, also known as "The Content") are protected by copyright and other intellectual property laws, and are owned or controlled by the party credited as the provider of the content, software, or other materials. Users shall abide by all additional copyright or other notices, information, or restrictions appearing in conjunction with any Content accessed through the Service. PartyCouples.com will strictly peruse all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.2** The entire website is protected by copyright as a collective work and/or compilation pursuant to U.S. copyright laws, international conventions, and other copyright laws. Except as set forth in Section 1 of this Terms of Service, Users may not modify, adapt, translate, exhibit, publish, transmit, participate in the transfer or sale of, reproduce (except as provided in this section of the terms of Service), create derivative works from, distribute, perform, display, reverse engineer, de-compile or dissemble, or in any way exploit, any of the content, software, materials or Service in whole or in part. PartyCouples.com will strictly peruse all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

**1.3** Users may NOT download or copy the Content unless the Content is specifically designated for DOWNLOAD. Downloadable items displayed on this Service for personal, noncommercial use only, provided that User maintains all copyright and other notices contained in such Content. Copying or storing of any allowed downloadable Content for other than personal, noncommercial use is expressly prohibited without the prior written permission from the website or the copyright holder identified in the individual Content's proprietary notices including copyright notice. No member shall download and use the photos and writings of others without express written permission of the owner of such property. Any violation of this provision will constitute immediate removal from this website without refund or recourse. PartyCouples.com will strictly peruse all violators of copyright laws, and unauthorized use of our REGISTERED TRADEMARK.

### PROFILES, FORUMS AND DISCUSSIONS

**2.1** User shall not upload to, distribute, or otherwise publish through the website, any Content which is libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive or otherwise violates any law. Please use your best judgment, and be respectful of other individuals using the bulletin boards. Do not use vulgar, abusive, or hateful language. Bulletin boards within the website are provided to give our users an interesting and stimulating forum in which they may express their opinions and share their ideas. Neither the website, nor the management, endorses the opinions placed on these bulletin boards. User acknowledges that any submissions may be published, transmitted and/or displayed on the Internet on our website. We reserve the right to remove any submission and electronically strip any HTML, scripts, animations, URL's, E-mail addresses, or any other non-text submission. In addition, User warrants that all moral rights in any upload materials have been waived.

**2.2** The Profiles, Forums, Internal Mail, Photo Chat and Video Chat shall be used only in a noncommercial manner. Any representation of any URL other than PartyCouples.com, commercial establishment, parties, swing clubs, or resorts will be grounds for termination. NO PHONE NUMBERS can be listed on any profile or posting anywhere on the site. User shall not, without express approval from the webmaster, distribute or otherwise publish any material containing any solicitation of PARTIES, FUNDS, MEMBERSHIPS, WESBSITES, ADVERTISING or any other solicitation for goods or services, competitive or not.

EXHIBIT 4-5

**2.3** The website promotes input from its users. However, by submitting an idea, suggestion, or recommendation, the User waives all right to the idea as intellectual property, and consents to the website utilizing that idea, suggestion, or recommendation without attribution or compensation. It is our utmost desire to provide every possible feature and enhancement you desire. It is your suggestions that will make PartyCouples.com the place to be on the web.

**2.4** While PartyCouples.com does not and cannot review every message posted by Users in the Forums and is not responsible for any content of these messages, the management reserves the right to delete, move or edit messages that it, in its sole discretion, deems are in violation of the law (including trademark and copyright law), or this User Agreement, or are abusive, defamatory, obscene, or otherwise unacceptable. Users shall remain solely responsible for the content of their messages, legally and morally. Every user accepts full responsibility for the legality of any photos and text uploaded to this website. All submissions are traceable back to the user that submitted them. (no matter how good you think you are)

### ACCESS AND AVAILABILITY OF SERVICES AND LINKS

**3.1** PartyCouples.com contains links to other World Wide Web Internet sites, resources, and sponsors. Selection of an ad banner or link redirects the User to a third party. Transactions that occur between the User and the Third Party are strictly between the User and the third party and are not the responsibility of PartyCouples.com.com. PartyCouples.com.com is not responsible for the availability of these outside resources or their contents. User should direct any concerns regarding any external link to it's site administrator or Webmaster.

**3.2** PartyCouples.com.com permits its Users ONLY to publish links personal websites that depict the photos and writings of the user in a manner to expand on the capable space offered in a PartyCouples.com.com profile listing. PartyCouples.com.com and management checks the content of User-linked web sites. Any link to a personal site containing links to other adult websites or commercial sites will be removed. Other links may direct the User to offensive, obscene, or pornographic material. Use of User links is at the User's discretion and peril. PartyCouples.com.com is not responsible for content found on User-linked sites. It is the responsibility of the User / Website owner to obey all Internet laws pertaining to content of these linked websites. No personal website will be allowed to be linked to if the site is promoting adult websites in any fashion, directly, indirectly or by affiliate status. Users linking to such websites will be immediately removed from our system without recourse.

### REPRESENTATIONS AND WARRANTIES

**4.1** User represents, warrants and covenants that:
that no materials of any kind submitted by User or use thereof, in accordance with the terms and conditions of this User Agreement, will:
(i) violate, plagiarize, or infringe upon the rights of any third party, including copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary right;
(ii) contain libelous or otherwise unlawful material;
(iii) constitute false or misleading indications of origin or statements of facts;
(iv) slander, libel or defame any person or entity;
(v) cause injury of any kind to any person or entity; or
(vi) violate any applicable laws, rules, regulations, or other governmental regulations; and
that User is at least 18 years old. User hereby indemnifies, defends and holds PartyCouples.com.com and all officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all liability and costs incurred by the Indemnified Parties in connection with any claim arising out of any breach by User of the User Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorney's fees. User shall cooperate as fully as reasonably required in the defense of any claim. PartyCouples.com.com reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by User.

**4.2** PartyCouples.com.com neither represents nor endorses the accuracy or reliability of any advice, opinion, statement, or other information, displayed, uploaded, or distributed through the Service by User, Information provider or any other person or entity.

*PARTYCOUPLES.COM, AND ANY MATERIALS PROVIDED BY PARTYCOUPLES.COM OR THIRD PARTIES, ARE PROVIDED "AS IS." PARTYCOUPLES.COM MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY, CONDITION, GUARANTY, OR REPRESENTATION, WHETHER ORAL, IN WRITING, OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH THE SERVICE. PARTYCOUPLES.COM SHALL NOT BE RESPONSIBLE TO THE USER OR ANY THIRD PARTIES FOR ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH THE USE OF THE SERVICE, THE ACCESS SOFTWARE OR ANY OF THE MATERIALS PROVIDED BY*

EXHIBIT 4-9

*PARTYCOUPLES.COM OR THIRD PARTIES THROUGH THE SERVICE, OR ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE OR THE ACCESS SOFTWARE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF PARTYCOUPLES.COM HAS ADVERTISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS.*

**4.3** User hereby acknowledges that use of the website is at the User's sole discretion.

### SOFTWARE LICENSES

**5.1** User shall have NO rights to the proprietary software and related documentation enhancements, or modifications thereto, provided to the User to access the website (Access Software). User may not sublicense, assign or transfer any membership right / user rights granted by PartyCouples.com.com, and any attempt at such sublicense, assignment, or transfer is void and the membership will be immediately terminated. User may not copy any software, programming or scripts on the PartyCouples.com.com website for any reason. User may not copy, distribute, modify, reverse engineer, or create derivative works from PartyCouples.com.com Software.

### TERMINATION

**6.1** PartyCouples.com.com may, in its sole discretion, terminate or suspend User's access to all or any part of the Service for any reason, including, but not limited to, breach of the Terms of Service. Termination or suspension does not entitle the User to a refund of subscription monies paid. Termination or suspension will result in the forfeiture of all subscription monies paid. Suspension or termination is at the sole discretion of the Webmaster. Any decision to suspend or terminate is final and non-disputable.

Users will be suspended or terminated for violation of any regulation outlined in this agreement, or any disruption caused to any other member of this website. PartyCouples.com will not tolerate any disruptive member. In the event of any disruption, all members involved in the dispute will be immediately suspended from use of this site and may result in a full termination of services.

**6.2** Users of PartyCouples.com.com acknowledge that site administrators have the right to terminate use without notice for any User who restricts, inhibits or disrupts access to the website or attempts to alter or improperly access any feature or function of the site. This includes any type of "spider" software designed to rapidly download any portion of this website for storage or off-line viewing. A User's access is limited to the viewing of pages presented on this website by a single use of any username and password combination. Any abuse of distributing the username and password used for entry to this site is grounds for immediate termination and purging of your profile information with warning. Any posting of illegal content or photos not taken by you, or belonging to you may also lead to immediate termination. if the User posts or transmits any illegal content, or harasses or threatens any PartyCouples.com.com User or employee, posts content (including the creation of usernames) that is offensive or otherwise disruptive; creation of multiple accounts, or accounts with false and misleading information; posts unsolicited advertising; or improperly impersonates an employee or other individual.

### GUIDELINES FOR USE

**7.1** The primary purpose of this website is to enable members with similar interests to communicate with each other by several different medias. PartyCouples.com is only the provider of the medias and has no control over the content or accuracy of what is portrayed in these medias. Users can chat with each other, exchange stories or pictures, and even to meet each other in person. Meeting in person should be done with caution and at the sole risk of the User. In this regard, this website is much like a national "Personals" section, and the same care that one would exercise when giving information to strangers, or setting up meetings with strangers, must be used here. PartyCouples.com.com will NEVER give information about one User to another Your personal information will only be available to specific staff members. Further, Users are cautioned that giving any information to another User on this website carries with it significant risks. Other advertisers may be perfectly wonderful individuals, or they may not be. There is no reasonable way to determine this in advance of your meeting. In short, if you give any information to anyone, you are taking a significant risk. These risks are greatly increased if you plan to meet other Users face-to-face. Please use caution and common-sense when creating a personal meeting.

**7.2** PartyCouples.com.com offers a "Certified Couple" . The verification indicates that the User in question is the couple they say they are, verified by other members or seen by the PartyCouples.com staff. The validity of their relationship is beyond our control. We are only verifying that we have seen a couple at the time of verification.. Members are awarded a "Certified Couple" icon when they are verified by our staff members. partyCouples.com management has the sole discretion to determine what constitutes sufficient evidence. PartyCouples.com.com promises to be as diligent as possible in awarding these verification icons. Use the existence of the verification icon may assume the couple MAY be for real and expand your

EXHIBIT 4-10

own due diligence in ascertaining the real truth. One phone call to the wife can generally dispel any myth there may be. Furthermore, the "Verification" only affirms that the User is a member and has made contact with PartyCouples.com.com. There is no proof either one of the applying members are swingers or will participate in any activity or function. The "Verification" does not indicate that this User is safe to contact, meet, or give information to. Use the same caution when dealing with a "Verified" or "Rated Single" that you would use when dealing with any other User.

## PRIVACY POLICY

**8.1** PartyCouples.com.com takes every precaution to protect your privacy. Only authorized employees have access to your username, password and only OFFICERS have access to any credit card transactions, and PartyCouples.com.com has strict rules on its employees who have access either to the databases that store user information or to the servers that host our services. Your credit card number is encrypted when accepted on our secure processing page. Unlike other websites that "hand-off" transactions to third party processors, your credit card information NEVER leaves our facility by the internet, encrypted or not. Your information is processed directly to the bank from our own credit card processing servers by special protected connections to the bank processing centers. No other lifestyle website offers such protection. Your information is VERY secure! However, if you are in doubt, PartyCouples.com.com will accept your cardholder information over the phone and process the transaction manually. PartyCouples.com.com will not give information of any kind about a User to anyone. Users should take care to protect their username and password. Exit from your web browser after every use. Chose a username and password that only you know, or can guess.

## MISCELLANEOUS

**9.1** This User Agreement has been made in and shall be construed and enforced in accordance with Nevada law. Any action to enforce this agreement shall be brought in the federal or state court located in California.

**9.2** Official correspondence must be sent via certified postal mail to:

**Right Connection, Inc.**
**PartyCouples.com Division**
**2375 E Tropicana Ave #172**
**Las Vegas, NV 89119**

File: "/include/text_join_rules.html"

© 2008 PartyCouples.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | Refer-A-Friend | PartyCouples Rules



click here for
**Live Support**
**OFFLINE**

EXHIBIT 4-4

# EXHIBIT 5



### CLUBLIFESTYLE RULES

## ClubLifesyles.com TERMS OF SERVICE AGREEMENT



☒ *To ensure that you enjoy the highest standards of quality and service during your visits to our site, we encourage you to read through the following information. These legal notices spell out the terms and conditions to which Users are expected to adhere.*

## CONTENTS AND USER SUBMISSIONS

**1.1** The contents of this website are intended for the personal, noncommercial use of its Users. All materials on this website (including, but not limited to, news articles, photographs, images, illustrations, audio and video clips, also known as "The Content") are protected by copyright and other intellectual property laws, and are owned or controlled by the party credited as the provider of the content, software, or other materials. Users shall abide by all additional copyright or other notices, information, or restrictions appearing in conjunction with any Content accessed through the Service.





**1.2** The entire website is protected by copyright as a collective work and/or compilation pursuant to U.S. copyright laws, international conventions, and other copyright laws. Except as set forth in Section 1 of this Terms of Service, Users may not modify, adapt, translate, exhibit, publish, transmit, participate in the transfer or sale of, reproduce (except as provided in this section of the terms of Service), create derivative works from, distribute, perform, display, reverse engineer, de-compile or dissemble, or in any way exploit, any of the content, software, materials or Service in whole or in part.



**1.3** Users may download or copy the Content and other downloadable items displayed on this Service for personal, noncommercial use only, provided that User maintains all copyright and other notices contained in such Content. Copying or storing of any Content for other than personal,

EXHIBIT 5-12

noncommercial use is expressly prohibited without the prior written permission from the website or the copyright holder identified in the individual Content's proprietary notices including copyright notice. No member shall download and use the photos and writings of others without express written permission of the owner of such property. Any violation of this provision will constitute immediate removal from this website without refund or recourse.

## PROFILES, FORUMS AND DISCUSSIONS

**2.1** User shall not upload to, distribute, or otherwise publish through the website, any Content which is libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive or otherwise violates any law. Please use your best judgment, and be respectful of other individuals using the bulletin boards. Do not use vulgar, abusive, or hateful language. Bulletin boards within the website are provided to give our users an interesting and stimulating forum in which they may express their opinions and share their ideas. Neither the website, nor the management, endorses the opinions placed on these bulletin boards. User acknowledges that any submissions may be edited, removed, modified, published, transmitted and/or displayed. In addition, User warrants that all moral rights in any upload materials have been waived.

**2.2** The Profiles, Forums, Internal Mail, Photo Chat and Video Chat shall be used only in a noncommercial manner. User shall not, without express approval from the webmaster, distribute or otherwise publish any material containing any solicitation of PARTIES, FUNDS, MEMBERSHIPS, WESBSITES, ADVERTISING or any other solicitation for goods or services, competitive or not.

**2.3** The website promotes input from its users. However, by submitting an idea, suggestion, or recommendation, the User waives all right to the idea as intellectual property, and consents to the website utilizing that idea, suggestion, or recommendation without attribution or compensation. It is our utmost desire to provide every possible feature and enhancement you desire. It is your suggestions that have made The Lifestyles Organization® what it is today.

**2.4** While ClubLifestyles.com does not and cannot review every message posted by Users in the Forums and is not

EXHIBIT 5-13

responsible for any content of these messages, the
management reserves the right to delete, move or edit
messages that it, in its sole discretion, deems are in violation
of the law (including trademark and copyright law), or this
User Agreement, or are abusive, defamatory, obscene, or
otherwise unacceptable. Users shall remain solely responsible
for the content of their messages. Every user accepts full
responsibility for any photos and text uploaded to this
website. All submissions are traceable back to the user that
submitted them.

## ACCESS AND AVAILABILITY OF SERVICES AND LINKS

**3.1** ClubLifestyles.com contains links to other World Wide
Web Internet sites, resources, and sponsors. Selection of an
ad banner or link redirects the User to a third party.
Transactions that occur between the User and the Third Party
are strictly between the User and the third party and are not
the responsibility of ClubLifestyles.com. ClubLifestyles.com is
not responsible for the availability of these outside resources
or their contents. User should direct any concerns regarding
any external link to it's site administrator or Webmaster.

**3.2** ClubLifestyles.com permits its Users ONLY to publish links
personal websites that depict the photos and writings of the
user in a manner to expand on the capable space offered in a
ClubLifestyles.com profile listing. Neither ClubLifestyles.com
nor its management check or reviews to content of User-
linked web sites. These links may direct the User to offensive,
obscene, or pornographic material. Use of User links is at the
User's discretion and peril. ClubLifestyles.com is not
responsible for content found on User-linked sites. It is the
responsibility of the User / Website owner to obey all Internet
laws pertaining to content of these linked websites. No
personal website will be allowed to be linked to if the site is
promoting adult websites in any fashion, directly, indirectly or
by affiliate status. Users linking to such websites will be
immediately removed from our system without recourse.

## REPRESENTATIONS AND WARRANTIES

**4.1** User represents, warrants and covenants that:
that no materials of any kind submitted by User or use
thereof, in accordance with the terms and conditions of this
User Agreement, will:

EXHIBIT S-14

(i) violate, plagiarize, or infringe upon the rights of any third party, including copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary right;
(ii) contain libelous or otherwise unlawful material;
(iii) constitute false or misleading indications of origin or statements of facts;
(iv) slander, libel or defame any person or entity;
(v) cause injury of any kind to any person or entity; or
(vi) violate any applicable laws, rules, regulations, or other governmental regulations; and
that User is at least 18 years old. User hereby indemnifies, defends and holds ClubLifestyles.com and all officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all liability and costs incurred by the Indemnified Parties in connection with any claim arising out of any breach by User of the User Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorney's fees. User shall cooperate as fully as reasonably required in the defense of any claim. ClubLifestyles.com reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by User.

**4.2** ClubLifestyles.com neither represents nor endorses the accuracy or reliability of any advice, opinion, statement, or other information, displayed, uploaded, or distributed through the Service by User, information provider or any other person or entity.

*CLUBLIFESTYLES.COM, AND ANY MATERIALS PROVIDED BY CLUBLIFESTYLES.COM OR THIRD PARTIES, ARE PROVIDED "AS IS." CLUBLIFESTYLES.COM MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY, CONDITION, GUARANTY, OR REPRESENTATION, WHETHER ORAL, IN WRITING, OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH THE SERVICE.
CLUBLIFESTYLES.COM SHALL NOT BE RESPONSIBLE TO THE USER OR ANY THIRD PARTIES FOR ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN*

EXHIBIT S-15

*CONNECTION WITH THE USE OF THE SERVICE, THE ACCESS SOFTWARE OR ANY OF THE MATERIALS PROVIDED BY CLUBLIFESTYLES.COM OR THIRD PARTIES THROUGH THE SERVICE, OR ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE OR THE ACCESS SOFTWARE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF CLUBLIFESTYLES.COM HAS ADVERTISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS.*

**4.3** User hereby acknowledges that use of the website is at the User's sole discretion.

### SOFTWARE LICENSES

**5.1** User shall have NO rights to the proprietary software and related documentation enhancements, or modifications thereto, provided to the User to access the website (Access Software). User may not sublicense, assign or transfer any membership right / user rights granted by ClubLifestyles.com, and any attempt at such sublicense, assignment, or transfer is void and the membership will be immediately terminated. User may not copy any software, programming or scripts on the ClubLifestyles.com website for any reason. User may not copy, distribute, modify, reverse engineer, or create derivative works from ClubLifestyles.com Software.

### TERMINATION

**6.1** ClubLifestyles.com may, in its sole discretion, terminate or suspend User's access to all or any part of the Service for any reason, including, but not limited to, breach of the Terms of Service. Termination or suspension does not entitle the User to a refund of subscription monies paid. Termination or suspension will result in the forfeiture of all subscription monies paid. Suspension or termination is at the sole discretion of the Webmaster OR executive Lifestyles Organization staff. Any decision to suspend or terminate is final and non-disputable.

Users will be suspended or terminated for violation of any regulation outlined in this agreement, or any disruption caused to any other member of this website.

EXHIBIT 5-16

ClubLifetsyle.com will not tolerate any disruptive member. In the event of any disruption, all members involved in the dispute will be immediately suspended from use of this site and may result in a full termination of services.

**6.2** Users of ClubLifestyles.com acknowledge that site administrators have the right to terminate use without notice for any User who restricts, inhibits or disrupts access to the website or attempts to alter or improperly access any feature or function of the site. This includes any type of "spider" software designed to rapidly download any portion of this website for storage or off-line viewing. A User's access is limited to the viewing of pages presented on this website by a single use of any username and password combination. Any abuse of distributing the username and password used for entry to this site is grounds for immediate termination and purging of your profile information with warning. Any posting of illegal content or photos not taken by you, or belonging to you may also lead to immediate termination. if the User posts or transmits any illegal content, or harasses or threatens any ClubLifestyles.com User or employee, posts content (including the creation of usernames) that is offensive or otherwise disruptive; creation of multiple accounts, or accounts with false and misleading information; posts unsolicited advertising; or improperly impersonates an employee or other individual.

**6.3 Cancellations -** Due to the high volume of trial accounts, cancelations and deletions by request will only be handled during normal maintenence operations and not by special request. The ClubLifestyles staff will purge all accounts that have been abondoned or requeted purged while doing normal maintenence cleaning operations to the database and not by special request.

## GUIDELINES FOR USE

**7.1** The primary purpose of this website is to enable members with similar interests to communicate with each other by several different medias. ClubLifestyles.com is only the provider of the medias and has no control over the content or accuracy of what is portrayed in these medias. Users can chat with each other, exchange stories or pictures, and even to meet each other in person. Meeting in person should be done with caution and at the sole risk of the User. In this regard,

EXHIBIT 5 -17

this website is much like a national "Personals" section, and the same care that one would exercise when giving information to strangers, or setting up meetings with strangers, must be used here. ClubLifestyles.com will NEVER give information about one User to another Your personal information will only be available to specific staff members. Further, Users are cautioned that giving any information to another User on this website carries with it significant risks. Other advertisers may be perfectly wonderful individuals, or they may not be. There is no reasonable way to determine this in advance of your meeting. In short, if you give any information to anyone, you are taking a significant risk. These risks are greatly increased if you plan to meet other Users face-to-face. Please use caution and common-sense when creating a personal meeting.

**7.2** ClubLifestyles.com offers a "Verified Couple" and "Rated Single" verification system. The verification indicates that the User in question is the couple they say they are ... or rates singles by how they conduct themselves in a swing environment. Members are awarded a "verified Couple" icon when they are verified by our staff members at Lifestyle Conventions, Lifestyle Vacations, Dances, Video Chat with ClubLifestyles.com staff members and other Verified Couples. ClubLifestyle.com management has the sole discretion to determine what constitutes sufficient evidence. Single members can be rated by couples they have been in contact with. The rating shows as a series of stars in a row. It is important to us that our couple members know how other couples feel about the interaction with our single members. However, the verification service is NOT 100% guaranteed. People can get un-significant others to pose with them, or walk up to a ClubLifestyles.com staff member. Management can be tricked. ClubLifestyles.com promises to be as diligent as possible in awarding these verification icons. Use the existence of the verification icon may assume the couple MAY be for real and expand your own due diligence in ascertaining the real truth. One phone call to the wife can generally dispel any myth there may be. Furthermore, the "Verification" only affirms that the User is a member and has made contact with ClubLifestyles.com or Lifestyle Organization staff members with both persons present. There is no proof either one of the applying members are swingers or will participate in any activity or function. The "Verification" does not indicate that this User is safe to contact, meet, or give information to. Use

the same caution when dealing with a "Verified" or "Rated Single" that you would use when dealing with any other User.

## PRIVACY POLICY

**8.1** ClubLifestyles.com takes every precaution to protect your privacy. Only authorized employees have access to your username, password and credit card information, and ClubLifestyles.com has strict rules on its employees who have access either to the databases that store user information or to the servers that host our services. While we cannot guarantee that loss, misuse or alteration to data will not occur, we make every effort to prevent such unfortunate occurrences. Your credit card number is encrypted when accepted on our secure processing page. Unlike other websites that "hand-off" transactions to third party processors, your credit card information NEVER leaves our facility by the Internet, encrypted or not. Your information is processed directly to the bank from our own credit card processing servers by special protected connections to the bank processing centers. No other lifestyle website offers such protection. Your information is VERY secure! However, if you are in doubt, ClubLifestyles.com will accept your cardholder information over the phone and process the transaction manually. ClubLifestyles.com will not give information of any kind about a User to anyone. Users should take care to protect their username and password. Exit from your web browser after every use. Chose a username and password that only you know, or can guess.

## MISCELLANEOUS

**9.1** This User Agreement has been made in and shall be construed and enforced in accordance with California law. Any action to enforce this agreement shall be brought in the federal or state court located in California.

**9.2** Official correspondence must be sent via certified postal mail to:

**The Lifestyles Organization®**
**ClubLifestyles Division**
**2641 W. La Palma Ave Suite F**

EXHIBIT 5-19

**Anaheim, CA 92801**

© 2008 ClubLifestyle.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | 2257 | Tell-A-Friend | ClubLifestyle Rules

EXHIBIT S-20

# EXHIBIT 6




*Stimulating Cream for Women*

**DVD | TOYS | MAGS | FREE GIFTS**
Product Search

HOME | CONTACT US | HELP

**All Types**
[GO]

[ORDER REVIEW] ➤ ACCOUNT INFO ➤ SHIP METHOD ➤ PAYMENT ➤ CONFIRMATION

advanced search
search help

DVD Video
NEW RELEASES
HOT DEALS!
BLU-RAY DVD
HD DVD
BEST SELLERS
STUDIOS
PORNSTAR LIST

**Sex Toys**
NEW RELEASES
HOT DEALS!
BEST SELLERS
MANUFACTURER

GIFT
CERTIFICATES

SEARCH GIFT
REGISTRIES

Email Newsletter
My Interests:
☑ Hetero
☑ All Male
☑ Sex Toys
☑ Interracial
☑ Fetish
☑ Transsexual

email address

[Submit]

Privacy Policy

### YOUR SHOPPING CART                                           HELP

| eCode | Product Name | Type | Price | Qty | Wish List | Ext |
|-------|--------------|------|-------|-----|-----------|-----|
| 9023543N | Pjur® Eros Bodyglide Light Love 100ml | TOY | $23.99 | 1  UPDATE REMOVE | MOVE TO | $23.99 |

**View Wish List**

Subtotal: $23.99

*Items in red are NOT currently In Stock and will require separate shipping charges

Discounts: -$0.00

Total: $23.99



[Continue Checkout ➤]

[Continue Shopping ➤]

**We recommend these similar items:**

| TOYS: | TOYS: | TOYS: | TOYS: |
|-------|-------|-------|-------|

Naturals™ Silky Supreme Glycerin Free - Premium
14.99

System JO Personal 8 oz. Lubricant
44.99

ID® Velvet Silicone Lube 1 oz.
13.99

Climax® H2O Lube 6 oz
13.99

**Customer Satisfaction Guaranteed**

**RETURN POLICY**
DVDs are NON-RETURNABLE unless they have a manufacturer defect.
Sex Toys are NON-RETURNABLE unless they have a manufacturer defect.
Videos are NON-RETURNABLE unless they have a manufacturer defect.
READ THE FULL RETURN POLICY BEFORE ORDERING.

CLICK HERE TO MAKE A RETURN

**SHIPPING ASSURANCE**
Your order will be shipped discreetly from our fulfillment center in plain, discreet containers.
Choose USPS Priority Mail as your shipping method and your package is shipped in USPS packaging.
Choose UPS as your shipping method and your package is shipped in brown cardboard packaging.
Our packaging NEVER contains our company brand name or logos.
Track your order online here.
more details...

**PAYMENT OPTIONS**

Checks & Money Orders accepted as payment methods via US Mail AFTER filling out the order form online.
Proceed with online checkout and choose Pay by Mail on the last page of the checkout process.
Phone & Fax Orders accepted as payment methods AFTER filling out the order form online. Proceed with

EXHIBIT 6 - 21

online checkout and choose Pay by Phone or Fax on the last page of the checkout process.
more details...

   

Credit Card processing provided by Right Connection.
We guarantee that every transaction you make will be safe.
You will never receive unauthorized charges to your credit card as a result of choosing
Right Connection's secure online payment processing as your payment method.



HOME | DVD | TOYS | MAGS | VIEW CART | MY ACCOUNT |
CONTACT US | TERMS | PRIVACY | §2257 | WEBMASTERS | HELP
SUPERSTORE | STRAIGHT STORE | GAY STORE | INTERRACIAL STORE | FETISH STORE | TRANNY STORE | SEX TOY
STORE

Copyright 2002-2006 © by Galaxy Internet Group. All rights reserved.

EXHIBIT 6-22

## CLUBLIFESTYLE CONTACT US

Hello ... we want to hear from you! Your comments and questions are very important to us. If you have any questions on how to use features, report problems, or make suggestions you feel would make this website work better for you, please use the CONTACT WEBMASTER form on this page.

 **Webmaster@ClubLifestyle.com**
(Use the form below)

 **Club Lifestyles**
**(888) 821-1235**

**Info@ClubLifestyle.com**
(General Information)

**Sales@ClubLifestyle.com**
(Advertising Information)

**Events@ClubLifestyle.com**
(to report special events)

### CONTACT CLUBLIFESTYLE WEBMASTER
#### USE THE FORM BELOW FOR
**Technical Questions - Website Access Problems - Abusive Members - Questions**

Please use this form for all comminications with the webmaster. This form presents to us very important information we need to help solve your problems. AOL'ers... when answering our responses, highlight our e-mail BEFORE hitting your reply to include all of the prior messages!

**Name:** [_____] Your real name.
(required field)

**Username:** [_____] The Username you log-on with.
(required field)

**Password:** [_____] The password you log-on with.

**E-mail Address:** [_____] Get this right or you will not get an answer!
(required field)

Please describe your problem or question in detail:
(required field)

[                    ]

Remember... we need to know exactly what you see to help you!

[ Submit ] [ Clear Form ]






© 2008 ClubLifestyle.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | 2257 | Tell-A-Friend | ClubLifestyle Rules

EXHIBIT 6-23



HOME | SHOPPING | LOGIN | NEW MEMBERS

**CLUBLIFESTYLE SEXY SHOPPING**

**LIFESTYLES LOGO SHOP**

**SHOPPING SITES**
- Lifestyles Logo Shop
- Sex Super Store
- Download Adult Video
- Lollipop Lingerie
- Fatal Woman Clothing

**FEATURED TOYS**
- Rockin Robin
- Wascally Rabbit
- Kama Sutra Kit
- Anal-Ese Red Box
- Dynamic Trio Motion Lotion
- RealSkin Double Dong
- Double Climax Enhancer
- Powered Over N Under
- Eros Bodyglide Light Love
- Impulse Technoflex
- Max Desire For Women
- Tasty Body Paint
- Before & After Toy Cleaner



TO: LIFESTYLES

CONTACT US

SHIRTS | BATHROBES | TOPS & BOTTOMS | JACKETS | FUN THINGS | SHOPPING CART

At the Lifestyles Logo Shop you can get new and exciting "Play Wear", including Shirts, Bathrobes, Sexy Tops, Jackets and other fun things.

Going on an exciting Lifestyle Tours and Travel or Adult Travel Store vacation? Great ...now arm yourself with some fun clothing items to take along on your journey. Our new "PlayWear" will make you look great and identify you as being with the Lifestyle Party Couple!

Lifestyles Logo Shop

© 2008 ClubLifestyle.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | 2257 | Tell-A-Friend | ClubLifestyle Rules

EXHIBIT 6-24



<< BACK  1  2  3  4  5  6  7  8  9  10  NEXT >>



# WELCOME
### CLUBLIFESTYLES.COM

**Welcome to the NEW ClubLifeStyles.com!**
Finally, couples have every resource they need on a
single website ... and it's FREE* The Internet
community progresses by making changes for the
better. We think you will find the new **Club Lifestyles**
website everything you have ever desired in meeting
new erotic friends and staying abreast of all the fun
events, conventions, vacations and parties this
lifestyle has to offer. Club Lifestyles will be your single
source for everything Lifestyle!

:: **Close Window** :: **Join Now!** ::

...© 2002-2006 The Lifestyles Organization. All rights reserved.

EXHIBIT 6-25



## CLUBLIFESTYLE SEXY SHOPPING

### SHOPPING SITES

Lifestyles Logo Shop

Sex Super Store

Download Adult Video

Lollipop Lingerie

Fatal Woman Clothing

### FEATURED TOYS

Rockin Robin

Wascally Rabbit

Kama Sutra Kit

Anal-Ese Red Box

Dynamic Trio Motion Lotion

RealSkin Double Dong

Double Climax Enhancer

Powered Over N Under

Eros Bodyglide Light Love

Impulse Technoflex

Max Desire For Women

Tasty Body Paint

Before & After Toy Cleaner

### DVD QUALITY VIDEO DOWNLOADED TO YOUR COMPUTER



**Thousands of Adult Movie Clips**



© 2008 ClubLifestyle.com. All rights reserved.

Add To Favorites | Contact Us | Site Map | 2257 | Tell-A-Friend | ClubLifestyle Rules

EXHIBIT 6-26

# EXHIBIT 7

## Paul S. Murray

**From:**    John Ashbaugh [john@wcpci.com]
**Sent:**    Friday, March 07, 2008 1:58 PM
**To:**      Paul S. Murray
**Subject:** RE: web site info

Here is the current registration information. It seems that it's the same owner for the entire process. Archive.org crawls websites and takes periodic snapshots. The first snapshot for this site isn't until 02-09-03. There are some interesting things on the snapshots. Below are a couple.

It looks like there were redirecting to www.clublifestyles.com until the end of March 2004

http://web.archive.org/web/20040330085705/www.clublifestyles.com/

they then switched over to their site.
http://web.archive.org/web/20040524231316/http://clublifestyle.com/
http://web.archive.org/web/20040603184910/clublifestyle.com/index.cfm?
fuseaction=browse&id=1755&pageid=26

Here's a reference to the real clublifestyles.com website.
http://web.archive.org/web/20060420212848/http://clublifestyle.com/

switched from
http://web.archive.org/web/20070110051924/http://www.clublifestyle.com/

to this in February 2007
http://web.archive.org/web/20070202223559rn_1/www.clublifestyle.com/home.php

Snapshot link
http://web.archive.org/web/*/http://www.clublifestyle.com

Most recent snapshot 8/23/2007

Registrant:
  Club Lifestyle
  3585 Palo Verde Blvd S
  Lake Havasu City, Arizona 86404
  United States

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: CLUBLIFESTYLE.COM
    Created on: 29-Dec-02
    Expires on: 29-Dec-08
    Last Updated on: 29-Dec-07

  Administrative Contact:
    Wilson, Don  webmaster@clublifestyle.com
    Club Lifestyle
    3585 Palo Verde Blvd S
    Lake Havasu City, Arizona 86404
    United States

3/7/2008

EXHIBIT 7-27

9285054289    Fax --

Technical Contact:
    Wilson, Don  webmaster@clublifestyle.com
    Club Lifestyle
    3585 Palo Verde Blvd S
    Lake Havasu City, Arizona 86404
    United States
    9285054289    Fax --

**From:** Paul S. Murray [mailto:pmurray@murrayandsabban.com]
**Sent:** Friday, March 07, 2008 1:18 PM
**To:** John Ashbaugh
**Subject:** web site info

www.clublifestyle.com



**John Ashbaugh**
*West Coast Property Consultants*
Director of Information Services
8801 Kenamar Dr
San Diego CA 92121

 858.547.WCPC           858.547.9377

 858.663.4627           john@wcpci.com

**Our mission is to help the nation's best builders deliver America's dream home. WCPC's outstanding and knowledgeable staff delivers accurate, timely inspection information utilizing the latest technology.**

This email and any files transmitted with it are confidential and intended solely for the use of the intended recipient (s). If you receive this email in error please notify helpdesk@wcpci.com. If you are not the intended recipient you are notified that disclosing or taking any action in reliance on the contents of this information is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

EXHIBIT 7-28

# EXHIBIT 8



This site is in DEMO MODE. Click Here for Pricing or to Activate Your Site.
*This message will automatically disappear upon activating your site.*
Thank you.

Home     Contact Us     About Us     Vacation Destinations

Tuesday January 09. 2007     E-mail Reminder     Join E-mail

**Are you looking for CLUBLIFESTYLES.COM??**
CLICK HERE FOR CLS

**Welcome to the Club Lifestyle web site.** We have developed this web site to bring you closer to our fun vacation packages.

**Above you will see links to our vacation packages.** We will be adding more each month until we are sure your LIFESTYLE is enhanced with nothing but FUN-FUN-FUN. If you don't find what you're looking for please check back often.

**If you require immediate attention** you can send us an email at info@ClubLifestyle.com or give us a call at 866-640-4358, or use our super quick online form .

We invite you to read what other satisfied customers have had to say about us on our testimonials page or visit the web sites we suggest, with links to our suppliers, distributors, customers or friends on our links page.

Home
E-mail Reminder
Join E-mail
Contact Us
About Us
Vacation Destinations

Club Lifestyle
866-640-4358
ddw3@opp.net

EXHIBIT 8-29



**Club Lifestyle** is all about finding fun vacations, and helping you SWAP YOUR VACATION - TIMESHARE DESTINATIONS for our unique destinations. So you bought a boring time share condo and now want some adventure in your **LIFESTYLE.**

**Go back to work feeling like you are part of the world!** Bring you back to work with a better feeling about yourself. We are NOT your everyday vacation agent ... we specialize in finding the fun adventures the other companies have yet to hear about.

**The Club Lifestyle motto is: the customer is #1.** We're here to assist you with any aspect of your vacation experience. If any questions arise as you surf through our site, you may call us at 866-640-4358.

We are currently based in the Las Vegas area of beautiful NV and we really do appreciate your business!

**Call our CLUB LIFESTYLE agents and find out what we can do for you!**

Club Lifestyle
866-640-4358
ddw3@opp.net

EXHIBIT 8-30

California Secretary of State - California Business Search - Corporation Search Results

# California Business Portal

## Corporations

This information is current as of JUL 25, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
| --- |
| DIGITAL COMPUTER DESIGN INCORPORATED |
| Number: C2287724 | Date Filed: 5/1/2002 | Status: active |
| Jurisdiction: California |

| Address |
| --- |
| 7660 APPLING DR STE D |
| SAN DIEGO, CA 92126 |

| Agent for Service of Process |
| --- |
| JAMES MURRAY |
| 9925 47TH AVE |
| SAN DIEGO, CA 92126 |

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT 9

EXHIBIT 9-31