**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No.:  3:08-cv-00329 H (LSP)<br>Judge:  Hon. Marilyn L. Huff<br>Courtroom 13<br><br>**DECLARATION OF PAUL S. MURRAY, ESQ. IN SUPPORT OF LSO LTD.'S OPPOSITION TO DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE MARCH 17, 2008 HEARING ON TEMPORARY RESTRAINING ORDER, WRIT OF POSSESSION AND MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF PAUL S. MURRAY, ESQ.

I, Paul S. Murray, declare:

1.     I am a Partner with the law firm of Defendant Murray & Sabban, LLP counsel for the Plaintiff LSO LTD ("LSO"). I am admitted to practice before all courts of the State of California and the United States District Court for the Southern, Central and Northern Districts of California I have personal knowledge of the facts contained herein, except for those stated to be based upon information, and as to those facts I believe them to be true.  If called to testify, I could and would testify truthfully to the facts contained herein.

2.     On February 21, 2008, I personally caused to be filed LSO's Complaint, request for Writ of Possession, and Combined Motion for Temporary Restraining Order and Preliminary Injunction, with corresponding supporting documents.  Thereafter, at about 9:30 I walked to

1. Department 9 to request a hearing on LSO's *ex parte* application.  Thereafter, after being informed that Judge Burns had a conflict with Defendants' potential attorney Mr. Mark Osman, the file was transferred to Department 13.

3. On February 29, 2008 I received an email from DONALD HUGHES ("HUGHES") a true and correct copy of which is attached as **Exhibit 2** to the Opposition papers.  I offered in that email to arrange to have the papers filed by LSO on February 21 delivered to him, however I did not receive a reply to my email.

4. I never told HUGHES or any agent for him or RIGHT CONNECTION INC. ("RCI") any particular facts regarding the lawsuit, the basis for request for injunctive relief, or issues regarding LSO's computer servers.

5. On March 7, 2008, I visited Defendants' website www.clublifestyle.com and discovered that the one link identified in the Complaint and Combined Motion as containing a picture of a woman with a superimposed Lifestyles trademark over it was now a dead link.

6. Also on March 7, 2008 I attempted to click on various links on the www.clublifestyle.com website.  I discovered that the website is active and the links take the browser to other websites affiliated with Defendants or their www.clublifestyle.com website.  Attached as **Exhibit 6** are true and correct copies of webpages that I printed during the course of my browsing Defedants' website.

7. Clublifestyle.com is registered to Defendants.  I received a cut and paste of registration information regarding that website in an email dated March 7, 2008.  The information therein identifies Defendants as the registrant.

8. On February 28, 2008, and thereafter on March 7, 2008 I printed from the www.clublifestyle.com website "rules" attached as **Exhibits 4** and **5** to the accompanying Opposition.

9. Also, on March 7, 2008 I discovered archived webpages that are associated with Defendants, attached to the Opposition as **Exhibit 8**.  I am informed that my associate attorney Anahita Nahavandian telephoned the number listed on the webpages and was connected to the travel reservation office of RCI.

DECLARATION OF PAUL S. MURRAY IN SUPPORT OF THE OPPOSITION;        Case No.3-08-CV-00329 H LSP:

10. I affirmatively state that the reference to my wife in the Opposition papers is incorrect. I believe that Counsel for Defendants is referring to a business relationship that LSO had at one time with a company called Digital Computer Design, Inc. ("DCD"). I was the attorney for DCD. Attached as **Exhibit 9** to the Opposition is a copy of the information for DCD contained on the California Secretary of State's Business Portal website.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 7th day of March 2008 at Solana Beach, CA

/S/ *Paul S. Murray*

Paul S. Murray, Esq.