**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No.:  3:08-cv-00329 H (LSP)<br>Judge:  Hon. Marilyn L. Huff<br>Courtroom 13<br><br>**DECLARATION OF ANAHITA NAHAVANDIAN, ESQ. IN SUPPORT OF LSO LTD.'S OPPOSITION TO DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE MARCH 17, 2008 HEARING ON TEMPORARY RESTRAINING ORDER, WRIT OF POSSESSION AND MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF ANAHITA NAHAVANDIAN, ESQ.

I, Anahita Nahvandian, declare:

1.   I am a Associate with the law firm of Defendant Murray & Sabban, LLP counsel for the Plaintiff LSO LTD ("LSO") I am admitted to practice before all courts of the State of California and the United States District Court for the Southern District of California I have personal knowledge of the facts contained herein, except for those stated to be based upon information, and as to those facts I believe them to be true.  If called to testify, I could and would testify truthfully to the facts contained herein.

2.    On February 21, 2008, I spoke to Attorney Mark Osman who asked me for copies of the documents filed by Paul Murray related to this matter.  I replied that unless he was willing to

**1 of 2**

DECLARATION OF ANAHITA NAHAVANDIAN IN SUPPORT OF THE OPPOSITION;        Case No.3-08-CV-00329 H LSP:

1  accept service then we could not provide them to him because our firm and client were
2  concerned of the possibility that Defendants would use the information contained in the papers
3  to destroy or tamper with evidence.
4  3.    On March 7, 2008, I saw Mr. Paul Murray download and print webpages from a website
5  that archives webpages.  These webpages are attached as **Exhibit 8**.  I telephoned the number
6  listed on the pages and the gentleman answering the line stated "Reservations", and upon my
7  inquiry as to what business I had called, he replied "Right Connection".

     I declare under penalty of perjury of the laws of the State of California that the
foregoing is true and correct and that this declaration was executed this 7th day of March 2008
at Solana Beach, CA

          /S/ *Anahita Nahavandian*
          Anahita Nahavandian, Esq.