**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No.:  3:08-cv-00329 H (LSP)<br>Judge:  Hon. Marilyn L. Huff<br>Courtroom 13<br><br>**DECLARATION OF DARWIN L. BUSTARDE, ESQ. IN SUPPORT OF LSO LTD.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE MARCH 17, 2008 HEARING ON TEMPORARY RESTRAINING ORDER, WRIT OF POSSESSION AND MOTION FOR PRELIMINARY INJUNCTION** |

### DECLARATION OF DARWIN L. BUSTARDE, ESQ.

I, Darwin L. Bustarde, declare:

1.     I am an Associate Attorney with the law firm of Defendant Murray & Sabban, LLP counsel for the Plaintiff LSO LTD ("LSO") I am admitted to practice before all courts of the State of California and the United States District Court for the Southern District of California I have personal knowledge of the facts contained herein, except for those stated to be based upon information, and as to those facts I believe them to be true.  If called to testify, I could and would testify truthfully to the facts contained herein.

2.      I specifically told HUGHES that the matter regarded allegations that Defendants were infringing on LSO's trademarks, among other things.  HUGHES was notified that Counsel for

**1 of 2**

1. LSO would file the case initiating papers between 9:00 a.m. to 9:30 a.m., and that thereafter Counsel would proceed directly to the assigned Courtroom to request a TRO pending a hearing on the requested preliminary injunction.

2. At about 9:20 a.m. on the 21st, Attorney Mark Osman of the Osman law firm telephoned me. Mr. Osman stated that he was at the Federal Courthouse and was looking for the Courtroom where the TRO was being heard. I informed Mr. Osman that Mr. Murray was at Department 9. Mr. Osman inquired of the specifics of the lawsuit and was informed that he could obtain copies of the Complaint and Combined Motion from Mr. Murray at the Courthouse.

3. At no time did anyone to my knowledge inform DONALD HUGHES or any agent of RIGHT CONNECTION INC. ("RCI") that the lawsuit concerned computer servers of LSO.

4. Every attached Exhibit to the Opposition papers are true and correct copies of originals or downloads from websites. The source of each webpage print off is specified at the bottom left corner of each document printed off the web.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 7th day of March 2008 at Solana Beach, CA

/S/ *Darwin L. Bustarde*
Darwin L. Bustarde, Esq.