# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD., a California corporation,<br><br>                             Plaintiff,<br>  vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>                             Defendants. | CASE NO. 08-CV-0329 H (LSP)<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE MARCH 17, 2008 HEARING**<br><br>[Doc. No. 11.] |

      On February 21, 2008, Plaintiff LSO, Ltd. ("LSO"), a California corporation, filed a complaint against defendants Donald D. Hughes and Right Connection, Inc. Plaintiff filed concurrently an ex parte motion for a temporary restraining order ("TRO") and preliminary injunction, as well as an ex parte application for a writ of possession pursuant to Cal. Code Civ. Proc. § 512.010 et seq. The Court issued a scheduling order directing briefing and setting a hearing on Plaintiff's motion for a TRO and application for a writ of possession for March 17, 2008. (Doc. No. 2.)

      On March 6, 2008, defendants, appearing specially, filed an ex parte application to continue the March 17, 2008 hearing. (Doc. No. 11.) LSO opposes defendants' application. (Doc. No. 12.)

1     The Court denies defendants' application. The Court grants defendants until
2 March 12, 2008 at 5:00 p.m. to file responses in opposition to Plaintiff's motion for a
3 TRO and Plaintiff's application for a writ of possession. Plaintiff may file a reply on
4 or before Friday, March 14, 2008 at 12:00 p.m. The hearing set for March 17, 2008
5 shall remain in place.
6 IT IS SO ORDERED.
7 DATED: March 10, 2008
8
9                                        MARILYN L. HUFF, District Judge
                                       UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28