Exhibit 10

February 24, 2008

To whom it may concern,
Regarding the association of Lifestyles and Right Connection

My name is David Valentiner. I worked for Lifestyles Organization / LSO, Ltd. (Lifestyles) and Robert McGinley for approximately 15 years as either a consultant and/or an employee. I was in charge of the development and maintenance of the Lifestyles websites and most of the printed advertising of Lifestyles. I was considered the WEBMASTER for Lifestyles and all Webmaster mail was answered by me personally. I also developed most of the printed materials and advertising for Lifestyles and was part of the management team for Lifestyle Conventions for more than 10 years.

As technical liaison for the Lifestyles companies, I met and connected Right Connection of Las Vegas, Nevada with Robert McGinley to help with building a new and more exciting version of the personals meeting site, Clublifestyles. I saw the success Right Connection had in creating and promoting personals and travel sales websites and wanted to enlist their help with Lifestyles. Robert McGinley asked for my help in brokering this deal with Right Connections as he had previously made promises to them and changed his mind, awarding the business to Barbara Murray's (wife of his attorney Paul Murray) programming business. Robert was concerned Right Connection would not do business with him after he backed out on a prior deal with them that reportedly cost Right Connection thousands of dollars. They simply did not want to do business with him. I convinced Right Connection that with Dixie Kinnee the new CEO/CFO of Lifestyles that things would be different this time as Dixie was running the company.

Right Connection ultimately contracted with Lifestyles to build a new website. I believe the contract called for Right Connection to own all of the programming and artwork/designs and Lifestyles would own the customer profiles. My understanding is that this is customary in internet programming and site building and has been my experience with several companies. Right Connection would maintain the control for the domain names as they were at risk because the credit card processing was using the Right Connections merchant account. This new website was built and launched in February of 2003.

Included in the design of the website were places for advertising banners. With some control over the front pages of the site, and by request of Robert McGinley and Bruce Kinnee (at the time with no official title but an advisor to and employee of Lifestyles) advertisements for Lifestyles Conventions and other events were included in these advertising sections. These advertisements included trademarks owned by Lifestyles. In some cases an affiliate program was used to track the sales so Right Connections and Lifestyles could split the profit made from the sales. My understanding was the total split of the money generated by ClubLifestyles, including the commissions from travel was to be Right Connection's payment for operating the website(s).

All went well with the site as Right Connection performed perfectly and rolled out an amazing personals profile website with many features. The website was promoted by Bruce and me on all Lifestyle printed matter and mailings. Lifestyles was obviously proud of this website and even played the opening video created by Right Connections at their conventions.

There was always a strong suggestion to Robert McGinley and Bruce Kinnee to use the Clublifestyles website as "portal" for all of the facets of the Lifestyles Organization. This was the intention (of Dixie, Bruce and me) from the very beginning. Lifestyles knew their best source of income would be from their travel groups and not from the monthly membership sales of the website. The personals website was more of a vehicle for Lifestyles to sell travel to the captive audience of the website. With this in mind in Dec 2002, the name Clublifestyle was also saved so we would have flexibility to portal on one site and present profiles on the name. Robert vetoed the idea of using it as a portal until after removing

To: Don Hughes   Page 3 of 6                    2008-02-25 02:40:49 (GMT)                    18184747557   From: David Valentiner
Case 3:08-cv-00329-H-LSP   Document 15-3   Filed 03/12/2008   Page 2 of 5

E 10

operation from the control of Right Connection. At the end of January 2007 our marching orders (Bruce and David) were to make the new Cliblifestyle.com a master portal.

Lifestyles, in the summer of 2005, asked Right Connection if they could move all of their websites to the hosting services of Right Connection. Lifestyles purchased two rack-mounted servers and placed them with Right Connections so I could build and place web pages there. This was done and all services were as requested with Right Connection providing many extra services that were not even billed to Lifestyles. The ClubLifestyle/Clublifestyles website and the TripCash Affiliate program were never operated from the Lifestyles servers.

Another part of the free extra services Right Connection provided was helping Bruce clean up new submissions to his e-mail lists as they gathered it. Many customers entered addresses wrong and/or put in incorrect characters that would cause problems for the spam mail system Bruce was using so Jim created a "debugging" script for Bruce to correct mistakes in the e-mail address presentation and back-up the corrections. This was not some hidden cookie that was collecting e-mail addresses of Lifestyles for Right Connection. Bruce was fully aware of all this at the time. I do not know if he told Robert. Even if he had, Robert 'conveniently' forgot so many things, denying certain actions, verbal agreements and the like ever took place. This became so bad that at Bruce's direction in early 2007, I started a data base where discussions with Robert could be recapped for Robert and Dixie and Bruce. All aspects of the program were complete except the reporting module. The database project stalled and died when Robert didn't use it.

Right Connection also came up with the idea to build an advanced affiliate program to use for travel. There are thousands of affiliate programs out there but Right Connection had a plan to make a better one that offered more features and accurate tracking. Lifestyles liked the idea and paid Right Connection to get this program developed and deployed. Lifestyles named this program with my assistance "TripCash" and the "Adult Travel Store." They did just that and the program was up and running on schedule (adjusted for lack of input from Lifestyles personnel in debugging the site). Even though this was the concept and idea of Right Connection, Lifestyles enjoyed many sales with the program.

The program never gained full acceptance, initially because Lifestyles would not include their groups. Some large clubs eventually became frustrated and stopped promoting the program, and subsequently - at least partially due to several large swinger type websites pulling out over what they called Lifestyle's lack of payment of commissions. (I was not authorized to access those records but did discuss the issues with Bruce who assured me they were taken care of. Club comments subsequent to those discussions indicated otherwise.) I was also aware of Right Connection's repeated requests for commissions and Lifestyle's comments that all of the requests were for Lifestyles customers. At the time I know many of those bookings were done on weekends and afterhours when Lifestyles offices were closed. On more occasions than I can count, I tried unsuccessfully to get Lifestyles to use Live help and monitor the requests evenings and weekends because I saw that was the major source of Right Connection's successes. All of my attempts to get this done were ignored or at best received lip service.

I was also aware that while Lifestyles wanted a program that allowed for the affiliate who actually got the booking (with credit card data) they didn't want it to apply if the customer had ever traveled with Lifestyles previously. For any previous Lifestyles customer, their business belonged to Lifestyles... unless of course if the booking came through agent DennyP and then it was credited to him. I tried unsuccessfully for years to get Lifestyles to implement in-house tracking so customers calling in could be tracked (to include the affiliate, Google Ad word, etc). This was never done, allowing for a complete break-down in the affiliate commission tracking and contributing to the common notion that Lifestyles didn't pay commissions to their affiliates. In their defense, most Lifestyles employees – because there

was no tracking system – never knew where these bookings came from. Robert and Jan (and Dixie) never addressed the problem.

The ClubLifestyles website operated for several years until the membership started to decline from many couples moving to other competitive websites such as LL and SDC. Right Connection developed the first swing lifestyle personals website in 1994 called International Couples Network. This is how I met Right Connection when they were an exhibitor at Lifestyles conventions with their own booth selling personals and travel, and subsequently with Connection Online selling personals and travel.

In late 2005 Right Connection suggested to Lifestyles CEO/CFO Dixie Kinnee and her husband Bruce Kinnee that because of the lack of monthly membership sales, the website be converted to a free-to-customer website instead of charging a monthly fee so they could attract more couples and promote heavily the travel offered by Lifestyles Tours and Travel. Bruce, Dixie and I agreed this was a good idea and had the website converted to the Internet's very first "Totally Free" Swing Personals Website. Robert was made aware of Dixie's decision at the time (according to Dixie). This was advertised as free at all conventions and all mailings and printed matter I created in relation to Clublifestyles (so Robert had to be aware of it).

Bruce, Dixie, Robert and I all knew that at end of one year, December 2006, the agreement would be re-negotiated. Right Connection made it clear that if they were not profiting from the affiliate sales through the website that Lifestyles would have a series of options. They could not afford to operate the site for free with Lifestyles deriving all the benefits. Their offer included: (1) Lifestyles would take over the running of the site (not really an option because we had no one on staff with programming capabilities to handle); (2) Lifestyles would pay Right Connection a service fee for maintaining and operating the website for them or (3) they could return to a monthly membership pay site with a 50/50 split of the income. Another option (4) was that they (Lifestyles) could shut it down and opt out of any contract with Right Connection that ran through December 2007.

During the Lifestyles Convention at the Stardust (July 19-22, 2006) a meeting with Right Connection, Bruce, Robert (Dixie for a short while) and me, these options were offered to Robert but no decision was reached. Subsequently, multiple emails were sent and phone calls made in September, October and November 2006 reminding all of us that as of December 31, 2006 the one year agreement between Right Connection and Lifestyles to maintain the site as a free personal site was ending. Numerous phone conversations with Bruce served as reminders. Ultimately, a meeting was finally scheduled and held on December 5, 2006 at the Co-location hosting company (where Right Connection maintains some servers) in San Diego. The meeting was attended by Robert, Bruce and David driving down from Orange County and Don and Jim.

Right Connection once again offered the choice of options (the exact same slate as was originally offered in July). Bruce was apparently successful in negotiating a deal but Robert (after early agreement) abruptly ended the meeting and walked out.

Lifestyles claimed (later) that they would not or could not afford to pay Right Connection to operate the free site for them. Right Connection sent email after email asking to discuss this matter, but Lifestyles through Robert McGinley, evidentially decided to convert the website back to the original pay-site business model. We all tried to talk him out of doing this, but he would not listen.

Two months after the deadline, Right Connection converted the website (at Robert's command) back to the original pay-site business model and they no longer wanted Lifestyles as a webhosting customer either. Right Connection converted the site back to a pay-site business model and removed all of the extended expiration dates created to make the site free. The ClubLifestyle/Clublifestyles web sites were never "taken down," they were just converted back to the pay version and all free time removed BUT

To: Don Hughes Page 5 of 6  2008-02-25 02:40:49 (GMT)  18184747557 From: David Valentiner
Case 3:08-cv-00329-H-LSP   Document 15-3   Filed 03/12/2008   Page 4 of 5

E-10

Robert refused to allow the use of his merchant account for depositing the monthly membership fees so no one could join and access the site. Had Robert provided the necessary credit card merchant account data, I am sure that Right Connection would have activated it and let Lifestyles suffer the wrath of the members and the charge backs.

Right Connection sent many e-mails to me, Robert, Bruce and Dixie, informing them they needed a credit card merchant account ID number to now process the pay-version on ClubLifestyles. Lifestyles was supposed to provide this credit card account in regards to the agreement they had with Right Connection. This is the only thing that prevented the members of Clublifestyles from using the website as it was active and running. Lifestyles refused to provide the credit card account because they knew the customers were promised they could have the site for free and now they were to be charged for the service. Bruce admitted to me that Lifestyles was afraid the customers would create charge reversals and would so they did not provide the account to Right Connection as requested.

At this point, even though Lifestyles was a $1000 per month hosting customer, Right Connection asked Lifestyles to please take their hosting / collocation business to another company. That is how seriously they were tired of the problems of working with Lifestyles. Right Connection provided Lifestyles 30 days to move their equipment and websites. Lifestyles immediately reacted and I was ordered to make all of the necessary moves with Bruce Kinnee. In my opinion, Lifestyles had no concept of all of the free work and services they received from Right Connection, including, DNS, Managed Services and free credit card gateway services. There was so much technical help this company provided for us that Robert just never knew about. It was a real mistake separating business from them.

Repeat: The Clublifestyles/Clublifestyle websites were never "taken down" by Right Connection! Actually what remains of this now totally non-functional site is still online today at Clublifestyle.com and showing all of the contact information and copyrights to Lifestyles in Anaheim. I believe Right Connection was obligated to keep this website online until December 16, 2007 Actually it was Lifestyles that moved the domain name Clublifestyles.com from the control of Right Connection to the new servers we established so Lifestyles could open a new website. My understanding was that the intention here was to open the new website outside of the Right Connection agreement currently in force at the time.

After Lifestyles moved the ClubLifestyles domain, Right Connection even provided a very simple – less than one page agreement – for Robert to sign authorizing the shutting down of the site and in return for the signed agreement agreed to transfer the www.ClubLifestyle.com name to Lifestyles. Robert simply refused to sign the agreement even though Bruce and I both counseled him to do so. RightConnection then kept the 'non-functional' site live to remain in compliance with their agreement – even though they felt Lifestyles had already breached and voided the agreement.

In my opinion, Right Connection performed perfectly and gave Lifestyles every chance in the world to work peacefully together. Most of the time when Robert and Don Hughes were together it was business, business, business. I believe that it was only when certain people within the Lifestyles company were pushing Robert about Right Connection being a competitor and a vendor did the problems arise.

Robert knew from the very beginning Don Hughes and Right Connection were engaged in the very same travel business as he was. Robert knew very well Don Hughes and Right Connection were creating and operating personals websites for themselves and other clients like ConnectionOnLine. (In fact, Patty Thomas from ConnectionOnLine was the major referral.)

Robert also knew that Right Connection was selling adult travel and funneling the sales through a competitor company (Castaways Travel). It was actually part of the deal of doing business together for

Clublifestyles that Right Connection agreed to funnel all of its travel business through Lifestyles instead of Castaways and Lifestyles would now be paying the commissions for the sales. It was like pulling teeth for Right Connection to get paid commissions. Many people inside Lifestyles felt Right Connection was not entitled to commissions because they were helping with the Clublifestyles website. I believe that Don Hughes and Right Connections tried for years to get Lifestyles to pay commissions promptly. Finally, they decided to open their own Travel Agency so they were not dependant on anyone else to collect the commissions they had earned.

Any use of Lifestyles trademarks in banner advertisements, column ads and printed matter were created by me and authorized by Lifestyles for sales of their goods and services. I made ads for Conventions, ClubLifestyles, Videos Sales and The TripCash Affiliate Program. The Clublifestyles issue and use of artwork and names is, from I am told, addressed in the contract Lifestyles had with Right Connection. Right Connection points out the Lifestyles defaulted on that contract by not providing the credit card merchant account as requested to operate the membership section of the site and then moving the domain from the control of Right Connection.

I will personally appear and testify to all of the dealings between Right Connection, Don Hughes and Robert McGinley. I have every reason to believe (from phone conversations with both Robert and Bruce) that this attack on Right Connections is in retaliation for Right Connection filing as a creditor in the LSO Bankruptcy for the money owed to them, and appearing at the creditors hearing I and Bruce Kinnee were in attendance at. Robert was furious that Don Hughes was there, and even more agitated that Don was allowed to ask Robert questions about the inner workings of Lifestyles. I am told, Robert also said to Bruce that because David was talking with Don and Jim he was a traitor.

I was present when the trustee asked Robert McGinley why his business was failing and he never said even one word about Don Hughes or Right Connection as being the cause of any of his demise. It was only after Don questioned him about what Robert felt were very personal matters did vengeance start to build in Robert and I was told he would "go after Don Hughes with a vengeance". These are the exact words told to me by Bruce Kinnee.

Sincerely,

David Valentiner
818-981-1173