Case 3:08-cv-00329-H-LSP   Document 3   Filed 02/21/2008   Page
02/01/2008  13:13   714821____


Exhibit 15

## LIFESTYLES AGREEMENT

This agreement made this 16th day of December, 2002, between Right Connection, Inc. and LSO is for the purpose of establishing a relationship between said parties for the development and maintenance of a website to be known hereafter as ClubLifestyles.com.

Towards that end:

Right Connection would be responsible for developing the ClubLifestyles.com website in it's new form. The intention will be to develop a REGIONAL look, with a national link - together, chat, while perfecting video and audio connections.

Right Connection would facilitate the processing of credit cards through the Right Connection credit card processing gateway.

Right Connection would make the equipment investment to bring the site to the internet in a capacity to handle the expected traffic with efficiency.

Right Connection would handle all technical aspects of the website, programming, support and modifications.

Right Connection would act as the Webmaster for the site and handle all requests from members regarding the site, functions, and difficulties.

Right Connection maintains all intellectual property rights to all database ENGINES (not the data), and software that operates the website. In other words, Right Connection is not giving away the intellectual property rights to the software engines that run our profile sites and the supporting art. The CUSTOMERS belong to LSO.

Right Connection is not an exclusive provider to LSO, and LSO acknowledges Right Connection has other relationships in the same industry.

LSO will energetically with the assistance and knowledge of Right Connection, help promote the Club Lifestyles website.

LSO will assist Right Connection in assuring there is adequate credit card merchant accounts to support the transactions as the site grows. (this site is expected to outgrow Right Connection's merchant account capabilities)

LSO and Right Connection agree to establish in promotions, mailers and determining how we can maximize the profits of the site.

### COMPENSATION

LSO and Right Connection agree to split the profits of the website, including memberships, sales, and affiliate programs on a 50-50 basis. (less any agreed to web promotion programs purchasing search engine special placements and affiliate programs.) In other words, the normal split would be 50-50, but there may be circumstances whereas LSO and Right Connection agree to enter into some special programs to bring in new members that would require an substantial investment. This investment may need to be funded from ongoing revenues.

The agreement will have a five-year term with an automatic renewal if not canceled in writing 60 days prior to the expiration date.

In the event of non-continuation of the agreement after the five year term, the membership database remains the sole property of The Lifestyles Organization and the intellectual property rights remain the property of Right Connection, Inc.

02/01/2008   Case 3:08-cv-00329-H-LSP   Document 1   Filed 02/21/2008   Page

EXHIBIT 15
PAGE 2

LSO maintains the rights to the ClubLifestyle.com domain name with Administrative Control with Right Connection during the term of the agreement. If the agreement expires, the control over the domain name will be handed over to LSO forthwith.

All financial reporting in relation to the sales generated by the website need to be reported and funded by the 15th of the following month.

This agreement shall be enforceable under the laws of the state of California.

Accepted By: *(signature)* 12/16/02
Robert McGinley
President
LSO

Accepted By: *(signature)* 12/20/02
Don Hughes
President
Right Connection, Inc.

No 5

Exhibit 1 Page 2

3