Club Lifestyle -- About Us
Case 3:08-cv-00329-H-LSP    Document 15-5    Filed 03/12/2008    Page 1 of 1
Case 3:08-cv-00329-H-LSP    Document 12-2    Filed 03/07/2008    Page 38 of 39

This site is in DEMO MODE.
This message will automatically disappear upon activating your site
Thank you.

EXHIBIT 24



**Club Lifestyle** is all about finding fun vacations, and helping you SWAP YOUR VACATION - TIMESHARE DESTINATIONS for our unique destinations. So you bought a boring time share condo and now want some adventure in your **LIFESTYLE.**

**Go back to work feeling like you are part of the world!** Bring you back to work with a better feeling about yourself. We are NOT your everyday vacation agent ... we specialize in finding the fun adventures the other companies have yet to hear about.

**The Club Lifestyle motto is: the customer is #1.** We're here to assist you with any aspect of your vacation experience. If any questions arise as you surf through our site, you may call us at 866-640-4358.

We are currently based in the Las Vegas area of beautiful NV and we really do appreciate your business!

**Call our CLUB LIFESTYLE agents and find out what we can do for you!**

Club Lifestyle
866-640-4358
ddw3@opp.net

