EXHIBIT 8

STATE OF NEVADA

## DEPARTMENT OF BUSINESS & INDUSTRY
## NEVADA CONSUMER AFFAIRS DIVISION

Registration No. 2008-0003

The Nevada Consumer Affairs Division of the Nevada Department of Business and Industry, acting with statutory authority granted under NRS Chapter 598.2801 et seq., hereby grants this registration to the herein named registrant to engage in the designated activities enumerated in Chapter 598.2801 et seq., of the Nevada Revised Statutes as a:

**DONALD HUGHES**

**RIGHT CONNECTIONS TRAVEL**

**1055 EAST TROPICANA AVE #525-A, LAS VEGAS, NV 89119**

at the address below, based on the sworn information submitted to the Division by the registrant.

James E. Campos, Commissioner
Nevada Consumer Affairs Division

Date Registered: 01/09/2008

Fee Amount:     $   25.00