Date: Wed, 24 Jan 2007 21:19:08 -0800 (Pacific Standard Time)
X-Mailer: IncrediMail (3001609)
From: "Bruce Kinnee" <BruceK@lifestyles.org>
To: "David" <DavidV@Playcouples.com>
Cc: "Don Hughes" <Webmaster@Clublifestyles.com>, <donkim@opp.net>,
    <don@opp.net>, "Jim" <jimt@flixmedia.com>, <jtampa22@gmail.com>,
    <jim@rightconnect.com>, <Jimt@rightconnect.com>
Subject: Clublifestyels
X-FID: BA285063-5BCE-11D4-AF8D-0050DAC67E11
X-RCI-MailScanner-Information: Please contact the ISP for more information
X-RCI-MailScanner: Found to be clean
X-RCI-MailScanner-SpamCheck: not spam, SpamAssassin (score=2.093,
    required 5.25, BAYES_50 0.00, EXTRA_MPART_TYPE 1.09,
    HTML_MESSAGE 0.00, RCVD_IN_SORBS 1.00)
X-RCI-MailScanner-SpamScore: 2.09
X-RCI-MailScanner-From: brucek@lifestyles.org
X-OPPnet-MailScanner-Information: Please contact the ISP for more information
X-OPPnet-MailScanner: Found to be clean
X-MailScanner-From: brucek@lifestyles.org

David:

Pursuant to my agreement with Don and yours and my subsequent conversations (Phase II):
Robert will sign and forward to all parties a copy of the agreement to relinquish most rights to the ownership of Clublifestyles (as stipulated in the agreement).
You and Jim will coordinate that the URL www.clublifestyles.com is moved to our master account on Godaddy.

You and Jim will coordinate that the DNS is moved to our LSO servers which are hosted by Right Connection.
A total switch over will take place no later than Saturday, January 27th...

This time frame has been selected predicated on your conversations with Jim that they are ready to launch.

**Many thanks to all in making this work.**

# Bruce Kinnee
Lifestyles Florida
1461 S. Ocean Blvd. Suite 112
Lauderdale by the Sea, FL 33062
(954)-781-1750 or (888)-278-2483
www.lifestylesFlorida.com

*Handwritten note:* LSO AGREES TO MOVE OWNERSHIP OF CLUB LIFESTYLES TO TCI BECAUSE THEY CAN'T AFFORD TO RUN THE SITE
CLS