*EXHIBIT 11*

To: murray5@inetworld.net
From: Sales <sales@rightconnect.com>
Subject: ClubLifestyles
Cc:
Bcc:
Attached:

*SENT TO*

*PAUL MURRAY*

*TOO*

Robert,

We are sorry you **changed your mind** on the deal we made with Bruce Kinnee regarding ClubLifestyles ( see below) .  Right Connection has performed exactly how instructed by your representative, and now your verbal commands. With that said, the ClubLifestyles.com website remains totally functional with all features and options in operation, with the exception the memberships are no longer free.

Per our agreement, ten paragraph down, LSO needs to assist us us with a credit card merchant account to handle the payments from the many clients who will pay for the website.  As detailed there, the credit card merchant accounts of Right Connection are maxed and can't handle any more flow, as we need LSO to present which of their credit card merchant accounts you would like to use to allow members of ClubLifestyles to purchase additional membership time.

Robert, it has been a couple of days now since you ordered this switched back to the original paid membership model while on the phone with myself and Jim Terhune. We have discussed this with your IT spokesperson Bruce Kinnee, yet he has yet to provide this information to us. This may have a very negative impact on your customer relations.  We really need to know what credit card account of yours to send your money to so the members can get back on the site. As each day passes, the members will grow more angry they can't access the site.

Please provide this information as soon as possible so members can access the site!

Also, our attorney has corrected us, since LSO and Robert McGinley are defaming us in writing, it's libel, not slander.  Sorry for the mix up in terminology there.  We do request you immediate cease this action.

Best Regards,

Don Hughes
Right Connection, Inc.

-----------------------------

Robert,

Per your request, we are restoring ClubLifestyles.com to the original format of **PAID MEMBERSHIPS**. Dixie converted this website to free over a year ago to provide the clients of LSO a free space to play and keep them close to home so you could advertise travel to them.