**Fiebre Latina Fever**

couples only • clothing optional • secluded ambiance • all inclusive



# Desire RESORTS
## Deliciously Erotic

make your desire come true...

enter | enter
Riviera Maya | Los Cabos
entrar | entrar

Welcome to the tempting world of the couples-only Desire Resorts & Spas, clothing optional retreats where every moment is a delicious adventure that satisfies dreams and awakens the senses. Amenities and services at these all-inclusive resorts are cleverly designed to pamper and please passionate couples that seek an inspiring and fulfilling holiday experience that will leave them fully renewed.

For an exotic escape the world's foremost couples only, clothing optional nude resorts are pleased to announce they have expanded their concept to fabulous Baja California, settling within the hotel zone of San Jose del Cabo. With a view of the Sea of Cortes, the beachfront Desire Resort & Spa Los Cabos provides a new venue for exciting adult vacations with ample opportunities for exploration and entertainment.

The original Desire Resort & Spa, located on the Bay of Petempich on the Riviera Maya, is just 20 minutes from the hustle and bustle of Cancun-yet secluded and private. With its soft, white sandy beach and its perfectly conceived adult amenities, it is definitely the ultimate couples only all-inclusive resort in the Cancun area.

Unleash inspiring interactions and unbridled fun when you discover any one of our two secluded adult-only resorts in Mexico, each overlooking a breathtaking expanse of shoreline. Luxurious comfort, delicious cuisine, unabashed pampering and a wide variety of activities all await you. Now, with superb locations on opposite coasts, open-minded adults in search of unforgettable experiences have found their haven. .

---

Visit other Hotels in the Group
Blue Bay All Inclusive Adult Only Resort Cancun
Blue Bay All Inclusive Family Resort Cancun

Please note: All models used in these Sites are at least 18 years of age.

PROUDLY ACHIEVED CERTIFICATES

     







couples only • clothing optional • secluded ambiance • all inclusive

NOW WE ARE OPEN... AND BETTER THAN EVER!

Welcome to the World of Desire Resort & Spa, the wonderfully exotic, erotic, adults only resort where each moment is an adventure. Every amenity of this sublime hideaway is designed to pamper couples with everything needed for the most memorable vacation experience of their lives: from exquisite powder-soft, white sand beach to gourmet dining, to new friends, nothing is overlooked.

Desire Resort & Spa is the world's foremost clothing optional all inclusive resort, and it's mysterious allure has devotees coming back time-and-time again. For a tension-relieving weekend getaway or for an extended holiday, there is no place on Earth like Desire.

Visit other hotels in the Group:
Blue Bay All Inclusive Adult Only Resort Cancun
Blue Bay All Inclusive Family Resort Cancun
Desire All Inclusive Clothing Optional Resort Los Cabos

Phone: (52) (998) 872 82 80, Fax: (52) (998) 872 82 99
Toll Free From USA 1 888 2017551
Toll free From Canada 1 800-655 9311
Toll free in Mexico 01 800 5000587
Copyright 2005. Desire Resort & Spa. All rights reserved. XXV










Please note: All models used in this Site are at least 18 years of age

211







- Home
- Location
- Rooms and Amenities
- Rates and Promotions
- Activities & Entertainment
- Spa Service
- Restaurants & Bars
- Events
- FAQ's
- Travel Advisory
- Multimedia Gallery
- Virtual Tour
- Airport Transfers
- Fact Sheets
- House Rules
- IMPORTANT Media News
- IMPORTANT Management News

| Live Help! | Chat/Forum | Contact Us |
| Newsletter | Español | Weddings |

-Check Availability and Pricing-
All Room Types
Arrive Date: March 12 2008
Wednesday
Number of Nights: 1
Check Availability

Click to view Availability Calender

Visit Desire Resort Los Cabos

## Information Request or Comment
Simply fill in the form with your details.
Make sure your email address is correct.
Include your full telephone number, your comments or questions.

Carretera Cancun – Puerto Morelos
Km. 27.5 SM. 12
Mza 41, Lote 1, Fracc. 2
Predio Tanchacte
Puerto Morelos
Quintana Roo
Mexico
C.P. 77580

Tel: (52) (998) 872 82 93
Fax: (52) (998) 872 82 99
Toll Free From USA 1 888 2017551
Toll free From Canada 1 800-655 9311
Toll free in Mexico 01 800 5000587

www.desirecancun.com

For Media and PR inquiries:
media@desireresorts.com

First Name: ____   Last Name: ____
Your Email: ____
Your Telephone (Include area codes): Country __ City __ Number __
Country: U.S.A.
Your Message: ____
Send



     

Visit other hotels in the Group:
All Inclusive Adult Only Resort Cancun
All Inclusive Family Resort Cancun
All Inclusive Clothing Optional Resort Los Cabos

Phone: (52) (998) 872 82 80, Fax: (52) (998) 872 82 99
Toll Free From USA 1 888 2017551, Toll free From Canada 1 800-655 9311, Toll free in Mexico 01 800 5000587
Copyright 2005. Desire Resort & Spa. All rights reserved. XXV

Please note: All models used in this Site are at least 18 years of age




Reservations | Rates & Promotions | Contact Us | FAQ's | Español

- Home
- Location
- Rooms & Amenities
- Activities & Entertainment
- Spa Service
- Restaurants & Bars
- Events
- Travel Advisory
- Multimedia Gallery
- Airport Transfers
- Fact Sheets
- House Rules
- Media News
- Live Help!
- Chat / Forum
- Weddings
- Newsletter
- Los Cabos Tours
- Availability Calender

**IMPORTANT Management News**

### EXTRA SAVINGS

All April stays get 5th Night Free, other periods upto $50 off nightly [details].

### RESERVE NOW!

-Check Availability and Pricing-

All Room Types
(1 Couple)

March   12   2008
Wednesday
Number of Nights  1
[Check Availability]

**Click to view Availability Calender**





couples only • clothing optional • secluded ambiance • all inclusive

Adventurous, sun-loving vacationers are eagerly making plans to be among the first to visit Desire Resorts & Spa Los Cabos, which opened its doors late in 2006! Every feature, detail and amenity of this all-inclusive, couples-only oasis on the rugged Baja Peninsula's exclusive, star-studded shoreline has been designed specifically for clothing-optional devotees. As the newest addition to the Desire Resort & Spa brand, this posh, adults-only San Jose del Cabo hideaway sets the standard for this niche market. Fashioned for couples seeking exotic, passionate and irresistibly romantic encounters, Desire Los Cabos delivers luxurious accommodations with top-notch services and gourmet culinary choices, all within a secluded new au natural venue.

Visit other Hotels in the Group
Couples Only Cancun - Desire Resort
Blue Bay All Inclusive Adult Only Resort Cancun
Blue Bay All Inclusive Family Resort Cancun



Please note: All models used in these Sites are at least 18 years of age.






Reservations | Rates & Promotions | Contact Us | FAQ's | Español

- Home
- Location
- Rooms & Amenities
- Activities & Entertainment
- Spa Service
- Restaurants & Bars
- Events
- Travel Advisory
- Multimedia Gallery
- Airport Transfers
- Fact Sheets
- House Rules
- Media News
- Live Help!
- Chat / Forum
- Weddings
- Newsletter
- Los Cabos Tours
- Availability Calender

**IMPORTANT Management News**

**EXTRA SAVINGS**

All April stays get 5th Night Free, other periods upto $50 off nightly [details].

**RESERVE NOW!**



### Information Request or Comment
Simply fill in the form with your details.
Make sure your email address is correct.
Include your full telephone number, your comments or questions.

Boulevard Malecón S/N Zona Hotelera
San Jose Del Cabo
Baja California Sur
23400 Mexico

Toll Free USA: 1 888 201 7551
Toll Free Canada: 1 800 655 9311
For Sales & Reservations in Mexico:
Tel: 52 (998) 848 7941 Fax: 52 (998) 848 7994
E-mail:
reservcabos@desireresorts.com
For the latest infromation and promotions visit:
www.desireloscabos.com
Media: images available at
www.desireresortsphotos.com

First Name:
Last Name:
Your Email
Your Telephone (Include area codes) — Country / City / Number
Country: U.S.A.
Your Message

-Check Availability and Pricing-
All Room Types
(1 Couple)

| March | 12 | 2008 |

Wednesday

Number of Nights  1

Check Availability

Click to view Availability Calender



Send

Visit other Hotels in the Group
Couples Only Cancun - Desire Resort
Blue Bay All Inclusive Adult Only Resort Cancun
Blue Bay All Inclusive Family Resort Cancun



Please note: All models used in these Sites are at least 18 years of age.