Exhibit 12

**WHOIS Search Results for: RIGHTCONNECTTRAVEL.COM**

Search Again
Enter a Domain Name to Check

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty. In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this
database.

Registrant:
LSO, Ltd

13428 Maxella Ave #518
Marina Del Rey, California 90292
United States

Registered through: GoDaddy.com, Inc.
(http://www.godaddy.com)
Domain Name: RIGHTCONNECTTRAVEL.COM
Created on: 05-Feb-07
Expires on: 05-Feb-09
Last Updated on: 19-Dec-07

Administrative Contact:
Valentiner, David dv@ls-org.com
LSO, Ltd

**Available TLDs**
- RIGHTCONNECTTRAVEL.NET
- RIGHTCONNECTTRAVEL.ORG
- RIGHTCONNECTTRAVEL.INFO
- RIGHTCONNECTTRAVEL.BIZ
- RIGHTCONNECTTRAVEL.US
- RIGHTCONNECTTRAVEL.NAME

**You might also consider:**
- RIGHTCONNECTTRAVELONLINE.COM
- ONLINERIGHTCONNECTTRAVEL.COM
- RIGHTCONNECTTRAVELSITE.NET
- SITERIGHTCONNECTTRAVEL.NET
- RIGHTCONNECTTRAVELSTORE.ORG
- STORERIGHTCONNECTTRAVEL.ORG
- RIGHTCONNECTTRAVELTODAY.INFO
- TODAYRIGHTCONNECTTRAVEL.INFO
- RIGHTCONNECTTRAVELBLOG.BIZ
- BLOGRIGHTCONNECTTRAVEL.BIZ
- RIGHTCONNECTTRAVELNOW.US

REGISTER NOW!

13428 Maxella Ave #518
Marina Del Rey, California 90292
United States
(818) 981-1173 Fax -- (714) 821-9919

Technical Contact:
Valentiner, David dv@ls-org.com
LSO, Ltd
13428 Maxella Ave #518
Marina Del Rey, California 90292
United States
(818) 981-1173 Fax -- (714) 821-9919

Domain servers in listed order:
NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM


Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

24/7 Sales and Support: (480) 505-8877   Billing Questions? Call (480
Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor |
Resellers | Link to U
GoDaddy.tv | GoDaddyLive.com | BobParsons.com | GoD
DomainNameAftermarket.com | GoDad

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers

