EҲHΙBΙꞱ Ᏸᴀ

mcginleyr@msn.com, brucek@lifestyles.org, dixiek@lifestyles.org, 10:10 02/1 ____, Discontinuatio

To: mcginleyr@msn.com, brucek@lifestyles.org, dixiek@lifestyles.org
From: Sales <sales@rightconnect.com>
Subject: Discontinuation of Services
Cc:
Bcc: jim@rightconnect.com,DavidV@FlixMedia.com
Attached:


Feb 9, 2007


Robert McGinley
President
The Lifestyles Organization
2641 W La Palma Ave
Anaheim, CA  92801


RE: Computer Services


To all involved,
We at Right Connection, Inc., are saddened by your recent attacks towards Right Connection, Inc., and *Right Connections Travel*, whom has nothing to do with the business services we provide The Lifestyles Organization..

Over the past many years Right Connection, Inc., has been very supportive of The Lifestyles Organization.  We have not only supported the organization physically and technically, we have supported them verbally as they are attacked by many on the electronic frontier of the Internet.  To have Lifestyles now turn and mount attacks on Right Connection is unspeakable. We are truly saddened, as we felt we were a supporting member of your team.  You will be very surprised how much we actually did for you. Many things you may have never new were happening, yet supported your ongoing operation.  We  provided online FIT reservations, technical support, server administration, applications programming and support, credit card payment gateway, crisis management, technical consultations, 24/7 monitoring and repairs, server optimization, applications optimization .. and much-much more. Please let us know where you are replacing these services for $1100 per month.

For this reason, Right Connection, Inc., desires to distance ourselves from The Lifestyles Organization, even to the point as we no longer want Lifestyles as a customer.  We have asked Bruce Kinnee, IT Manager to begin the moving of your websites and servers from our datacenter. We request that you be totally discon             _____            ed to formalize this request in writing so there is no abrup                                    sting and server collocation.  The non-paid services have already been terminated.

As you requested, the ClubLifestyles website will continue to operate as originally planned as a paid-membership business model until December 16, 2007 when the agreement ends.  The Lifestyles Organization does however need to provide credit card merchant assistance as called for in the agreement. Please consider this official notice we have no intention on continuing this agreement.

We are truly sorry our business relationship has                                                      your continued ventures

Date: Mon, 12 Feb 2007 14:33:05 -0800 (Pacific Standard Time)
X-Mailer: IncrediMail (3001609)
From: "Bruce Kinnee" <BruceK@lifestyles.org>
To: <sales@rightconnect.com>
Subject: Read: Discontinuation of Services
X-RCI-MailScanner-Information: Please contact the ISP for more information
X-RCI-MailScanner: Found to be clean
X-RCI-MailScanner-SpamCheck: not spam, SpamAssassin (score=-1.599,
    required 5.25, BAYES_00 -2.60, RCVD_IN_SORBS 1.00)
X-RCI-MailScanner-From: brucek@lifestyles.org
X-OPPnet-MailScanner-Information: Please contact the ISP for more information
X-OPPnet-MailScanner: Found to be clean
X-MailScanner-From: brucek@lifestyles.org

This is a receipt for the mail you sent to
mcginleyr@msn.com, brucek@lifestyles.org, dixiek@lifestyles.org at 02/12/07 10:10:52

This receipt verifies that the message has been displayed on the recipient's computer at
02/12/07 14:33:05Final-Recipient: rfc822;BruceK@lifestyles.org
Original-Message-ID: <6.1.2.0.2.20070212100242.05a4ae40@mail.opp.net>
Disposition: manual-action/MDN-sent-manually; displayed



EXHIBIT Bb

DISCONTINUATION

E-MAIL CONFIRMATION

brucek@lifestyles.org, davidv@lifestyles.org, 11:53 02/19/2007, CLUB LIFESTYLES    *EXHIBT* 13c

To: brucek@lifestyles.org, davidv@lifestyles.org
From: Support Team <support@rightconnect.com>
Subject: CLUB LIFESTYLES
Cc:
Bcc:
Attached:


Bruce & David ...

In response to your request to move technical control of the ClubLifestyles to your control, we are in need of a release to perform this. As you know, we are contractually obligated to operate the domains and website until December 17, 2007. For me to turn over the domain names and technical control of the site, you will need to release Right Connection, Inc. from the agreement.

Once we have terminated the agreement, we will immediately move the domains under your technical control. *PLUS* ... you can have the **ClubLifestyle.com domain** we obtained in the early days to back up the main site domain for clients that did not use an "s" when attempting to access the ClubLifestyles website.

Please send me a one page letter from Robert McGinley asking to terminate our agreement for ClubLifestyles due to expire on December 17, 2007 early. We will mutually agree to terminate the agreement early and immediately transfer the website domains back under your technical control.

[
F

You can have the Domain

Paragraph 2

2/19/2007
We are telling LSO when they want control over the domains we are contracted to Dec 17 to keep them up.