

February 28,2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**367930910000154**                                       Solana Beach,CA
**367930910000161**                                       Solana Beach,CA

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.  We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

February 28, 2008

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **367930910000154**. Our records reflect the following information.

This tracking number is 1 out of a 2 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 367930910000154. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Solana Beach, CA |
| **Signed for by:** | NMCKNIGHT | **Delivery date:** | Feb 28, 2008 13:55 |
| **Service type:** | Home Delivery-Direct Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 367930910000154 | **Ship date:** | Feb 27, 2008 |
| | | **Weight:** | 9.0 lbs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| SOLANA BEACH, CA US | Las Vegas, NV US |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

February 28, 2008

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **367930910000161**. Our records reflect the following information.

This tracking number is 2 out of a 2 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 367930910000154. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Solana Beach, CA |
| **Signed for by:** | NMCKNIGHT | **Delivery date:** | Feb 28, 2008 13:55 |
| **Service type:** | Home Delivery-Direct Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 367930910000161 | **Ship date:** | Feb 27, 2008 |
| | | **Weight:** | 9.0 lbs. |

**Recipient:**
SOLANA BEACH, CA US

**Shipper:**
Las Vegas, NV US

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339