GEORGEANN NICOL (SBN #116054)
MICHAEL JAY BERGER (SBN #100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, California 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805

Attorney for
LSO, Ltd., Inc. Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 8:07-13744-TA |
| LSO, Ltd., Inc. | Chapter 11 |
| Debtor. | CASE STATUS CONFERENCE REPORT |
| | Date: January 9, 2008 |
| | Time: 10:00 a.m. |
| | Place: 5B, 5th Floor 411 W. Fourth Street Santa Ana, CA 92701 |

TO THE HONORABLE THEODOR C. ALBERT UNITED STATES BANKRUPTCY COURT JUDGE, TO THE UNITED STATES TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Debtor LSO, Ltd., Inc., (hereafter "Debtor"), respectfully represents:

1. (a) Debtor is a tours and events company for adult group tours and events. Debtor's principal assets are its email lists and personal addresses, computers, computer servers, office equipment and account receivables. Debtor's principal

liabilities are to American Express, Wells Fargo, Desire Resort, and Robert McGinley.

(b) (1) Hurricane Wilma closed the resort "Desire" in the Cancun area for an extended period of time. Debtor booked 50% of its tours with Desire. Thereafter, Desire breached its agreement with Debtor by (1) failing to funnel all business through Debtor's business, (2) Desire cancelled all of Debtor's group bookings for 2008 even though held by deposit and gave away those dates to competitors, (3) Desire failed to pay Debtor the agreed upon fee of $2.00 per every sold room that was booked by sources other than Debtor's office. This compensation was in exchange for Debtor's promotional activities for Desire. Debtor's bookkeeper account failed to use acceptable accounting practices and this led to Debtor overspending.

(2) The Debtor hopes to accomplish to continue and grow in its industry. Prior to the above related issues, Debtor was highly regarded in its industry and hopes to regain that position.

(3) The principal problem for Debtor is obtaining a credit card processor. Debtor has been turned down by four banks and 2 third party processors. Debtor is having trouble getting the banks and third party processors to tell it why it is being turned down regarding same.

(4) The Debtor is using its prior processor but it will only allow Debtor to use 5% in addition to the discount fee for a total of 8%. Debtor did get a promise

from its prior processor to review its policy at the first of this year. Debtor has hired a bookkeeper that uses acceptable accounting practices.

    (5) The Debtor has complied with all of its duties under 11 U.S.C. Section 521 as well as the guidelines of the Office of the United States Trustee.

    (6) No parties are claiming an interest in the collateral of the Debtor.

    (7) No.

    (c) Debtor has hired The Law Offices of Michael Jay Berger to render legal services for Debtor in this Chapter 11 case. Debtor has paid The Law Offices of Michael Jay Berger $20,000.00 to date. Debtor's counsel believes that currently Debtor has not incurred fees in excess of the retainer. Debtor's counsel estimates that Debtor will incur a total of $20,000.00 in fees and costs through the conclusion of this case.

    (d) Debtor has attached the projected income and expenses for the first six months of the case.

    (e) Proposed deadlines for filing:

    Claims: March 9, 2008

    Objections to Claims: April 9, 2008

    (f) Plan of reorganization and disclosure statement: April 30, 2008

    (g) Debtor is in negotiations with the landlord to reduce rent and office space.

| | | |
|---|---|---|
| 1 | Dated: 1/8/08 | LAW OFFICES OF MICHAEL JAY BERGER |
| 2 | | |
| 3 | | |
| 4 | | By: *Georgeann Nicol* (signature) |
| 5 | | Georgeann Nicol |

CASE STATUS CONFERENCE REPORT
4

**PROOF OF SERVICE**

STATE OF CALIFORNIA, County of Los Angeles.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212.

On January 8, 2008, I served the foregoing documents described as "Case Status Conference Report" on all interested parties:

Please see attached service list

(x) by mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2006, at Beverly Hills, California

Georgeann Nicol

SERVICE LIST

Office of the United States Trustee

411 W. Fourth Street

Santa Ana, CA 92701

| | | |
|---|---|---|
| Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19019 | Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19019 | |
| Leffert Jay & Polglaze, P.A.<br>150 South 5th Street<br>St. 1900<br>Minneapolis, MN 55402 | Leffert Jay & Polglaze, P.A.<br>150 South 5th Street<br>St. 1900<br>Minneapolis, MN 55402 | |
| Michael Burns<br>140 Riverside Blvd.<br>New York, NY 10069 | Michael Burns<br>140 Riverside Blvd.<br>New York, NY 10069 | |
| Murray & Sabban LLP<br>140 Marine View<br>Ste 116<br>Solana Beach, CA 92075-2123 | Murray & Sabban LLP<br>140 Marine View<br>Ste 116<br>Solana Beach, CA 92075-2123 | |
| Network 2000<br>8700 Warner 70<br>Fountain Valley, CA 92708 | Network 2000<br>8700 Warner 70<br>Fountain Valley, CA 92708 | |
| Robert McGinley<br>2641 W La Palma Ave.<br>Suite H<br>Anaheim, CA 92801 | Robert McGinley<br>2641 W La Palma Ave.<br>Suite H<br>Anaheim, CA 92801 | |
| Tele Pacific Communications<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | Tele Pacific Communications<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | |
| Tuscany Hotel & Casino<br>255 Flamingo Road<br>Las Vegas, NV 89169 | Tuscany Hotel & Casino<br>255 Flamingo Road<br>Las Vegas, NV 89169 | |
| Wells Fargo Line of Credit<br>7560 Orangethorpe Avenue<br>Buena Park, CA 90621 | Wells Fargo Line of Credit<br>7560 Orangethorpe Avenue<br>Buena Park, CA 90621 | |
| Weston, Garrou & DeWitt<br>12121 Wilshire #900<br>Los Angeles, CA 90025 | Weston, Garrou & DeWitt<br>12121 Wilshire #900<br>Los Angeles, CA 90025 | |
| American Express Business Gold Card<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express Business Gold Card<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | |
| American Express Business Platinum<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express Business Platinum<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 | |
| Argo Enterprises<br>5942 Edinger Ave.<br>Huntington Beach, CA 92647 | Argo Enterprises<br>5942 Edinger Ave.<br>Huntington Beach, CA 92647 | |
| Black Belt Programming<br>13428 Maxella Ave.<br>#518<br>Marina Del Rey, CA 90292 | Black Belt Programming<br>13428 Maxella Ave.<br>#518<br>Marina Del Rey, CA 90292 | |
| Dale Manicom<br>1205 J St. Ste B<br>Anaheim, CA 92801 | Dale Manicom<br>1205 J St. Ste B<br>Anaheim, CA 92801 | |
| Denny P Travel<br>19234 North 31st Street<br>Phoenix, AZ 85050 | Denny P Travel<br>19234 North 31st Street<br>Phoenix, AZ 85050 | |
| Desire<br>Boulevard Kukulcan km 5<br>Zona Hotelera | Desire<br>Boulevard Kukulcan km 5<br>Zona Hotelera | Zona Hotelera, Cancun Q Roo 77500 |
| IKON Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073 | IKON Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073 | |
| James Gyarmathy<br>13580 Brywood Lane<br>Fort Myers, FL 33912 | James Gyarmathy<br>13580 Brywood Lane<br>Fort Myers, FL 33912 | Refund Owed To Customer |
| Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | |