Official Form 6F (10/06)

In re   **LSO, Ltd.**                                    ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3623**<br><br>**Advanta Credit Card**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** | | - | | | | | 220.01 |
| Account No.<br><br>**Albert Minor**<br>**5606 Harrow Glen**<br>**Galena, OH 43021** | | - | Refund Owed To Customer | | | | 350.00 |
| Account No. **xxxx-xxxxxx-x2006**<br><br>**American Express Business Gold Card**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | - | | | | | 5,477.52 |
| Account No. **xxxx-xxxxxx-x2002**<br><br>**American Express Business Platinum**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | - | | | | | 109,943.19 |
| __17__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 115,990.72 |

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**  ,  Case No. _____
                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Amsterdam Printing & Litho<br>P.O. Box 701<br>Amsterdam, NY 12010 | - | | | | | | 39.96 |
| Account No.<br><br>Apple One Employment Services<br>P.O. Box 29048<br>Glendale, CA 91209-9048 | - | | Date Incurred: 05/06 | | | | 750.00 |
| Account No.<br><br>Argo Enterprises<br>5942 Edinger Ave.<br>Huntington Beach, CA 92647 | - | | | | | | 1,685.00 |
| Account No.<br><br>Arrowhead Mountain Spring Water Co.<br>661 Dixie Highway, Suite 4<br>Louisville, KY 40258 | - | | | | | | 212.87 |
| Account No.<br><br>Black Belt Programming<br>13428 Maxella Ave.<br>#518<br>Marina Del Rey, CA 90292 | - | | | | | | 15,657.68 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   18,345.51

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**  ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brennan Barnes<br>1047 93rd Avenue South East<br>Olympia, WA 98501 | | - | Refund Owed To Customer | | | | 300.00 |
| Account No.<br><br>Bruce Payne<br>929 North 2500 West<br>Vernal, UT 84078 | | - | Refund Owed To Customer | | | | 350.00 |
| Account No.<br><br>Chris Mackey<br>611 West 22nd Street<br>Austin, TX 78705 | | - | Refund Owed To Customer | | | | 300.00 |
| Account No. xxxx-xxxx-xxxx-0575<br><br>Citi Business Platinum Select Card<br>P.O. Box 6417<br>The Lakes, NV 88901-6417 | | - | | | | | 20.00 |
| Account No.<br><br>Complete Printing Company<br>2842 Walnut Avenue<br>Suite B<br>Tustin, CA 92780 | | - | | | | | 948.20 |

Sheet no. __2__ of __17__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)   1,918.20

Official Form 6F (10/06) - Cont.

In re   **LSO, Ltd.**  _____,   Case No. _____
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dale Manicom<br>1205 J St. Ste B<br>Anaheim, CA 92801 | | - | | | | | 2,000.00 |
| Account No.<br><br>David Ellingsworth<br>920 Kings Landing Circle<br>Virginia Beach, VA 23452 | | - | Refund Owed To Customer | | | | 200.00 |
| Account No.<br><br>David Thompson<br>P.O. Box 309<br>Cal Nev Ari, NV 89039 | | - | Refund Owed To Customer | | | | 200.00 |
| Account No.<br><br>Debilee Anderson<br>518 Summer St.<br>Minneapolis, MN 55413 | | - | Refund Owed To Customer | | | | 250.00 |
| Account No.<br><br>Denny P Travel<br>19234 North 31st Street<br>Phoenix, AZ 85050 | | - | | | | | 2,030.32 |
| Sheet no. _3_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 4,680.32 |

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Desire**<br>**Boulevard Kukulcan km 5**<br>**Zona Hotelera** | | - | Zona Hotelera, Cancun Q Roo 77500 | | | | 560,495.55 |
| Account No. **File x0692**<br><br>**DHL Express**<br>**P.O. Box 60000**<br>**San Francisco, CA 94160** | | - | | | | | 160.78 |
| Account No.<br><br>**Dock Gustafson**<br>**4801 La Montana Circle**<br>**Tarzana, CA 91356** | | - | Refund Owed To Customer | | | | 300.00 |
| Account No.<br><br>**Eduardo Vazquez-Valdes**<br>**Avenida Juarez**<br>**2118-401**<br>**Puebla Ouebla, MX 72160** | | - | Refund Owed To Customer | | | | 250.00 |
| Account No.<br><br>**Emmitt Woods**<br>**C/O Donald Kirkham**<br>**3511 Indian Trail**<br>**Arlington, TX 76016** | | - | Refund Owed To Customer | | | | 350.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **561,556.33**

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Express Graphics & Printing<br>1531 W. 5th Street<br>Santa Ana, CA 92703 | | - | | | | | 986.91 |
| Account No.<br><br>Fed Ex<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | | - | | | | | 774.63 |
| Account No.<br><br>Frederick McKinney<br>23 Mason Rd.<br>Cleverdale, NY 12820 | | - | Refund Owed To Customer | | | | 51.00 |
| Account No.<br><br>Freedom Distributing<br>P.O. Box 33404<br>Las Vegas, NV 89133 | | - | | | | | 198.14 |
| Account No.<br><br>Galileo USA<br>P.O. Box 71325<br>Chicago, IL 60694-1325 | | - | | | | | 21.55 |
| Sheet no. **5** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 2,032.23 |

Official Form 6F (10/06) - Cont.

In re    **LSO, Ltd.** ,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>George Sausman<br>150 N Leslie Street<br>Pahrump, NV 89060 | | - | Refund Owed To Customer | | | | 25.00 |
| Account No.<br><br>Gordon Reinholt<br>112 Healthwood Heights Drive<br>Aurora Ontario<br>L4G4W3 Canada | | - | Refund Owed To Customer | | | | 350.00 |
| Account No.<br><br>Guy Banta<br>523 Southport Ln.<br>Kemah, TX 77565 | | - | Refund Owed To Customer | | | | 33.00 |
| Account No.<br><br>Heartland Business Credit<br>390 Union Blvd. # 600<br>Lakewood, CA 80228 | | - | | | | | 545.53 |
| Account No.<br><br>Hill Travel Center<br>130 South Main Street<br>North East, MD 21901 | | - | Refund Owed To Customer | | | | 1,546.12 |
| Sheet no. **6** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 2,499.65 |

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                              ,         Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>IKON Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073 | - | | | | | | 3,808.04 |
| Account No.<br><br>Intuit Inc.<br>P.O. Box 513340<br>Los Angeles, CA 90051-3340 | - | | | | | | 324.34 |
| Account No.<br><br>Jacqueline Schneider<br>1291 Dogwood Dr.<br>Santa Rosa, CA 95403 | - | | | | | | 33.00 |
| Account No.<br><br>James Gyarmathy<br>13580 Brywood Lane<br>Fort Myers, FL 33912 | - | | Refund Owed To Customer | | | | 4,000.00 |
| Account No.<br><br>James Sykes<br>140 Middleton Place<br>Athens, GA 30606 | - | | Refund Owed To Customer | | | | 300.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)       **8,465.38**

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                      ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Jay Townsend<br>13264 Saffron Circle<br>Palm Beach Gardens, FL 33418 | | - | Refund Owed To Customer | | | | 100.00 |
| Account No.<br>Jeffrey Blygh<br>178 Lorraine Loop<br>Staten Island, NY 10309 | | - | Refund Owed To Customer | | | | 75.00 |
| Account No.<br>Jeffrey Lovett<br>C/O Travel Boutique Att June<br>2401 S. Stemmons Freeway 1020<br>Lewisville, TX 75067 | | - | Refund Owed To Customer | | | | 66.66 |
| Account No.<br>Jerry Lunsford<br>8145 Spotswood Road<br>Summerfield, NC 27358 | | - | Refund Owed To Customer | | | | 350.00 |
| Account No.<br>Jim Stathis<br>1361 Helix View Drive<br>El Cajon, CA 92020 | | - | Refund Owed To Customer | | | | 250.00 |// 
| Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 841.66 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                                                 ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>John Burks<br>94A 2nd Avenue<br>Shalimar, FL 32579 | | - | Refund Owed To Customer | | | | 350.00 |
| Account No.<br><br>John Hatz Jr.<br>5894 Rolling Oaks Court<br>Naples, FL 34110 | | - | Refund Owed To Customer | | | | 250.00 |
| Account No.<br><br>Jonathan Shapiro<br>8787 Shoreham Drive 1206<br>Los Angeles, CA 90069 | | - | Refund Owed To Customer | | | | 950.00 |
| Account No.<br><br>Ken Runyan<br>2009 West Sunny Slope Drive<br>Meridian, ID 83642 | | - | Refund Owed To Customer | | | | 160.00 |
| Account No.<br><br>Kennith Bejlovec<br>P.O. Box 391<br>Lisle, IL 60532 | | - | Refund Owed To Customer | | | | 250.00 |

Sheet no. **9** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,960.00

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                        ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kevin Potente<br>47 Trainer Court<br>Huntington, NY 11743 | | - | Refund Owed To Customer | | | | 33.00 |
| Account No.<br><br>Komp The Rock Station<br>8755 W. Flamingo Rd.<br>Las Vegas, NV 89147 | | - | | | | | 817.00 |
| Account No.<br><br>Konica Minolta Bus Solutions<br>PO 50252<br>Los Angeles, CA 90074-0252 | | - | | | | | 1,101.12 |
| Account No.<br><br>Konica Minolta Bus Solutions U.S.A.<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | | - | | | | | 650.00 |
| Account No.<br><br>Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | | - | | | | | 2,325.23 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      4,926.35

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**                                     ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Konica Minolta Business Solutions<br>P.O. Box 7247-0322<br>Philadelphia, PA 19019 | | - | | | | | 1,597.76 |
| Account No.<br><br>Leffert Jay & Polglaze, P.A.<br>150 South 5th Street<br>St. 1900<br>Minneapolis, MN 55402 | | - | | | | | 56,520.72 |
| Account No.<br><br>Matthew Heffner<br>2150 Country Road 105<br>Brundidge, AL 36010 | | - | Refund Owed To Customer | | | | 300.00 |
| Account No.<br><br>Michael Burns<br>140 Riverside Blvd.<br>New York, NY 10069 | | - | Commissions | | | | 12,162.60 |
| Account No.<br><br>Murray & Sabban LLP<br>140 Marine View<br>Ste 116<br>Solana Beach, CA 92075-2123 | | - | | | | | 12,504.70 |
| Sheet no. **11** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 83,085.78 |

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**
                                                                  ,                  Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Network 2000<br>8700 Warner 70<br>Fountain Valley, CA 92708 | | - | | | | | 9,111.27 |
| Account No.<br><br>NFN Travel<br>20912 Coventry Lane<br>Lake Forest, CA 92630 | | - | Commissions | | | | 1,167.90 |
| Account No.<br><br>Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | | - | | | | | 115.49 |
| Account No.<br><br>Pitney Bowes<br>Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | | - | | | | | 789.41 |
| Account No.<br><br>Pitney Bowes<br>Global Financial Services<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | | - | | | | | 26.78 |
| Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 11,210.85 |

Official Form 6F (10/06) - Cont.

In re  **LSO, Ltd.**  , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Quick Books Enterprise Solutions<br>P.O. Box 513340<br>Los Angeles, CA 90051-3340 | | - | | | | | 1,200.00 |
| Account No.<br><br>R&R Publishing<br>P.O. Box 1103<br>Cullman, AL 35056 | | - | | | | | 1,350.00 |
| Account No.<br><br>Robert Bulthaup<br>6297 South Potomac Way<br>Englewood, CO 80111 | | - | Refund Owed To Customer | | | | 250.00 |
| Account No.<br><br>Robert McGinley<br>2641 W La Palma Ave.<br>Suite H<br>Anaheim, CA 92801 | | - | Date Incurred: 2006 | | | | 1,005,000.00 |
| Account No.<br><br>Robert Perret<br>P.O. Box 1074<br>Newport Beach, CA 92659 | | - | Refund Owed To Customer | | | | 350.00 |

Sheet no. **13** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,008,150.00**

In re   **LSO, Ltd.**                                                                      ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ronald Scott<br>1115 Viewpoint Drive<br>Dayton, OH 45459 | | - | Refund Owed To Customer | | | | 350.00 |
| Account No.<br><br>School Zone By Sunbird<br>230 Crescent Way #A<br>Anaheim, CA 92801 | | - | | | | | 218.90 |
| Account No.<br><br>Scott Evans<br>1300 Keller Parkway<br>2026<br>Keller, TX 76248 | | - | Refund Owed To Customer | | | | 34.00 |
| Account No.<br><br>Southwest Systems Plus<br>18565 Soledad Canyon Road<br>#272<br>Santa Clarita, CA 91351 | | - | | | | | 220.00 |
| Account No.<br><br>Staples Business Advantage<br>Dept. LA 1368<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | | - | | | | | 234.25 |
| Sheet no. **14** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 1,057.15 |

Official Form 6F (10/06) - Cont.

In re   **LSO, Ltd.**                                          ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Steve Apler<br>833 Oella Ave.<br>Ellicott City, MD 21043 | | - | Refund Owed To Customer | | | | 300.00 |
| Account No.<br><br>Steve Larson<br>2057 River Knoll Court<br>West Linn, OR 97068 | | - | Refund Owed To Customer | | | | 66.00 |
| Account No.<br><br>Subrata Biswas<br>28B Goldeny Road<br>London W9 2 AX UK | | - | Refund Owed To Customer | | | | 60.00 |
| Account No.<br><br>Sunbird Embroidery & Promotional<br>230 Crescent Way #A<br>Anaheim, CA 92801 | | - | | | | | 218.90 |
| Account No.<br><br>Tele Pacific Communications<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | | - | | | | | 5,724.21 |

Sheet no. __15__ of __17__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)   **6,369.11**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re  **LSO, Ltd.** _____,  Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Timothy Slajchert**<br>**C/O Hill Travel Center**<br>**130 South Main Street**<br>**North East, MD 21901** | | - | | | | | 350.00 |
| Account No.<br><br>**Todd C. Bouknight**<br>**C/O NFN Travel International**<br>**Lake Forest, CA 92630** | | - | Refund Owed To Customer | | | | 100.00 |
| Account No.<br><br>**Tuscany Hotel & Casino**<br>**255 Flamingo Road**<br>**Las Vegas, NV 89169** | | - | Date Incurred: August 2007 | | | | 310,000.00 |
| Account No.<br><br>**UPS**<br>**P.O. Box 894820**<br>**Los Angeles, CA 90189-4820** | | - | | | | | 419.39 |
| Account No.<br><br>**Walter Lehmann**<br>**6112 Hoochaneetsa Plaza N**<br>**Cochiti Lake, NM 87083** | | - | Refund Owed To Customer | | | | 450.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of  Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)  311,319.39

Official Form 6F (10/06) - Cont.

In re **LSO, Ltd.**, Case No. _____
  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-6858<br><br>**Wells Fargo Credit Card**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | | - | | | | | 1,514.90 |
| Account No.<br><br>**Wells Fargo Line of Credit**<br>**7560 Orangethorpe Avenue**<br>**Buena Park, CA 90621** | | - | | | | | 96,704.00 |
| Account No.<br><br>**Weston, Garrou & DeWitt**<br>**12121 Wilshire #900**<br>**Los Angeles, CA 90025** | | - | | | | | 2,155.18 |
| Account No.<br><br>**William Smith**<br>**170 Bristol Point**<br>**Longwood, FL 32779** | | - | Refund Owed To Customer | | | | 168.00 |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **100,542.08**

Total (Report on Summary of Schedules) **2,244,950.71**