1    **MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
2    140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
3    Telephone (858) 259-8052
Telecopier (858) 259-8055
4    pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
5    Ariel J. Sabban, SB# 189414

6    Attorneys for Plaintiff LSO, LTD.

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10   LSO, LTD. a California Corporation,          Civil Action No.:   3:08-cv-00329 H (LSP)
                                                  Judge:  Hon. Marilyn L. Huff
11                    Plaintiff,                   Courtroom 13

12   vs.
                                                  **PLAINTIFF LSO LTD.'S MOTION TO**
13                                                **STRIKE AND OBJECTIONS TO**
     DONALD D. HUGHES; RIGHT                      **DEFENDANTS' EXHIBITS A, C, E, H, I,**
14   CONNECTION, INC., a Nevada corporation;      **K & L SUBMITTED IN SUPPORT OF**
     and DOES 1 through 20 inclusive,             **OPPOSITION**
15
                      Defendants.                 [Filed Concurrently with Plaintiff's Reply to
16                                                Defendants' Opposition to Injunctive Relief]

17                                                Date: March 17, 2008
                                                  Time: 10:30 a.m.
18

19          Plaintiff LSO, LTD ("LSO") respectfully objects to and moves to strike the unsworn

20   statement identified as Defendants DONALD D. HUGHES and RIGHT CONNECTION,

21   INC.'s (hereinafter "Defendants") "Exhibit A" filed in support of Defendants' opposition

22   papers to LSO's Combined Motion for injunctive relief.  Defendants further object to and

23   request the Court to disregard Exhibits C, E, H, I, K and L, which are also referenced in support

24   of Defendants' opposition.

25          The basis for this motion to strike are that the exhibits generally contain and comprise

26   irrelevant information including improper character evidence (Federal Rules of Evidence

27   ("FRE") Rules 401 to 404), improper opinion (FRE Rule 701 *et seq.*), they lack foundation

28   (FRE Rule 602) and contain improper hearsay (FRE Rules 801 *et seq.*)

LSO'S MOTION TO STRIKE AND OBJECTIONS TO DEFENDANTS' EXHIBITS;          Case No.3-08-CV-00329 H LSP:

1    The exhibits to which LSO objects to and requests to be stricken and not considered are

2    listed below, along with the basis for LSO's objections.

3    **Exhibit A, Statement by David Valentiner:**  Objection.  The statement apparently drafted by

4    Mr. David Valentiner is dated February 24, 2008 [1] was not properly executed under penalty of

5    perjury.  (28 United States Code ("USC") §1746; CivLR 1.1(e)(7))  The statement is not

6    contained on pleading paper with a caption identifying the motion that it regards.  (Schwarzer,

7    Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Pro. Before Trial (The Rutter Group 2001) ¶

8    12:49, page 12-14) Consequently, the declaration contains and comprises irrelevant information

9    including improper character evidence, improper opinion, lacks foundation and hearsay.

10    **Exhibit C, Web Demo:** Objection.  The exhibit comprises hearsay and lacks foundation.

11    **Exhibit E, Email dated January 24, 2007:**  Objection.  The exhibit is hearsay.  Further, it is

12    irrelevant and it violates the rule of completeness.

13    **Exhibit H, Webpage re: Rightconnecttravel.com:**  Objection.  The exhibit is hearsay.

14    **Exhibit I, Redacted Correspondence Dated February 9, 2007:**  Objection.  The exhibit is

15    hearsay.  It is an incomplete and redacted document and therefore it lacks foundation.

16    Correspondingly, it is irrelevant.

17    **Exhibit K, Case Status Conference Report:**  Objection.  The exhibit and its contents are

18    irrelevant.

19    **Exhibit L, Schedule F:**  Objection.  The exhibit and its contents are irrelevant.

20

21    Dated: March 14, 2008                    **Murray & Sabban, LLP**

22

23

24    By: _/S/ *Paul S. Murray*_____
     Paul S. Murray, Esq.
25    Attorney for Plaintiff LSO, LTD.

26    _____

27    [1] Notably this date is five (5) days before LSO was able to personally serve Defendants' agent. This fact tends to
     contradict Defendants' contention, made in their prior *ex parte* to continue the subject hearing, that Defendants'
28    lacked notice to draft their opposition by the original due date of March 6, 2008.