1  **MURRAY & SABBAN, LLP**
   Lomas Santa Fe Professional Building
2  140 Marine View Avenue, Suite 116
   Solana Beach, CA 92075
3  Telephone (858) 259-8052
   Telecopier (858) 259-8055
4  pmurray@murrayandsabban.com
   Paul S. Murray, SB# 158280
5  Ariel J. Sabban, SB# 189414

6  Attorneys for Plaintiff LSO, LTD.

7

8             UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  LSO, LTD. a California Corporation, | Civil Action No.:  3:08-cv-00329 H (LSP) |
| | Judge:  Hon. Marilyn L. Huff |
| 11                    Plaintiff, | Courtroom 13 |
| 12  vs. | |
| 13  | **DECLARATION OF JAMIE ALLEN IN SUPPORT OF LSO LTD.'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR INJUNCTIVE RELIEF** |
| 14  DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive, | |
| 15  | |
| 16                    Defendants. | [Filed Concurrently with Plaintiff's Reply to Defendants' Opposition to Injunctive Relief] |
| 17  | Date: March 17, 2008 |
| 18  | Time: 10:30 a.m. |

19             **DECLARATION OF JAMIE ALLEN**

20  I, Jamie Allen, declare:

21  1.    I am owner of Relentless Media Group, and owner of the former couplesxchange.com,

22  hustlerperties.com, xxxpartyla.com, xxxpartyoc.com, triplexparties.com and Lust.

23  2.    My company entered into a written contract with DONALD HUGHES for him to

24  provide webhosting services, and web design for my website couplesxchange.com.

25  3.    At the time couplesxchange.com had more than 1 million hits a month.

26  4.    After signing the contract, DONALD HUGHES stole all our traffic from the website,

27  and our database of users. He did this by using the original website (couplesxchange.com) to

28  redirect traffic to his own new website playersxchange.com.

                              1 of 2

1   5.    DONALD HUGHES recreated my company's couplesxchange.com website word for

2   word under the domain name playersxchange.com. He stole our artwork and logo, basically the

3   entire concept of our website. He then put a former employee of ours, Jason Bussart, in charge

4   of their copied website.

5   6.    At no time did DONALD HUGHES obtain permission to redirect traffic from our

6   website to his own website, or to otherwise use our materials for his own website.

7

8       I declare under penalty of perjury under the laws of the United States of America that

9   the foregoing is true and correct that the foregoing is true and correct and that this declaration

10   was executed this _13_ day of March 2008.

11

12

13           Jamie Allen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28