**MURRAY & SABBAN, LLP**
Lomas Santa Fe Professional Building
140 Marine View Avenue, Suite 116
Solana Beach, CA 92075
Telephone (858) 259-8052
Telecopier (858) 259-8055
pmurray@murrayandsabban.com
Paul S. Murray, SB# 158280
Ariel J. Sabban, SB# 189414

Attorneys for Plaintiff LSO, LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, LTD, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD D. HUGHES; RIGHT CONNECTION, INC., a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Action No.: 3:08-cv-00329 H (LSP)<br>Judge: Hon. Marilyn L. Huff<br>Courtroom 13<br><br>**DECLARATION OF BRUCE KINNEE IN SUPPORT OF LSO LTD.'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR INJUNCTIVE RELIEF**<br><br>[Filed Concurrently with Plaintiff's Reply to Defendants' Opposition to Injunctive Relief]<br><br>Date: March 17, 2008<br>Time: 10:30 a.m. |

## DECLARATION OF BRUCE KINNEE

I, Bruce Kinnee, declare:

1. I am currently employed by the Plaintiff, LSO, Ltd. as the Director of Outreach and Internet Technology. I have person knowledge of the facts set forth below and am willing and able to testify truthfully to the matters set forth.

2. I have reviewed the declaration of Mr. Don Hughes offered in support of his opposition to LSO's motions for Temporary Restraining Order and Preliminary Injunction. I take exception to the general characterizations set forth therein, both as to fact and chronology. I

DECLARATION OF BRUCE KINNEE IN SUPPORT OF LSO'S REPLY TO OPPOSITION.    Case No.3-08-CV-00329 H LSP:

provide the following specific disagreements regarding facts that are within my capacity as Director of Outreach and IT.

3. In response to paragraph ten (10) of Mr. Hughes' declaration, Right Connection, Inc. (RCI) did not create a new engine for LSO as it was a copy of an engine developed for another client. The only difference between the sites was the color scheme.

4. In response to paragraph twenty-one (21) of Mr. Hughes' declaration, LSO's past webmaster and I never had full administrative privileges or access codes for the clublifestyles.com or clublifestyle.com websites. We only had limited access to put up "hot topics" and no ability to manipulate the sites.

5. In response to paragraph twenty-four (24) of Mr. Hughes' declaration, I never placed any content on the sites at issue here.

6. In response to paragraph twenty-eight (28) of Mr. Hughes' declaration, the entire LSO client list was provided to RCI such that they could setup our mailing program. RCI had full access to the client list and e-mail information for many months while they operated the mailing program.

7. In response to paragraph thirty-one (31) of Mr. Hughes' declaration, I am the person that discovered the imbedded code to blind copy all new incoming e-mail addresses to Mr. Hughes. This was not part of the script routine used to clean-up bad e-mail addresses.

8. In response to paragraph thirty-two (32) of Mr. Hughes' declaration, I do not recall ever being provided with the RCI's e-mail list and I am not in possession of such a list.

9. In response to paragraph thirty-three (33) of Mr. Hughes' declaration, no such merger exists as LSO only has approximately 50,000 entries and not the 125,000 entries claimed to be in the RCI list.

10. In response to paragraph forty (40) of Mr. Hughes' declaration, LSO paid in excess of $40,000 for the development of the trip cash program and RCI insisted that the program had to be run on their servers.

11. In response to paragraph forty-three (43) of Mr. Hughes' declaration, RCI refused to accept LSO's monthly hosting payment and refused to continue to operate the site.

DECLARATION OF BRUCE KINNEE IN SUPPORT OF LSO'S REPLY TO OPPOSITION;    Case No.3-08-CV-00329 H LSP:

12.  In response to paragraph fifty-four (54) of Mr. Hughes' declaration, LSO was exploring potential resolution to the problems that had arisen and the proposal was never approved.

13.  In response to paragraph sixty-two (62) of Mr. Hughes' declaration, I do not have the ability to alter, modify or delete any of the contents or links contained or displayed at clublifestyle.com. I also do not have the ability to re-direct the website to an LSO server.

14.  In response to paragraph seventy-one (71) of Mr. Hughes' declaration, I personally attempted to obtain the LSO server computers from RCI and Mr. Hughes. Mr. Hughes refused to allow me to take possession of the server computers.

15.  In response to paragraph 74 (74) of Mr. Hughes' declaration, LSO did not receive the "Trip Cash" programming until one month ago, not on February 22, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that the foregoing is true and correct and that this declaration was executed this ____ day of March 2008.

_____

Bruce Kinnee

DECLARATION OF BRUCE KINNEE IN SUPPORT OF LSO'S REPLY TO OPPOSITION;    Case No.3-08-CV-00329 H LSP: