Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088
E-Mail: ggoonan@affinity-law.com

Specially Appearing as
Attorneys for Defendants
Donald D. Hughes and
Right Connection, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, Ltd., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>Donald D. Hughes; Right Connection, Inc., a Nevada Corporation; and DOES 1 through 20 inclusive,<br><br>         Defendants. | Case No. 08CV0329 H (LSP)<br><br>**DEFENDANTS' OBJECTIONS TO PURPORTED EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND WRIT OF POSSESSION**<br><br>Date: March 17, 2008<br>Time: 10:30 am<br>Court: 13 (Hon. Marilyn L. Huff) |

Defendants Donald D. Hughes and Right Connection, Inc. ("Right Connection") (collectively "Defendants"), appearing specially, hereby object as follows to the purported evidence offered by Plaintiff in support of its motion for a temporary restraining order and application for a writ of possession:

A. <u>February 21, 2008 Declaration Of Robert McGinley</u>

| Declaration Paragraph | Objection(s) |
|---|---|
| 3 | Relevance; no foundation |
| 5 | No foundation; improper opinion |
| 6 | Relevance; no foundation; improper opinion |
| 7 | No foundation; hearsay |
| 8 | No foundation; improper opinion |
| 11 | No foundation; improper opinion |
| 12 | Best evidence, no foundation -- the testimony in paragraph 12 is directly contradicted by the contract submitted as Exhibit 1 |
| 13 | No foundation; improper opinion |
| 14 | No foundation; improper opinion |
| 15 | No foundation; improper opinion |
| 16 | No foundation; improper opinion; hearsay |
| 17 | No foundation; improper opinion; hearsay |
| 18 | No foundation |
| 19 | No foundation; improper opinion; hearsay |
| 20 | No foundation; improper opinion; hearsay |
| 21 | No foundation; improper opinion; hearsay |
| 22 | No foundation; improper opinion; hearsay |
| 23 | No foundation; improper opinion; hearsay; improper opinion |

| Exhibit No. | Objection(s) |
|---|---|
| 24 | No foundation; improper opinion; hearsay |
| 25 | No foundation; improper opinion; hearsay |
| 26 | No foundation; improper opinion; hearsay |
| 27 | No foundation; improper opinion; hearsay |
| 28 | No foundation; improper opinion; hearsay |
| 30 | No foundation; improper opinion; hearsay; relevance |

B.  <u>Exhibits to February 21, 2008 McGinley Declaration</u>

| <u>Exhibit No.</u> | <u>Objection(s)</u> |
|---|---|
| 4 | No foundation, contains hearsay and inadmissible opinions |
| 5 | No foundation; hearsay; relevance |

C.  <u>Exhibits Attached To Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and Application for Writ of Possession</u>

| <u>Exhibit No.</u> | <u>Objection(s)</u> |
|---|---|
| 4 | No foundation, contains hearsay and inadmissible opinions |
| 5 | No foundation; hearsay; relevance |
| 7 | No foundation; relevance |
| 9 | No foundation; relevance |

***DEFENDANTS' OBJECTIONS TO PURPORTED EVIDENCE IN SUPPORT PLAINTIFF'S MOTION FOR TRO AND WRIT OF POSSESSION***

- 3 -

D.  Exhibits Submitted in Opposition to March 6, 2008 Ex Parte Application

Defendants globally object to the Court's consideration of any of the exhibits filed by Plaintiff in opposition to Defendants' ex parte application on the ground that Defendants were not given any prior notice that Plaintiff intended to rely on such purported evidence in support of its motion for a temporary restraining order or application for writ of attachment. Defendants further specifically object to such purported evidence on the following grounds:

| Exhibit No. | Objection(s) |
| --- | --- |
| 3 | Relevance; no foundation |
| 4 | Relevance; no foundation |
| 5 | Relevance; no foundation |
| 6 | Relevance; no foundation |
| 7 | Relevance; no foundation; hearsay; improper opinion |
| 8 | Relevance; no foundation |

E.  March 14, 2008 Declaration of Robert McGinley

| Paragraph No. | Objections |
| --- | --- |
| 3 | No foundation; hearsay; improper opinion |
| 4 | No foundation; hearsay; improper opinion |
| 6 | Hearsay |
| 7 | No foundation; improper opinion |
| 10 | No foundation; hearsay; improper opinion |
| 11 | No foundation; hearsay; improper opinion |

*DEFENDANTS' OBJECTIONS TO PURPORTED EVIDENCE IN SUPPORT PLAINTIFF'S MOTION FOR TRO AND WRIT OF POSSESSION*
- 4 -

| Paragraph No. | Objection(s) |
|---|---|
| 12 | No foundation; hearsay; improper opinion; relevance |
| 13 | No foundation; hearsay; improper opinion |
| 16 | Improper opinion |
| 17 | No foundation; hearsay; improper opinion |
| 19 | No foundation; hearsay; improper opinion |
| 20 | No foundation; hearsay; improper opinion |
| 21 | No foundation; hearsay; improper opinion |
| 22 | No foundation; hearsay; improper opinion |
| 23 | No foundation; hearsay; improper opinion |
| 24 | No foundation; hearsay; improper opinion |
| 25 | No foundation; hearsay; improper opinion |
| 26 | No foundation; improper opinion |
| 27 | No foundation; hearsay; improper opinion |
| 30 | No foundation; improper opinion |

F.   March 14, 2008 Declaration of Bruce Kinnee

Defendants globally object to the Court's consideration of the March 14, 2008 Declaration of Bruce Kinnee on the ground that such declaration is not signed. Defendants further specifically object to the Kinnee Declaration on the following grounds:

| Paragraph No. | Objection(s) |
|---|---|
| 3 | No foundation; hearsay; improper opinion |
| 4 | No foundation; hearsay; improper opinion |
| 6 | No foundation; hearsay; improper opinion |
| 7 | No foundation; hearsay; improper opinion |
| 9 | No foundation; hearsay; improper opinion |

*DEFENDANTS' OBJECTIONS TO PURPORTED EVIDENCE IN SUPPORT PLAINTIFF'S MOTION FOR TRO AND WRIT OF POSSESSION*

- 5 -

G. <u>March 13, 2008 Declaration of Jamie Allen</u>

Defendants object to the March 13, 2008 Declaration of Jamie Allen in its entirety and move to strike such declaration because it is irrelevant, contains improper opinion, and lacks foundation.

DATED: March 14, 2008                THE AFFINITY LAW GROUP APC

By:   */s/ Gregory P. Goonan*
     Gregory P. Goonan
     Specially Appearing as
     Attorneys for Defendants
     Donald D. Hughes and Right Connection, Inc.
     E-mail: ggoonan@affinity-law.com

### Certificate of Service

The undersigned hereby certifies that on this 14th day of March 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

> Paul S. Murray
> Ariel J. Sabban
> Murray & Sabban LLP
> 140 Marine View Avenue, Suite 116
> Solana Beach, CA  92075
> Attorneys for Plaintiff

     */s/ Gregory P. Goonan*
     Gregory P. Goonan