UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSO, Ltd.,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD D. HUGHES, et al.,<br><br>        Defendants. | Civil No. 08-0329-H(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

    On April 16, 2008, the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Paul Murray on behalf of plaintiff and Gregory Goonan on behalf of defendants.

    Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

    1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be

resolved as required by Rule 26.

    2. The Rule 26(f) conference shall be completed before May 12, 2008;

    3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before May 22, 2008;

    4. A discovery plan shall be lodged with Magistrate Judge Papas on or before May 22, 2008; and,

    5. A Case Management Conference and Status Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on May 29, 2008, at 9:00 AM, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

    IT IS SO ORDERED.

DATED: April 16, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge