**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LSO                                    v. HUGHES                                    No. 08-0329-H(LSP)

HON. LEO S. PAPAS         CT. DEPUTY J. JARABEK         Rptr.
                                    Attorneys
        Plaintiffs                                                              Defendants


The date and time of the Status Conference/Case Management Conference on May 29, 2008 at 9:00 AM is vacated and reset for June 10, 2008 at 8:30 AM.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.


DATED: May 14, 2008

                                                                Hon. Leo S. Papas
                                                                U.S. Magistrate Judge