**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LSO                         v. HUGHES                         No. 08-0329-H(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK      Rptr.   3 H

                              Attorneys

         Plaintiffs                              Defendants

PAUL MURRAY                           GREGORY GOONAN

DARWIN BUSTARDE


   Settlement Conference held.


DATE: August 11, 2008